**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/20

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **ACEH Capital, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | **ACE Capital, LLC** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 94-3328929 |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |

**Principal place of business**

**PO Box 610108**
**Redwood City, CA 94061-0108**
Number, Street, City, State & ZIP Code

**San Mateo**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | |

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 2 of 88

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____

District _____ When _____    Case number, if known _____

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

■   **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

---

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**16.** **Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 3 of 88

☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million       ☐ More than $50 billion

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 4 of 88

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **4/21/2021**
              MM / DD / YYYY

**X** **/s/ Victoria Wang**                                  **Victoria Wang**
Signature of authorized representative of debtor             Printed name

Title   **Managing Member**

**18. Signature of attorney**

**X** **/s/ Eric A. Nyberg**                          Date   **4/21/2021**
Signature of attorney for debtor                             MM / DD / YYYY

**Eric A. Nyberg 131105**
Printed name

**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**
Firm name

**1970 Broadway, Ste 600**
**Oakland, CA 94612**
Number, Street, City, State & ZIP Code

Contact phone   **510-763-1000**        Email address

**131105 CA**
Bar number and State

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 5 of 88

**Fill in this information to identify the case:**

Debtor name    **ACEH Capital, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
    amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule*
- ☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **4/21/2021**      *X* **/s/ Victoria Wang**
                                     Signature of individual signing on behalf of debtor

                                     **Victoria Wang**
                                     Printed name

                                     **Managing Member**
                                     Position or relationship to debtor

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 6 of 88

Debtor name    **ACEH Capital, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*............................................................................    $    **2,500,686.96**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..........................................................................    $    **983.21**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................    $    **2,501,670.17**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **168,443.07**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...........................................    +$    **2,823,145.09**

4.   **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b          $    **2,991,588.16**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **ACEH Capital, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

 ☐ No. Go to Part 2.
 ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **checking** | **7117** | $983.21 |
| 3.2. | **Wells Fargo** | **Payroll** | **6785** | $0.00 |
| 3.3. | **Wells Fargo Bank** | **Secure Fund Acct** | **6777** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                 $983.21

  Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

 ■ No. Go to Part 3.
 ☐ Yes Fill in the information below.

### Part 3:   Accounts receivable

10. **Does the debtor have any accounts receivable?**

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 21-30299  Doc# 1  Filed: 04/21/21  Entered: 04/21/21 07:58:19  Page 8 of 88

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | | (Where available) | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 9 of 88

| | | | | |
|---|---|---|---|---|
| 55.1. | **APN 3029-008-002**<br>**Undeveloped land**<br>**Los Angeles County**<br>**VAC/145 STE/VIC**<br>**AVE P8 ALPINE**<br>**BUTTE CA**<br>**93591-0000**<br>**Roselyne**<br>**Genin-co-owner?** | **25%** | **$63,709.00** | **$63,709.00** |
| 55.2. | **APN 3032-015-093**<br>**Undelveloped land**<br>**Los Angeles County**<br>**VAC/BLK BUTTE**<br>**BSN/VIC F AVE T**<br>**BLACK BUTTE CA**<br>**93591-0000** | **54%** | **$47,234.72** | **$47,234.72** |
| 55.3. | **APN 3033-002-083**<br>**Undeveloped Land**<br>**Los Angeles, County**<br>**VAC/LARGO VISTA**<br>**RD/VIC AVE S8**<br>**BLACK BUTTE CA**<br>**93591-0000** | **35%** | **$14,189.00** | **$14,189.00** |
| 55.4. | **APN 3038-014-004**<br>**Undeveloped Land**<br>**Los Angeles County**<br>**VAC/PEARBLOSSOM**<br>**HW(PAV)/VIC 126**<br>**PEARBLOSSOM CA**<br>**93553-0000** | **100%** | **$56,000.00** | **$56,000.00** |
| 55.5. | **APN 3039-025-029**<br>**Undeveloped Land**<br>**Los Angeles County**<br>**VAC/141**<br>**STE(DRT)/VIC AVE**<br>**U8 PEARBLOSSOM**<br>**CA 93553-0000** | **83%** | **$83,000.00** | **$83,000.00** |
| 55.6. | **APN 3048-019-001**<br>**Undeveloped Land**<br>**Los Angeles County**<br>**VAC/VIC MT**<br>**EMMA/77TH STE**<br>**FOOTHILL CA**<br>**93550-0000** | **100%** | **$252,399.00** | **$252,399.00** |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 10 of 88

| | | | | |
|---|---|---|---|---|
| 55.7. | **APN 3048-024-015 Undeveloped Land Los Angeles County VAC/VIC 96TH STE/FORT TEJON FOOTHILL CA 93550-0000** | 9% | $19,080.00 | $19,080.00 |
| 55.8. | **APN 3052-015-049 Undeveloped Land Los Angeles County VAC/BEAR CREEK RD/VIC 32ND STE PALMDALE CA 93550-0000** | 44% | $40,480.00 | $40,480.00 |
| 55.9. | **APN 3062-002-052/053 Undeveloped Land Los Angeles County VAC/VIC AVE Z/VIC 195 STE MOUNT WATERMAN CA 93544** | 48.62% | $30,144.40 | $30,144.40 |
| 55.10. | **APN 3064-008-011 Undeveloped Land Los Angeles County VAC/VIC AVE Z10/223 STE MOUNT WATERMAN CA 93544-0000** | 82.01% | $342,014.50 | $342,014.50 |
| 55.11. | **APN 3081-019-027 Undeveloped Land Los Angeles County VAC/195 STE/VIC AVE U4 BLACK BUTTE CA 93591-0000** | 48% | $33,600.00 | $33,600.00 |
| 55.12. | **APN 3081-021-020/053 Undeveloped Land Los Angeles County VAC/VIC AVE U8/200 STE and VAC/VIC AVE U/200 STE BLACK BUTTE CA 93591-0000** | 80.76% | $93,681.00 | $93,681.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 11 of 88

| | | | | |
|---|---|---|---|---|
| 55.13· | **APN 3082-002-007 Undeveloped Land Los Angeles County VAC/VIC AVE 08/205 STE BLACK BUTTE CA 93591-0000** | 60% | $20,845.00 | $20,845.00 |
| 55.14· | **APN 3083-003-019/032 Undeveloped Land Los Angeles County VAC/VIC AVE V/190 STE and AC/VIC 190 STE/AVE V4 BLACK BUTTE CA 93591-000** | 25% | $19,687.50 | $19,687.50 |
| 55.15· | **APN 3083-015-031 Undeveloped Land Los Angeles County VAC/VIC AVE W-12/190 STE BLACK BUTTE CA 93591-0000** | 49% | $18,865.00 | $18,865.00 |
| 55.16· | **APN 3117-012-027 Undeveloped Land Los Angeles County VAC/30 STW(PAV)/VC AVE E2 LANCASTER CA 93536-0000** | 90% | $288,000.00 | $288,000.00 |
| 55.17· | **APN 3205-034-001 Undeveloped Land Los Angeles County VAC/VIC AVE M8/90 STW ANAVERDE CA 93551-0000** | 90% | $6,750.00 | $6,750.00 |
| 55.18· | **APN 3205-034-004 Undeveloped Land Los Angeles County VAC/VIC AVE M10/90 STW ANAVERDE CA 93551-0000** | 90% | $6,750.00 | $6,750.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 12 of 88

| | | | |
|---|---|---|---|
| 55.19 | **APN 3205-034-006**<br>**Undeveloped Land**<br>**Los Angeles County**<br>**VAC/VIC AVE M12/90**<br>**STW**<br>**ANAVERDE CA**<br>**93551-0000** | 90% | $6,750.00 | $6,750.00 |
| 55.20 | **APN 3205-034-007**<br>**Undeveloped Land**<br>**Los Angeles County**<br>**VAC/VIC AVE M12/89**<br>**STW**<br>**ANAVERDE CA**<br>**93551-0000** | 90% | $13,500.00 | $13,500.00 |
| 55.21 | **APN 3205-034-011**<br>**Undeveloped Land**<br>**Los Angeles County**<br>**3205-034-011** | 90% | $6,750.00 | $6,750.00 |
| 55.22 | **APN 3205-034-012**<br>**Undeveloped Land**<br>**Los Angeles County**<br>**VAC/VIC AVE M10/88**<br>**STW**<br>**ANAVERDE CA**<br>**93551-0000** | 90% | $6,750.00 | $6,750.00 |
| 55.23 | **APN 3205-034-013**<br>**Undeveloped Land**<br>**Los Angeles County**<br>**VAC/VIC AVE M12/88**<br>**STW**<br>**ANAVERDE CA**<br>**93551-0000** | 90% | $6,750.00 | $6,750.00 |
| 55.24 | **APN 3205-034-014**<br>**Undeveloped Land**<br>**Los Angeles County**<br>**VAC/VIC AVE M12/88**<br>**STW**<br>**ANAVERDE CA**<br>**93551-0000** | 90% | $6,750.00 | $6,750.00 |
| 55.25 | **APN 3205-034-019**<br>**Undeveloped Land**<br>**Los Angeles County**<br>**VAC/VIC AVE M12/87**<br>**STW**<br>**ANAVERDE CA**<br>**93551-0000** | 90% | $6,750.00 | $6,750.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 13 of 88

| | | | | |
|---|---|---|---|---|
| 55.26 · | **APN 3205-034-020**<br>**Undeveloped Land**<br>**Los Angeles County**<br>**VAC/VIC AVE M14/87**<br>**STW**<br>**ANAVERDE CA**<br>**93551-0000** | 90 | $6,750.00 | $6,750.00 |
| 55.27 · | **APN 3205-034-031**<br>**Undeveloped Land**<br>**Los Angeles County**<br>**VAC/VIC AVE M12/87**<br>**STW**<br>**ANAVERDE CA**<br>**93551-0000** | 90% | $6,750.00 | $7,650.00 |
| 55.28 · | **APN 3205-034-032**<br>**Undeveloped Land**<br>**Los Angeles County**<br>**VAC/VIC AVE M14/87**<br>**STW**<br>**ANAVERDE CA**<br>**93551-0000** | 90% | $6,750.00 | $6,750.00 |
| 55.29 · | **APN**<br>**3223-013-001/004/034**<br>**-037**<br>**Undeveloped Land**<br>**Los Angeles County**<br>**VAC/1 MI S AV**<br>**FRWY/VIC HUBBARD**<br>**R**<br>**ACTON CA**<br>**93510-0000** | 60% | $72,000.00 | $72,000.00 |
| 55.30 · | **APN 3229-012-020**<br>**Undeveloped Land**<br>**Los Angeles County**<br>**VAC/78 STW/VIC AVE**<br>**A12**<br>**ANTELOPE ACRES**<br>**CA 93536-** | 100% | $14,000.00 | $14,000.00 |
| 55.31 · | **APN 3229-013-019**<br>**Undeveloped Land**<br>**Los Angeles County**<br>**VAC/AVE**<br>**A14/ANTELOPE**<br>**HWY(A14)**<br>**ANTELOPE ACRES**<br>**CA 9353** | 100% | $110,000.00 | $110,000.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 14 of 88

| | | | | |
|---|---|---|---|---|
| 55.32· | **APN 3236-005-006 Undeveloped Land Los Angeles County VAC/VIC 150 STW/AVE E8 FAIRMONT CA 93536-0000** | 47.22% | $84,996.00 | $84,996.00 |
| 55.33· | **APN 3236-022-027 Undeveloped Land Los Angeles County VAC/SAN FRANCISQUITO-FRM NT/VIC H FAIRMONT CA 9353** | 50% | $34,546.00 | $34,546.00 |
| 55.34· | **APN 3236-023-013 Undeveloped Land Los Angeles County VAC/FAIRMONT RD(DRT)/VIC AVE H12 FAIRMONT CA 93536** | 18% | $15,529.50 | $15,529.50 |
| 55.35· | **APN 3268-020-019 Undeveloped Land Los Angeles County VAC/VIC AVE G14/70 STW ANTELOPE ACRES CA 93536** | 100% | $0.00 | $7,000.00 |
| 55.36· | **APN 3277-003-010 Undeveloped Land Los Angeles County VAC/COR THREE PTS(PAV)/AVE C(TRL FAIRMONT CA 93536** | 25.75% | $108,922.50 | $108,922.50 |
| 55.37· | **APN 3279-023-017 Undeveloped Land Los Angeles County VAC/VIC AVE F8/229TH STW SAWMILL MOUNTAIN CA 93532** | 100% | $59,661.00 | $59,661.00 |
| 55.38· | **APN 3279-024-018 Undeveloped Land Los Angeles County VAC/VIC AVE F8/229TH STW SAWMILL MOUNTAIN CA 93532** | 100% | $60,170.00 | $60,170.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 15 of 88

| | | | | |
|---|---|---|---|---|
| 55.39 · | **APN 3279-024-019 Undeveloped Land Los Angeles County VAC/VIC AVE F8/229TH STW SAWMILL MOUNTAIN CA 93532** | 100% | $60,170.00 | $60,170.00 |
| 55.40 · | **APN 3310-026-016 Undeveloped Land Los Angeles County VAC/COR 135 STE/AVE F6 REDMAN CA 9353** | 70% | $13,009.50 | $13,009.50 |
| 55.41 · | **APN 3318-004-021 Undeveloped Land Los Angeles County VAC/VIC AVE B/210 STE HI VISTA CA 93535** | 82% | $33,119.80 | $33,119.80 |
| 55.42 · | **APN 3318-005-005 Mills Act Contract? Undeveloped Land Los Angeles County VAC/VIC AVE B/220 STE HI VISTA CA 93535** | 34.26% | $17,130.00 | $17,130.00 |
| 55.43 · | **APN 3326-016-015 Undeveloped Land Los Angeles County VAC/VIC AVE D8/235 STE HI VISTA CA 93535** | 43.01% | $16,343.80 | $16,343.80 |
| 55.44 · | **APN 3326-023-052 Undeveloped Land Los Angeles County VAC/VIC 255 STE/AVE F12 HI VISTA CA 93535** | 49.29% | $19,716.00 | $19,716.00 |
| 55.45 · | **APN 3336-017-025 Undeveloped Land Los Angeles County VAC/VIC 235 STE/AVE K8 BUTTE VALLEY CA 93535** | 36.81% | $7,656.48 | $7,656.48 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                            Best Case Bankruptcy

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 16 of 88

| | | | | |
|---|---|---|---|---|
| 55.46 · | **APN 3342-021-039 Undeveloped Land Los Angeles County VAC/AVE I/VIC 221 STE BUTTE VALLEY CA 93535** | 39% | $14,950.26 | $14,950.26 |
| 55.47 · | **APN 3344-009-032 Undeveloped Land Los Angeles County VAC/VIC AVE K6/215 STE BUTTE VALLEY CA 93535** | 58.52% | $6,583.50 | $6,583.50 |
| 55.48 · | **APN 3346-002-018 Undeveloped Land Los Angeles County VAC/VIC AVE L12/206 STE BUTTE VALLEY CA 93535** | 33.50% | $6,700.00 | $6,700.00 |
| 55.49 · | **APN 3378-004-032 Undeveloped Land Los Angeles County VAC/COR AVE K8/95 STE ROOSEVELT CA 93535** | 25% | $8,841.00 | $8,841.00 |
| 55.50 · | **APN 3382-014-005 Undeveloped Land Los Angeles County VAC/80 STE/VIC AVE G8 ROOSEVELT CA 9353** | 25% | $27,500.00 | $27,500.00 |
| 55.51 · | **APN 346-215-26-00-3 Undeveloped Land Kern County** | 75% | $30,000.00 | $30,000.00 |
| 55.52 · | **APN 431-021-02-00/28-00 Possible APN change to 346-215-46-00-1 Undeveloped Land Kern County** | 93.90% | $140,850.00 | $140,850.00 |
| 55.53 · | **APN 3085-002-025 Undeveloped Land Los Angeles County183rd St East and Fort Tejon R d** | 23.75% | $19,712.50 | $19,712.50 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 17 of 88

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$2,500,686.96

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71.  **Notes receivable**
Description (include name of obligor)

72.  **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**
**Sentinel Insurance Co**
**General Liability & Auto Ins**
**6/15/21**

$0.00

74.  **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$0.00

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 18 of 88

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $983.21 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................> | | $2,500,686.96 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $983.21 | + 91b. $2,500,686.96 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $2,501,670.17 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

## SCHEDULE A/B - PROPERTY
### Attachment A

**Co-owners to APN 3318-005-005**

**IRA Services Trust Company**
**FBO Yolanda Saavedra, Ira**
**21607 Nectar Ave**
**Lakewood, CA  90715**
**7%**

**IRA Services Trust Company**
**FBO Yi Wen Sun, Ira**
**212 White Court**
**Milpitas, CA  95035**
**7.2%**

**IRA Services Trust Company**
**FBO YKathy Hernandez, Ira**
**517 Linden Ave**
**San Bruno, CA  94070**
**7.3%**

**IRA Services Trust Company**
**FBO Shannon Bergman, Ira**
**2 Calypso Lane**
**San Carlos, CA  94070**
**2.8%**

**IRA Services Trust Company**
**FBO YYanghoug Zhao, Ira**
**602 Hines Terrace**
**Sunnyvale, CA  94087**
**19%**

**IRA Services Trust Company**
**FBO Gilbert Bergman, Ira**
**2 Calypso Lane**
**San Carlos, CA  94070**
**1.3%**

IRA Services Trust Company
FBO Josephine Fleming, Ira
8538 E. Zayante Road
Fulton, CA 95018
9.11%

IRA Services Trust Company
FBO Kathleen McClelland, Ira
3733 Maybell Ave
Oakland, CA 94619
12.03%

Co-owners APN 3326-023-052

Ted Lau
10421 Del Norte Way
Los Alamitos, CA 90720
21.71%

Equity Trust Company
Custodian FBO Chao King, Ira
1957 Cameron Hills Court
Fremont, CA 94539
29%

Co-owners APN 3382-014-005

IRA Services Trust Company
FBO Helen L. Wong, Ira
11 Camerino Cout
American Canyon, CA 94503
25%

Jenny Cheung
10798 Juniper Court
Cupertino, CA 94503
50%

**Fill in this information to identify the case:**

Debtor name  **ACEH Capital, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property  12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:  List Creditors Who Have Secured Claims**

| 2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1  Kern County Tax Collector**
Creditor's Name

**PO Box 541004
Los Angeles, CA
90054-1004**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
6001**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**APN 431-021-02-00/28-00
Possible APN change to 346-215-46-00-1
Undeveloped Land
Kern County**

Describe the lien
**Secured Property Taxes**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$7,577.52**
Value of collateral: **$140,850.00**

---

**2.2  Los Angeles County Treasurer**
Creditor's Name

**and Tax Collector
225 N. Hill Street, #1
Los Angeles, CA 90012**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2019-2021**

Describe debtor's property that is subject to a lien
**APN 3029-008-002
Undeveloped land
Los Angeles County
VAC/145 STE/VIC AVE P8 ALPINE BUTTE CA
93591-0000
Roselyne Genin-co-owner?**

Describe the lien
**Secured property taxes**
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Amount of claim: **$5,343.65**
Value of collateral: **$63,709.00**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Case: 21-30299  Doc# 1  Filed: 04/21/21  Entered: 04/21/21 07:58:19  Page 22 of 88

Last 4 digits of account number
**8002**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Los Angeles County Treasurer** | Describe debtor's property that is subject to a lien | $3,197.06 | $47,234.72 |
|---|---|---|---|---|

Creditor's Name

**and Tax Collector
225 N. Hill Street, #1
Los Angeles, CA 90012**

**APN 3032-015-093
Undeveloped land
Los Angeles County
VAC/BLK BUTTE BSN/VIC F AVE T BLACK
BUTTE CA 93591-0000**

Creditor's mailing address

Describe the lien
**Secured property taxes**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

Date debt was incurred
**2019-2021**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**5093**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Los Angeles County Treasurer** | Describe debtor's property that is subject to a lien | $584.37 | $14,189.00 |
|---|---|---|---|---|

Creditor's Name

**and Tax Collector
225 N. Hill Street, #1
Los Angeles, CA 90012**

**APN 3033-002-083
Undeveloped Land
Los Angeles, County
VAC/LARGO VISTA RD/VIC AVE S8 BLACK
BUTTE CA 93591-0000**

Creditor's mailing address

Describe the lien
**Secured Property taxes**

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

Date debt was incurred
**2019-2021**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**2083**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ■ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| | ☐ Disputed |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| 2.5 | **Los Angeles County Treasurer** | | $1,128.48 | $56,000.00 |

**Los Angeles County Treasurer**
Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2019-2021**
**Last 4 digits of account number**
**4004**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**APN 3038-014-004**
**Undeveloped Land**
**Los Angeles County**
**VAC/PEARBLOSSOM HW(PAV)/VIC 126**
**PEARBLOSSOM CA 93553-0000**

**Describe the lien**
**Secured Property Taxes**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Los Angeles County Treasurer** | | $4,489.19 | $83,000.00 |

**Los Angeles County Treasurer**
Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2020-2021**
**Last 4 digits of account number**
**5029**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**APN 3039-025-029**
**Undeveloped Land**
**Los Angeles County**
**VAC/141 STE(DRT)/VIC AVE U8**
**PEARBLOSSOM CA 93553-0000**

**Describe the lien**
**Secured Property Taxes**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Los Angeles County Treasurer** | | $9,809.64 | $252,399.00 |

**Los Angeles County Treasurer**
Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**APN 3048-019-001**
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC MT EMMA/77TH STE FOOTHILL CA**
**93550-0000**

**Describe the lien**
**Secured Property Taxes**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 24 of 88

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known _____

Date debt was incurred
**2019-2021**

Last 4 digits of account number
**9001**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.8 | **Los Angeles County Treasurer** | | $14,820.22 | $19,080.00 |
|---|---|---|---|---|

Creditor's Name

**and Tax Collector
225 N. Hill Street, #1
Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2016-2021**

Last 4 digits of account number
**4015**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**APN 3048-024-015
Undeveloped Land
Los Angeles County
VAC/VIC 96TH STE/FORT TEJON FOOTHILL
CA 93550-0000**

Describe the lien
**Secured Property Taxes**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.9 | **Los Angeles County Treasurer** | | $875.09 | $40,480.00 |
|---|---|---|---|---|

Creditor's Name

**and Tax Collector
225 N. Hill Street, #1
Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**2020-2021**

Last 4 digits of account number
**5049**

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**APN 3052-015-049
Undeveloped Land
Los Angeles County
VAC/BEAR CREEK RD/VIC 32ND STE
PALMDALE CA 93550-0000**

Describe the lien
**Secured Property Taxes**

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Los Angeles County Treasurer** | | $1,893.95 | $30,144.40 |
|---|---|---|---|---|

Creditor's Name

**and Tax Collector
225 N. Hill Street, #1
Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2020-2021**

**Last 4 digits of account number
2053**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**APN 3062-002-052/053
Undeveloped Land
Los Angeles County
VAC/VIC AVE Z/VIC 195 STE MOUNT
WATERMAN CA 93544**

**Describe the lien**
**Secured Property Taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Los Angeles County Treasurer** | | $19,338.27 | $342,014.50 |
|---|---|---|---|---|

Creditor's Name

**and Tax Collector
225 N. Hill Street, #1
Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2019-2021**

**Last 4 digits of account number
8011**

**Do multiple creditors have an
interest in the same property?**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**Describe debtor's property that is subject to a lien**
**APN 3064-008-011
Undeveloped Land
Los Angeles County
VAC/VIC AVE Z10/223 STE
MOUNT WATERMAN CA 93544-0000**

**Describe the lien**
**Secured Property Taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Los Angeles County Treasurer** | | $1,681.41 | $33,600.00 |
|---|---|---|---|---|

**Describe debtor's property that is subject to a lien**

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

APN 3081-019-027
**Undeveloped Land**
**Los Angeles County**
**VAC/195 STE/VIC AVE U4**
**BLACK BUTTE CA 93591-0000**

**Describe the lien**
**Secured Property Taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2017-2021**
**Last 4 digits of account number**
**9027**
**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Los Angeles County Treasurer** | | $3,608.74 | $93,681.00 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
APN 3081-021-020/053
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC AVE U8/200 STE and VAC/VIC AVE U/200 STE**
**BLACK BUTTE CA 93591-0000**

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

**Describe the lien**
**Secured Property Taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**

Creditor's email address, if known

☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**2020-2021**
**Last 4 digits of account number**
**0053**
**Do multiple creditors have an**
**interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Los Angeles County Treasurer** | | $1,595.21 | $19,687.50 |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
APN 3083-003-019/032
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC AVE V/190 STE and AC/VIC 190 STE/AVE V4**
**BLACK BUTTE CA 93591-000**

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

**Describe the lien**
**Secured Property Taxes**

---

Official Form 206D       Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**       page 6 of 21

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 27 of 88

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2020-2021**

Last 4 digits of account number
**9032**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 5 | **Los Angeles County Treasurer** | | $684.41 | $18,865.00 |
|---|---|---|---|---|

Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**APN 3083-015-031**
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC AVE W-12/190 STE**
**BLACK BUTTE CA 93591-0000**

Describe the lien
**Secured Property Taxes**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2020-2021**

Last 4 digits of account number
**5031**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 6 | **Los Angeles County Treasurer** | | $33,028.20 | $288,000.00 |
|---|---|---|---|---|

Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**APN 3117-012-027**
**Undeveloped Land**
**Los Angeles County**
**VAC/30 STW(PAV)/VC AVE E2**
**LANCASTER CA 93536-0000**

Describe the lien
**Secured Property Taxes**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**2019-2021**

Last 4 digits of account number
**2027**

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.17 | **Los Angeles County Treasurer** | | | |
|---|---|---|---|---|

Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2019-2020**
**Last 4 digits of account number**
**4001**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**APN 3205-034-001**
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC AVE M8/90 STW**
**ANAVERDE CA 93551-0000**

Describe the lien

**Secured Property Taxes**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,728.56 | $6,750.00

---

| 2.18 | **Los Angeles County Treasurer** | | | |
|---|---|---|---|---|

Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2019-2020**
**Last 4 digits of account number**
**4004**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**APN 3205-034-004**
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC AVE M10/90 STW**
**ANAVERDE CA 93551-0000**

Describe the lien

**Secured Property Taxes**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,728.56 | $6,750.00

---

| 2.19 | **Los Angeles County Treasurer** | | | |
|---|---|---|---|---|

Describe debtor's property that is subject to a lien

$1,728.56 | $6,750.00

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 29 of 88

Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2019-2021**
**Last 4 digits of account number**
**4006**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

APN 3205-034-006
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC AVE M12/90 STW**
**ANAVERDE CA 93551-0000**

**Describe the lien**
**Secured Property Taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **Los Angeles County Treasurer** | Describe debtor's property that is subject to a lien | $1,963.05 | $13,500.00 |
|---|---|---|---|---|

Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2020-2021**
**Last 4 digits of account number**
**4007**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

APN 3205-034-007
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC AVE M12/89 STW**
**ANAVERDE CA 93551-0000**

**Describe the lien**
**Secured Property Taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Los Angeles County Treasurer** | Describe debtor's property that is subject to a lien | $1,728.56 | $6,750.00 |
|---|---|---|---|---|

Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

APN 3205-034-011
**Undeveloped Land**
**Los Angeles County**
**3205-034-011**

**Describe the lien**
**Secured Property Taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 30 of 88

**Date debt was incurred**
**2019-20221**
**Last 4 digits of account number**
**4011**
Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | |
|---|---|---|
| **2.2 2** | **Los Angeles County Treasurer** | |
| | Creditor's Name | |

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2019-2021**
**Last 4 digits of account number**
**4012**
Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     **$1,728.56**     **$6,750.00**
**APN 3205-034-012**
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC AVE M10/88 STW**
**ANAVERDE CA 93551-0000**

**Describe the lien**
**Secured Property Taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | |
|---|---|---|
| **2.2 3** | **Los Angeles County Treasurer** | |
| | Creditor's Name | |

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2019-2020**
**Last 4 digits of account number**
**4013**
Do multiple creditors have an interest in the same property?

**Describe debtor's property that is subject to a lien**     **$1,728.56**     **$6,750.00**
**APN 3205-034-013**
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC AVE M12/88 STW**
**ANAVERDE CA 93551-0000**

**Describe the lien**
**Secured Property Taxes**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 31 of 88

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **Los Angeles County Treasurer** | | Describe debtor's property that is subject to a lien | $1,728.56 | $6,750.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**APN 3205-034-014**
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC AVE M12/88 STW**
**ANAVERDE CA 93551-0000**

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**
Creditor's mailing address

**Describe the lien**
**Secured Property Taxes**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019-2021**
**Last 4 digits of account number**
**4014**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **Los Angeles County Treasurer** | | Describe debtor's property that is subject to a lien | $1,728.56 | $6,750.00 |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**APN 3205-034-019**
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC AVE M12/87 STW**
**ANAVERDE CA 93551-0000**

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**
Creditor's mailing address

**Describe the lien**
**Secured Property Taxes**
**Is the creditor an insider or related party?**
☑ No
☐ Yes
Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2019-2021**
**Last 4 digits of account number**
**4019**
**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 6 | **Los Angeles County Treasurer** | | Describe debtor's property that is subject to a lien | $1,728.56 | $6,750.00 |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 32 of 88

Creditor's Name

**APN 3205-034-020**
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC AVE M14/87 STW**
**ANAVERDE CA 93551-0000**

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

**Describe the lien**

**Secured Property Taxes**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2019-2021**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4020**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | $1,728.56 | $7,650.00 |
|---|---|---|---|---|

**2.27**  **Los Angeles County Treasurer**

Creditor's Name

**Describe debtor's property that is subject to a lien**

**APN 3205-034-031**
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC AVE M12/87 STW**
**ANAVERDE CA 93551-0000**

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

**Describe the lien**

**Secured Property Taxes**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2019-2021**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4031**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | $1,728.56 | $6,750.00 |
|---|---|---|---|---|

**2.28**  **Los Angeles County Treasurer**

Creditor's Name

**Describe debtor's property that is subject to a lien**

**APN 3205-034-032**
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC AVE M14/87 STW**
**ANAVERDE CA 93551-0000**

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

**Describe the lien**

**Secured Property Taxes**

**Is the creditor an insider or related party?**

■ No

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 33 of 88

| Debtor | ACEH Capital, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**2019-2021**

☐ No

**Last 4 digits of account number**
**4032**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

**2.29** **Los Angeles County Treasurer** | | **Describe debtor's property that is subject to a lien** | **$6,154.65** | **$72,000.00** |

Creditor's Name

APN 3223-013-001/004/034-037
**Undeveloped Land**
**Los Angeles County**
**VAC/1 MI S AV FRWY/VIC HUBBARD R**
**ACTON CA 93510-0000**

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

**Describe the lien**
**Secured Property Taxes**

**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2009 to 2021**

☐ No

**Last 4 digits of account number**
**4037**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

**2.30** **Los Angeles County Treasurer** | | **Describe debtor's property that is subject to a lien** | **$538.46** | **$14,000.00** |

Creditor's Name

APN 3229-012-020
**Undeveloped Land**
**Los Angeles County**
**VAC/78 STW/VIC AVE A12**
**ANTELOPE ACRES CA 93536-**

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

**Describe the lien**
**Secured Property Taxes**

**Is the creditor an insider or related party?**
■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2020-21**

■ No

**Last 4 digits of account number**
**2020**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 34 of 88

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3 1** **Los Angeles County Treasurer**

Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2020-21**
**Last 4 digits of account number**
**3019**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**APN 3229-013-019**
**Undeveloped Land**
**Los Angeles County**
**VAC/AVE A14/ANTELOPE HWY(A14)**
**ANTELOPE ACRES CA 9353**

**Describe the lien**
**Secured Property Taxes**
**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$452.87   $110,000.00

---

**2.3 2** **Los Angeles County Treasurer**

Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2019-2021**
**Last 4 digits of account number**
**5006**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**APN 3236-005-006**
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC 150 STW/AVE E8**
**FAIRMONT CA 93536-0000**

**Describe the lien**
**Secured Property Taxes**
**Is the creditor an insider or related party?**
☐ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,079.49   $84,996.00

---

**2.3 3** **Los Angeles County Treasurer**

**Describe debtor's property that is subject to a lien**

$2,336.20   $34,546.00

---

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 35 of 88

Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2019-2021**

**Last 4 digits of account number**
**2027**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

APN 3236-022-027
**Undeveloped Land**
**Los Angeles County**
**VAC/SAN FRANCISQUITO-FRMNT/VIC H**
**FAIRMONT CA 9353**

**Describe the lien**
**Secured Property Taxes**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.34**    **Los Angeles County Treasurer** | | **$1,313.49** | **$15,529.50**

Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015-2021**

**Last 4 digits of account number**
**3013**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
APN 3236-023-013
**Undeveloped Land**
**Los Angeles County**
**VAC/FAIRMONT RD(DRT)/VIC AVE H12**
**FAIRMONT CA 93536**

**Describe the lien**
**Secured Property Taxes**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.35**    **Los Angeles County Treasurer** | | **$447.74** | **$7,000.00**

Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
APN 3268-020-019
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC AVE G14/70 STW**
**ANTELOPE ACRES CA 93536**

**Describe the lien**
**Secured Property Taxes**

**Is the creditor an insider or related party?**

■ No

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2020-2021**

☐ No

**Last 4 digits of account number**
**0019**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.36 | **Los Angeles County Treasurer** | **Describe debtor's property that is subject to a lien** | $5,722.01 | $108,922.50 |
|---|---|---|---|---|

Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

**APN 3277-003-010**
**Undeveloped Land**
**Los Angeles County**
**VAC/COR THREE PTS(PAV)/AVE C(TRL**
**FAIRMONT CA 93536**

Creditor's mailing address

**Describe the lien**
**Secured Property Taxes**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2019-2021**

☐ No

**Last 4 digits of account number**
**3010**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

■ No

☐ Unliquidated

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Disputed

---

| 2.37 | **Los Angeles County Treasurer** | **Describe debtor's property that is subject to a lien** | $1,305.22 | $59,661.00 |
|---|---|---|---|---|

Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

**APN 3279-023-017**
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC AVE F8/229TH STW**
**SAWMILL MOUNTAIN CA 93532**

Creditor's mailing address

**Describe the lien**
**Secured Proerty Taxes**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**2015-2021**

■ No

**Last 4 digits of account number**
**3017**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 37 of 88

- ☐ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 8 | **Los Angeles County Treasurer** | Describe debtor's property that is subject to a lien | $1,305.22 | $60,170.00 |
|---|---|---|---|---|

Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015-2021**
**Last 4 digits of account number**
**4018**

Do multiple creditors have an interest in the same property?

- ☐ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**APN 3279-024-018**
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC AVE F8/229TH STW**
**SAWMILL MOUNTAIN CA 93532**

Describe the lien
**Secured Property Taxes**
**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.3 9 | **Los Angeles County Treasurer** | Describe debtor's property that is subject to a lien | $999.74 | $60,170.00 |
|---|---|---|---|---|

Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2015-2021**
**Last 4 digits of account number**
**4019**

Do multiple creditors have an interest in the same property?

- ☐ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**APN 3279-024-019**
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC AVE F8/229TH STW**
**SAWMILL MOUNTAIN CA 93532**

Describe the lien
**Secured Property Taxes**
**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| 2.4 0 | **Los Angeles County Treasurer** | Describe debtor's property that is subject to a lien | $559.55 | $13,009.50 |
|---|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**2020-21**

**Last 4 digits of account number**

**6016**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**APN 3310-026-016**
**Undeveloped Land**
**Los Angeles County**
**VAC/COR 135 STE/AVE F6**
**REDMAN CA 9353**

**Describe the lien**

**Secured Property Taxes**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.41** **Los Angeles County Treasurer**

Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**2018 to 2021**

**Last 4 digits of account number**

**4021**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**

**APN 3318-004-021**
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC AVE B/210 STE**
**HI VISTA CA 93535**

**Describe the lien**

**Secured Property Taxes**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,569.81    $33,119.80

---

**2.42** **Los Angeles County Treasurer**

Creditor's Name

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**APN 3326-016-015**
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC AVE D8/235 STE**
**HI VISTA CA 93535**

**Describe the lien**

**Secured Property Taxes**

**Is the creditor an insider or related party?**

■ No

$1,519.64    $16,343.80

---

Official Form 206D         Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**         page 18 of 21

Creditor's email address, if known
_____

☐ Yes
**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**2019 to 2021**

**Last 4 digits of account number**

**6015**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 3 | **Los Angeles County Treasurer** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $1,138.06 | $7,656.48 |

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

APN 3336-017-025
**Undeveloped Land**
**Los Angeles County**
**VAC/VIC 235 STE/AVE K8**
**BUTTE VALLEY CA 93535**

Creditor's mailing address

**Describe the lien**

**Secured Propety Taxes**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**2018 to 2021**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**7025**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.4 4 | **Los Angeles County Treasurer** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $1,451.34 | $14,950.26 |

**and Tax Collector**
**225 N. Hill Street, #1**
**Los Angeles, CA 90012**

APN 3342-021-039
**Undeveloped Land**
**Los Angeles County**
**VAC/AVE I/VIC 221 STE**
**BUTTE VALLEY CA 93535**

Creditor's mailing address

**Describe the lien**

**Secured Property Taxes**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

**2018 to 2021**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**1039**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 40 of 88

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.45 | **Los Angeles County Treasurer** | Describe debtor's property that is subject to a lien | $801.83 | $6,583.50 |
|---|---|---|---|---|

Creditor's Name

**and Tax Collector
225 N. Hill Street, #1
Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2019 to 2021
Last 4 digits of account number
9032**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**APN 3344-009-032
Undeveloped Land
Los Angeles County
VAC/VIC AVE K6/215 STE
BUTTE VALLEY CA 93535**

**Describe the lien**
**Secured Property Taxes**
**Is the creditor an insider or related party?**

☑ No
☐ Yes
**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.46 | **Los Angeles County Treasurer** | Describe debtor's property that is subject to a lien | $664.89 | $6,700.00 |
|---|---|---|---|---|

Creditor's Name

**and Tax Collector
225 N. Hill Street, #1
Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2020-21
Last 4 digits of account number
2018**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**APN 3346-002-018
Undeveloped Land
Los Angeles County
VAC/VIC AVE L12/206 STE
BUTTE VALLEY CA 93535**

**Describe the lien**
**Secured Property Taxes**
**Is the creditor an insider or related party?**

☑ No
☐ Yes
**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.47 | **Los Angeles County Treasurer** | Describe debtor's property that is subject to a lien | $1,881.05 | $8,841.00 |
|---|---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 41 of 88

Creditor's Name

**and Tax Collector
225 N. Hill Street, #1
Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2018-2021**

**Last 4 digits of account number**
**4032**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

APN 3378-004-032
**Undeveloped Land
Los Angeles County
VAC/COR AVE K8/95 STE
ROOSEVELT CA 93535**

**Describe the lien**
**Secured Property Taxes**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 8 | **Los Angeles County Treasurer** | | | $2,569.19 | $19,712.50 |
|---|---|---|---|---|---|

Creditor's Name

**and Tax Collector
225 N. Hill Street, #1
Los Angeles, CA 90012**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2019 to 2021**

**Last 4 digits of account number**
**2005**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
APN 3085-002-025
**Undeveloped Land
Los Angeles County**183rd St East and Fort Tejon R d

**Describe the lien**
**Secured Tax Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | **$168,443.07** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **ACEH Capital, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

   1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ■ No. Go to Part 2.

     ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

   3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address** | $392.00 |
| | **All-Guard Alarm** | |
| | **1306 Stealth Street** | |
| | **Livermore, CA 94551** | |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  San Mateo Office Alarm

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.2** | **Nonpriority creditor's name and mailing address** | $500.00 |
| | **Averydale Mutual Water Co.** | |
| | **PO Box 191** | |
| | **Lancaster, CA 93584** | |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number  3009 | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.3** | **Nonpriority creditor's name and mailing address** | $40,775.03 |
| | **Barclay's Bank** | |
| | **PO Box 23066** | |
| | **Columbus, GA 31902** | |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| **3.4** | **Nonpriority creditor's name and mailing address** | $350,000.00 |
| | **Borel Place Associates** | |
| | **1611 Borel Place** | |
| | **San Mateo, CA 94402** | |
| | Date(s) debt was incurred _ | |
| | Last 4 digits of account number _ | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  San Mateo Office Rent Suite 105

Is the claim subject to offset? ■ No ☐ Yes

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 43 of 88

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,888.70 |
|---|---|---|---|

**Chase Bank**
**PO Box 94014**
**Palatine, IL 60094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,327.91 |
|---|---|---|---|

**Davis Wright Tremaine**
**1300 SW Fifth Ave, Ste 2400**
**Portland, OR 97201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Legal__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,982.20 |
|---|---|---|---|

**ECI Four 7901 Stoneridge LLC**
**PO Box 398404**
**San Francisco, CA 94139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Pleasanton Office Suite 123__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,214.62 |
|---|---|---|---|

**Goldman, Evans & Trammell, LLC**
**10323 Cross Creek Blvd, "F"**
**Tampa, FL 33647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __CIT Technologies Xerox lease__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,598.91 |
|---|---|---|---|

**Goldman, Evans & Trammell, LLC**
**10323 Cross Creek Blvd, "F"**
**Tampa, FL 33647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __Collection for Fusion (Megapath) Internet__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**Hiatt**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number __4021__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,005.48 |
|---|---|---|---|

**I.C. Systems**
**444 Highway 96E**
**PO Box 64378**
**Saint Paul, MN 55164-0379**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: __AT&T__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 44 of 88

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$264,241.26** |
|---|---|---|---|

**Land Investment Co of CA, LLC**
**PO Box 610108**
**Redwood City, CA 94061**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Loans__

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,998.00** |
|---|---|---|---|

**Land Investment Co of CA, LLC**
**PO Box 610108**
**Redwood City, CA 94061**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Vehicle usage__

Is the claim subject to offset? ■ No ☐ Yes

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,716.00** |
|---|---|---|---|

**Law Offices of Kenneth J. Freed**
**PO Box 5914**
**Sherman Oaks, CA 91413**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Collection MailFinance__

Is the claim subject to offset? ■ No ☐ Yes

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$13,100.00** |
|---|---|---|---|

**Martin Cheatle**
**1026 W. Rowland Ave**
**West Covina, CA 91790-1711**

Date(s) debt was incurred _
Last 4 digits of account number  __3004__

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,988.21** |
|---|---|---|---|

**McCarthy Burgess & Wolff**
**The MB&W Building**
**26000 Cannon Rd**
**Bedford, OH 44146**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Collection Verizon__

Is the claim subject to offset? ■ No ☐ Yes

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,281.72** |
|---|---|---|---|

**NACM Business Credit Services**
**910 SW Spokane St, Bldg A**
**Seattle, WA 98134**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Collection Payscale, Inc__

Is the claim subject to offset? ■ No ☐ Yes

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,067.00** |
|---|---|---|---|

**Quadient**
**234 Tarpley Rd, Ste 134**
**Carrollton, TX 75006**

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Collection Neopost__

Is the claim subject to offset? ■ No ☐ Yes

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 45 of 88

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $535.33 |
|---|---|---|---|

**Shred-It c/o Stericycle, Inc.**
28883 Network Place
Chicago, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $435.00 |
|---|---|---|---|

**Sundale Mutual Water Co.**
PO Box 6708
Lancaster, CA 93539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __2020_

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $435.00 |
|---|---|---|---|

**Sundale Mutual Water Co.**
PO Box 6708
Lancaster, CA 93539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number __3019_

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $103,657.54 |
|---|---|---|---|

**Wei-Fah Loo or Mei Li**
1577 S. Wolfe Rd
Sunnyvale, CA 94087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Loan_

Is the claim subject to offset? ■ No ☐ Yes

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $194.73 |
|---|---|---|---|

**Windham Professionsal**
382 Main Street
Salem, NH 03079

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Collections for Comcast_

Is the claim subject to offset? ■ No ☐ Yes

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $229,479.45 |
|---|---|---|---|

**Yueh-Tze Lan**
640 Windmill Court
Fremont, CA 94539

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Loan_

Is the claim subject to offset? ■ No ☐ Yes

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,593,331.00 |
|---|---|---|---|

**Zhiwei Xu, Xiaohua Yang, Zhen Yang
and Xuanming Lu**
c/o Jefrey L. Fazio, DeHeng Law Offices
7901 Stoneridge Drive, Ste 208
Pleasanton, CA 94588

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Complaint_

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 46 of 88

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| | | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,823,145.09 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,823,145.09 |

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 47 of 88

Fill in this information to identify the case:

Debtor name **ACEH Capital, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Lease was believed to be renewed for 5 years in 2018 for 1650 Borel Place, Ste 105, San Mateo, CA 94402** | |
| | State the term remaining | | **Borel Place Associates** |
| | List the contract number of any government contract | | **1611 Borel Place** **San Mateo, CA 94402** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Monthly contract for storage of server** | |
| | State the term remaining | | **Hurricane Electric** |
| | List the contract number of any government contract | | **48233 Warm Springs Blvd** **Fremont, CA 94539** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Vacant Land Listing Agreement** **30th Street W and Avenue E-2, Lancaster, CA** **APN 3117-012-027** **$320,000** **December 31, 2021** | |
| | State the term remaining | | **Sunriser Landcore Investments** **Hesam Tooloee** |
| | List the contract number of any government contract | | **1179 Oakmont Dr, #1** **Walnut Creek, CA 94595** |

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 48 of 88

Debtor name **ACEH Capital, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**
*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **230 East Street and Avenue B, LLC** | **7120 Blue Hill Dr** **San Jose, CA 95129** | **Zhiwei Xu, Xiaohua Yang, Zhen Yang** | ☐ D _____ ■ E/F __3.25__ ☐ G _____ |
| 2.2 | **ACEQ Investment, Inc.** | **7120 Blue Hill Dr** **San Jose, CA 95129** | **Zhiwei Xu, Xiaohua Yang, Zhen Yang** | ☐ D _____ ■ E/F __3.25__ ☐ G _____ |
| 2.3 | **Amanda Sword** | **1000 W. Desert Valley Dr** **San Tan Valley, AZ 85143** **5%** | **Los Angeles County Treasurer** | ■ D __2.9__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **Anthony L. Wade** | **841 W. Palmer St** **Compton, CA 90220** **5%** | **Los Angeles County Treasurer** | ■ D __2.18__ ☐ E/F _____ ☐ G _____ |
| 2.5 | **Anthony L. Wade** | **841 W. Palmer St** **Compton, CA 90220** **5%** | **Los Angeles County Treasurer** | ■ D __2.17__ ☐ E/F _____ ☐ G _____ |

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 49 of 88

| Debtor | ACEH Capital, LLC | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | Anthony L. Wade | 841 W. Palmer St<br>Compton, CA 90220<br>5% | Los Angeles County Treasurer | ■ D __2.19__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Anthony L. Wade | 841 W. Palmer St<br>Compton, CA 90220<br>5% | Los Angeles County Treasurer | ■ D __2.20__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Anthony L. Wade | 841 W. Palmer St<br>Compton, CA 90220<br>5% | Los Angeles County Treasurer | ■ D __2.21__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Anthony L. Wade | 841 W. Palmer St<br>Compton, CA 90220<br>5% | Los Angeles County Treasurer | ■ D __2.22__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Anthony L. Wade | 841 W. Palmer St<br>Compton, CA 90220<br>5% | Los Angeles County Treasurer | ■ D __2.23__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Anthony L. Wade | 841 W. Palmer St<br>Compton, CA 90220<br>5% | Los Angeles County Treasurer | ■ D __2.24__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Anthony L. Wade | 841 W. Palmer St<br>Compton, CA 90220<br>5% | Los Angeles County Treasurer | ■ D __2.25__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Anthony L. Wade | 841 W. Palmer St<br>Compton, CA 90220<br>5% | Los Angeles County Treasurer | ■ D __2.26__<br>☐ E/F _____<br>☐ G _____ |

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor** | *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.14 | **Anthony L. Wade** | **841 W. Palmer St**<br>**Compton, CA 90220**<br>**5%** | **Los Angeles County**<br>**Treasurer** | ■ D ___2.27___<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Anthony L. Wade** | **841 W. Palmer St**<br>**Compton, CA 90220**<br>**5%** | **Los Angeles County**<br>**Treasurer** | ■ D ___2.28___<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Bei Qin** | **7120 Blue Hill Dr**<br>**San Jose, CA 95129** | **Zhiwei Xu, Xiaohua**<br>**Yang, Zhen Yang** | ☐ D _____<br>■ E/F ___3.25___<br>☐ G _____ |
| 2.17 | **Charlene Stoller** | **P.O. Box 976**<br>**Santa Clara, CA 95050**<br>**50%** | **Los Angeles County**<br>**Treasurer** | ■ D ___2.33___<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | **Chen C. Wang** | **490 Las Pulgas Drive**<br>**Redwood City, CA 94062** | **Zhiwei Xu, Xiaohua**<br>**Yang, Zhen Yang** | ☐ D _____<br>■ E/F ___3.25___<br>☐ G _____ |
| 2.19 | **Chen C. Wang &**<br>**Victoria Wang** | **490 Las Pulgas Drive**<br>**Redwood City, CA 94062** | **Wei-Fah Loo or Mei**<br>**Li** | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |
| 2.20 | **Chen C. Wang &**<br>**Victoria Wang** | **490 Las Pulgas Drive**<br>**Redwood City, CA 94062** | **Yueh-Tze Lan** | ☐ D _____<br>■ E/F ___3.24___<br>☐ G _____ |
| 2.21 | **Chrisanne Huynh** | **663 High Glen Drive**<br>**San Jose, CA 95133**<br>**10%** | **Los Angeles County**<br>**Treasurer** | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 51 of 88

| | | | |
|---|---|---|---|
| ■ | **Additional Page to List More Codebtors** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                   *Column 2:* **Creditor**

| 2.22 | **Christopher R. Arnold** | **4818 Hersholt AVe Long Beach, CA 90808** 10% | **Los Angeles County Treasurer** | ■ D __2.34__<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.23 | **David Gold** | **6571 Camden Ave Los Gatos, CA 95032** 18.8% | **Los Angeles County Treasurer** | ■ D __2.42__<br>☐ E/F _____<br>☐ G _____ |
| 2.24 | **Debra A. Longenbaugh** | **5117 #5 W. Wooley Rd Oxnard, CA 93035** 11% | **Los Angeles County Treasurer** | ■ D __2.34__<br>☐ E/F _____<br>☐ G _____ |
| 2.25 | **Equity Trust Company, Custodian** | **FBO Roselyne Genin IRA P.O. Box 51591 Palo Alto, CA 94303-0712** 25% | **Los Angeles County Treasurer** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.26 | **Equity Trust Company, Custodian** | **FBO Cornelia Espejo Yap,IRA 5601 Los Pueblos Way Sacramento, CA 95835** 10% | **Los Angeles County Treasurer** | ■ D __2.34__<br>☐ E/F _____<br>☐ G _____ |
| 2.27 | **IRA Services, Trust Company** | **FBO Oscar Alvarez, IRA 3863 Harlequin Terrace Fremont, CA 94555** 10% | **Los Angeles County Treasurer** | ■ D __2.16__<br>☐ E/F _____<br>☐ G _____ |
| 2.28 | **IRA Services, Trust Company** | **FBO Sanjay Saxena IRA 200 Little Foot Drive Fremont, CA 94539** 25% ownership | **Los Angeles County Treasurer** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 52 of 88

| | | |
|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                      Column 2: **Creditor**

| 2.29 | IRA Services, Trust Company | FBO Jason Datoc, IRA<br>2466 Brenning Dr,<br>San Jose, CA 95111<br>33% | Los Angeles County Treasurer | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|
| 2.30 | IRA Services, Trust Company | FBO Robert A. Mann, IRA<br>P.O. Box 216<br>Carnelian Bay, CA 96140<br>15% | Los Angeles County Treasurer | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.31 | IRA Services, Trust Company | FBO Thomas Wayne Anderson, IRA<br>P.O. Box 60096<br>Sunnyvale, CA 94088-0096<br>17% | Los Angeles County Treasurer | ■ D ___2.6___<br>☐ E/F _____<br>☐ G _____ |
| 2.32 | IRA Services, Trust Company | FBO Nancy Ferguson, IRA<br>1235 W. 76th Street<br>Los Angeles, CA 90044<br>11% | Los Angeles County Treasurer | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.33 | IRA Services, Trust Company | FBO Laura S. Rivera IRA<br>19204 Redford Lane<br>Huntington Beach, CA 92648<br>9% | Los Angeles County Treasurer | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.34 | IRA Services, Trust Company | FBO Michelle Hinckley, IRA<br>1238 W. 11th St<br>San Pedro, CA 90731<br>11% | Los Angeles County Treasurer | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |
| 2.35 | IRA Services, Trust Company | FBO Barbara Ann Harvey IRA<br>1438 Pinehurst Drive<br>San Jose, CA 95118 | Los Angeles County Treasurer | ■ D ___2.8___<br>☐ E/F _____<br>☐ G _____ |

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 53 of 88

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| 2.36 | **IRA Services, Trust Company** | **FBO Brian Babcock, IRA**<br>3346 Woodside Lane<br>San Jose, CA 95121-1246<br>25% | **Los Angeles County Treasurer** | ■ D __2.8__<br>☐ E/F ____<br>☐ G ____ |
| 2.37 | **IRA Services, Trust Company** | **FBO Rose Camarena, IRA**<br>4199 Georgia Ave, #4<br>San Mateo, CA 94403<br>16.0% | **Los Angeles County Treasurer** | ■ D __2.12__<br>☐ E/F ____<br>☐ G ____ |
| 2.38 | **IRA Services, Trust Company** | **FBO Janet Hessing, IRA**<br>2170 Santa Croce Drive<br>Livermore, CA 94550<br>17.99% | **Los Angeles County Treasurer** | ■ D __2.11__<br>☐ E/F ____<br>☐ G ____ |
| 2.39 | **IRA Services, Trust Company** | **FBO Jeffrey Hocker, IRA**<br>1025 Cortez Ave<br>Burlingame, CA 94010<br>18% | **Los Angeles County Treasurer** | ■ D __2.12__<br>☐ E/F ____<br>☐ G ____ |
| 2.40 | **IRA Services, Trust Company** | **FBO John Applegate, IRA**<br>604 Mountain View Ave<br>Belmont, CA 94002-2533<br>18% | **Los Angeles County Treasurer** | ■ D __2.12__<br>☐ E/F ____<br>☐ G ____ |
| 2.41 | **IRA Services, Trust Company** | **FBO Lorraine Chacon, IRA**<br>P.O. Box 2268<br>Mission Viejo, CA 92690<br>26% | **Los Angeles County Treasurer** | ■ D __2.15__<br>☐ E/F ____<br>☐ G ____ |
| 2.42 | **IRA Services, Trust Company** | **FBO Darlena Wade-Williams, IRA**<br>2006 W. Ave K-4<br>Lancaster, CA 93536<br>5% | **Los Angeles County Treasurer** | ■ D __2.18__<br>☐ E/F ____<br>☐ G ____ |

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 54 of 88

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.43 | IRA Services, Trust Company | FBO Stephanie L. Zierhut, IRA<br>41 Marine View Drive<br>Camarillo, CA 93010<br>27.78% | Los Angeles County Treasurer | ■ D __2.32__<br>☐ E/F ____<br>☐ G ____ |
| 2.44 | IRA Services, Trust Company | FBO Abdul Khan, IRA<br>15 Anton Court<br>Sacramento, CA 95835<br>10.43% | Los Angeles County Treasurer | ■ D __2.34__<br>☐ E/F ____<br>☐ G ____ |
| 2.45 | IRA Services, Trust Company | FBO Mingyue Li, , IRA<br>36961 Newark Blvd, #B<br>Newark, CA 94560<br>8.85% | Los Angeles County Treasurer | ■ D __2.34__<br>☐ E/F ____<br>☐ G ____ |
| 2.46 | IRA Services, Trust Company | FBO Frank Chan IRA<br>962 Broadleaf Lane<br>San Jose, CA 95128<br>9.50% | Los Angeles County Treasurer | ■ D __2.34__<br>☐ E/F ____<br>☐ G ____ |
| 2.47 | IRA Services, Trust Company | FBO Rose V. DeSanto, IRA<br>8145 College Ave<br>Whittier, CA 90605<br>12.08% | Los Angeles County Treasurer | ■ D __2.34__<br>☐ E/F ____<br>☐ G ____ |
| 2.48 | IRA Services, Trust Company | FBO Kendra Imbori-Sanchez, IRA<br>400 Dorrance Rd<br>Boulder Creek, CA 95006<br>45% | Los Angeles County Treasurer | ■ D __2.36__<br>☐ E/F ____<br>☐ G ____ |
| 2.49 | IRA Services, Trust Company | FBO Terrance Wright, IRA<br>1805 N. Vallejo Way<br>Upland, CA 91784<br>14.63% | Los Angeles County Treasurer | ■ D __2.36__<br>☐ E/F ____<br>☐ G ____ |

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 55 of 88

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.50 | **IRA Services, Trust Company** | **FBO Dolores B. Taylor, IRA** 32 Dana Point Ave Ventura, CA 93004 14.62% | **Los Angeles County Treasurer** | ■ D ___2.36___ ☐ E/F _____ ☐ G _____ |
| 2.51 | **IRA Services, Trust Company** | **FBO Barbara Thompson, IRA** P.O. Box 2550 Placerville, CA 95667 30% | **Los Angeles County Treasurer** | ■ D ___2.40___ ☐ E/F _____ ☐ G _____ |
| 2.52 | **IRA Services, Trust Company** | **FBO William Thomas, IRA** P.O. Box 3464 La Habra, CA 90632 5% | **Los Angeles County Treasurer** | ■ D ___2.41___ ☐ E/F _____ ☐ G _____ |
| 2.53 | **IRA Services, Trust Company** | **FBO Vilma A. Salazar, IRA** 3028 W. 77th St Inglewood, CA 90305 13% | **Los Angeles County Treasurer** | ■ D ___2.41___ ☐ E/F _____ ☐ G _____ |
| 2.54 | **IRA Services, Trust Company** | **FBO Ci Zhou, IRA** 1669 Cowper St Palo Alto, CA 94301 25% | **Los Angeles County Treasurer** | ■ D ___2.42___ ☐ E/F _____ ☐ G _____ |
| 2.55 | **IRA Services, Trust Company** | **FBO Ninette Maass, IRA** 16201 Camino Del Sol Los Gatos, CA 95032 18.8% | **Los Angeles County Treasurer** | ■ D ___2.42___ ☐ E/F _____ ☐ G _____ |
| 2.56 | **IRA Services, Trust Company** | **FBO Kathleen Marie Farrell, IRA** 2833 Camino Del Rey San Jose, CA 95132 25% | **Los Angeles County Treasurer** | ■ D ___2.43___ ☐ E/F _____ ☐ G _____ |

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 56 of 88

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.57 | IRA Services, Trust Company | FBO Ana Maria Duran Hernandez, IRA<br>1678 Norval Street<br>Pomona, CA 91766<br>18.09% | Los Angeles County Treasurer | ■ D __2.43__<br>☐ E/F ____<br>☐ G ____ |
| 2.58 | IRA Services, Trust Company | FBO Alba Garcia,  IRA<br>423 Hillcrest St<br>El Segundo, CA 90245<br>20.10% | Los Angeles County Treasurer | ■ D __2.43__<br>☐ E/F ____<br>☐ G ____ |
| 2.59 | IRA Services, Trust Company | FBO Lance Gaylord Goree,  IRA<br>1971 Junction Drive<br>Concord, CA 94518<br>61% | Los Angeles County Treasurer | ■ D __2.44__<br>☐ E/F ____<br>☐ G ____ |
| 2.60 | IRA Services, Trust Company | FBO Ingrid Olivia, IRA<br>9613 Rosecrans Ave<br>Bellflower, CA 90706<br>41.48% | Los Angeles County Treasurer | ■ D __2.45__<br>☐ E/F ____<br>☐ G ____ |
| 2.61 | IRA Services, Trust Company | FBO Dan Villamil, IRA<br>32804 N. The Old Rd<br>Castaic, CA 91384<br>37.5% | Los Angeles County Treasurer | ■ D __2.46__<br>☐ E/F ____<br>☐ G ____ |
| 2.62 | IRA Services, Trust Company | FBOCorinne Conrad, IRA<br>6937 Schilling Ave<br>San Diego, CA 92126<br>29% | Los Angeles County Treasurer | ■ D __2.46__<br>☐ E/F ____<br>☐ G ____ |
| 2.63 | IRA Services, Trust Company | FBO Kai Lai, IRA<br>801 San Marcos<br>Fremont, CA 94539<br>25% | Los Angeles County Treasurer | ■ D __2.47__<br>☐ E/F ____<br>☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.64 | IRA Services, Trust Company | FBO Lutricia Carter, IRA<br>1104 Woodview Dr<br>Leander, TX 78641<br>25% | Los Angeles County Treasurer | ■ D   **2.47**<br>☐ E/F _____<br>☐ G _____ |
| 2.65 | IRA Services, Trust Company | FBO Stephen C. Carpenter, IRA<br>67 St. Thomas Ct<br>Pleasant Hill, CA 94523<br>25% | Los Angeles County Treasurer | ■ D   **2.47**<br>☐ E/F _____<br>☐ G _____ |
| 2.66 | IRA Services, Trust Company | FBO Winnie Lee, IRA<br>2987 Mariposa Drive<br>Burlingame, CA 94010<br>17% | Los Angeles County Treasurer | ■ D   **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.67 | IRA Services, Trust Company | FBO Selam Berayes, IRA<br>7864 Dickens Way<br>Gilroy, CA 95020<br>22.80% | Los Angeles County Treasurer | ■ D   **2.10**<br>☐ E/F _____<br>☐ G _____ |
| 2.68 | IRA Services, Trust Company | FBOJan M. Garin, IRA<br>3529 Springer Rd<br>Placerville, CA 95667<br>28.58% | Los Angeles County Treasurer | ■ D   **2.10**<br>☐ E/F _____<br>☐ G _____ |
| 2.69 | IRA Services, Trust Company | FBO John Kenneth Logie, IRA<br>1600 Lakeshore Ave, Apt 1010<br>Oakland, CA 94606<br>19.24% | Los Angeles County Treasurer | ■ D   **2.13**<br>☐ E/F _____<br>☐ G _____ |
| 2.70 | IRA Services, Trust Company | FBO Emelyne Sablan, IRA<br>4862 Sevilla Way<br>Carlsbad, CA 92008<br>17.31% | Los Angeles County Treasurer | ■ D   **2.14**<br>☐ E/F _____<br>☐ G _____ |

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 58 of 88

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.71 | **IRA Services,** **Trust Company** | **FBO Darlena Wade-Williams, IRA** **2006 W. Ave K-4** **Lancaster, CA 93536** **5%** | **Los Angeles County** **Treasurer** | ■ D ___2.17___<br>☐ E/F _____<br>☐ G _____ |
| 2.72 | **IRA Services,** **Trust Company** | **FBO Darlena Wade-Williams, IRA** **2006 W. Ave K-4** **Lancaster, CA 93536** **5%** | **Los Angeles County** **Treasurer** | ■ D ___2.19___<br>☐ E/F _____<br>☐ G _____ |
| 2.73 | **IRA Services,** **Trust Company** | **FBO Darlena Wade-Williams, IRA** **2006 W. Ave K-4** **Lancaster, CA 93536** **5%** | **Los Angeles County** **Treasurer** | ■ D ___2.20___<br>☐ E/F _____<br>☐ G _____ |
| 2.74 | **IRA Services,** **Trust Company** | **FBO Darlena Wade-Williams, IRA** **2006 W. Ave K-4** **Lancaster, CA 93536** **5%** | **Los Angeles County** **Treasurer** | ■ D ___2.21___<br>☐ E/F _____<br>☐ G _____ |
| 2.75 | **IRA Services,** **Trust Company** | **FBO Darlena Wade-Williams, IRA** **2006 W. Ave K-4** **Lancaster, CA 93536** **5%** | **Los Angeles County** **Treasurer** | ■ D ___2.22___<br>☐ E/F _____<br>☐ G _____ |
| 2.76 | **IRA Services,** **Trust Company** | **FBO Darlena Wade-Williams, IRA** **2006 W. Ave K-4** **Lancaster, CA 93536** **5%** | **Los Angeles County** **Treasurer** | ■ D ___2.23___<br>☐ E/F _____<br>☐ G _____ |
| 2.77 | **IRA Services,** **Trust Company** | **FBO Darlena Wade-Williams, IRA** **2006 W. Ave K-4** **Lancaster, CA 93536** **5%** | **Los Angeles County** **Treasurer** | ■ D ___2.24___<br>☐ E/F _____<br>☐ G _____ |

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 59 of 88

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.78 | IRA Services, Trust Company | FBO Darlena Wade-Williams, IRA 2006 W. Ave K-4 Lancaster, CA 93536 5% | Los Angeles County Treasurer | ■ D ___2.25___ ☐ E/F _____ ☐ G _____ |
| 2.79 | IRA Services, Trust Company | FBO Darlena Wade-Williams, IRA 2006 W. Ave K-4 Lancaster, CA 93536 5% | Los Angeles County Treasurer | ■ D ___2.26___ ☐ E/F _____ ☐ G _____ |
| 2.80 | IRA Services, Trust Company | FBO Darlena Wade-Williams, IRA 2006 W. Ave K-4 Lancaster, CA 93536 5% | Los Angeles County Treasurer | ■ D ___2.27___ ☐ E/F _____ ☐ G _____ |
| 2.81 | IRA Services, Trust Company | FBO Darlena Wade-Williams, IRA 2006 W. Ave K-4 Lancaster, CA 93536 5% | Los Angeles County Treasurer | ■ D ___2.28___ ☐ E/F _____ ☐ G _____ |
| 2.82 | IRA Services, Trust Company | FBO Jose Mendosa, IRA 2310 S. Greenville St Santa Ana, CA 92704 19.50% | Los Angeles County Treasurer | ■ D ___2.29___ ☐ E/F _____ ☐ G _____ |
| 2.83 | IRA Services, Trust Company | FBO Wayne Zickefoose, IRA 541 N. Fairhaven St Anaheim, CA 92801 20.50% | Los Angeles County Treasurer | ■ D ___2.29___ ☐ E/F _____ ☐ G _____ |
| 2.84 | IRA Services, Trust Company | FBO Franklin Bernhoft,, IRA 2363 Woodlake Circle Lodi, CA 95242 52.50% | Los Angeles County Treasurer | ■ D ___2.48___ ☐ E/F _____ ☐ G _____ |

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 60 of 88

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|

| 2.85 | **IRA Services, Trust Company** | FBO Lindo Payumo,, IRA 4062 Shaker Rum Circle Fairfield, CA 94533 23.75% | **Los Angeles County Treasurer** | ■ D    **2.48** ☐ E/F _____ ☐ G _____ |
| 2.86 | **James McCarthy** | 1600 Webster St, Unit 301 San Francisco, CA 94115 25% ownership | **Los Angeles County Treasurer** | ■ D    **2.2** ☐ E/F _____ ☐ G _____ |
| 2.87 | **Jenny Chiang** | 9050 E. Whitmore St Rosemead, CA 91770 25% | **Los Angeles County Treasurer** | ■ D    **2.15** ☐ E/F _____ ☐ G _____ |
| 2.88 | **John Sword** | 1000 W. Desert Valley Dr San Tan Valley, AZ 85143 5% | **Los Angeles County Treasurer** | ■ D    **2.9** ☐ E/F _____ ☐ G _____ |
| 2.89 | **Kuang-Yu Chen** | 20489 Chalet Lane Saratoga, CA 95070 25% | **Los Angeles County Treasurer** | ■ D    **2.32** ☐ E/F _____ ☐ G _____ |
| 2.90 | **Lin Huang Family Trust** | 7522 Tiptoe Lane Cupertino, CA 95014 13% | **Los Angeles County Treasurer** | ■ D    **2.4** ☐ E/F _____ ☐ G _____ |
| 2.91 | **Margaret Evonne Wright** | 155 E. Louis Way Tempe, AZ 85284 23% | **Los Angeles County Treasurer** | ■ D    **2.9** ☐ E/F _____ ☐ G _____ |
| 2.92 | **Mary Margaret Loehr** | 3321 Dehesa Road, #90 El Cajon, CA 92019 10.14% | **Los Angeles County Treasurer** | ■ D    **2.34** ☐ E/F _____ ☐ G _____ |

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 61 of 88

| Debtor | **ACEH Capital, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.93 Monlian W. Chen | 2119 San Rafael Ave<br>Santa Clara, CA 95051<br>25% | Kern County Tax Collector | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.94 Richard Leong Jr | 24532 Via Tonada<br>Lake Forest, CA 92630<br>40.38% | Los Angeles County Treasurer | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |
| 2.95 Salvador Meza, Jr. | 5462 Laura Drive<br>San Jose, CA 95124<br>17.31% | Los Angeles County Treasurer | ■ D __2.14__<br>☐ E/F _____<br>☐ G _____ |
| 2.96 Suni Yang Hsieh | 16917 Royalview Road<br>Burlingame, CA 94010<br>35% | Los Angeles County Treasurer | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.97 Whitney Boyle Wright | 155 E. Louis Way<br>Tempe, AZ 85284<br>23% | Los Angeles County Treasurer | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **ACEH Capital, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy 04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2021** to **Filing Date** | ☐ Operating a business<br>■ Other  **Gross Receipts-Business** | **$1.00** |
   | **For prior year:**<br>From **1/01/2020** to **12/31/2020** | ☐ Operating a business<br>■ Other  **Gross Receipts-Business** | **$221,222.00** |
   | **For year before that:**<br>From **1/01/2019** to **12/31/2019** | ☐ Operating a business<br>■ Other  **Gross Receipts-Business** | **$2,529,283.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. Cedilla Group, LLC 50 Woodside Plaza, #404 Redwood City, CA 94061 | 3-9-21 | $11,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **2020 financial management** |
| 3.2. John T. Advani Altum LLP 13920 SE Eastgate Way, Ste 140 Bellevue, WA 98005 | 2/24/21 | $9,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Preparation of 2020 tax returns** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. Wang Family Trust Chen C. Wang & Victoria Wang 490 Las Pulgas Drive Redwood City, CA 94062 Members | 3/31/21 | $6,000.00 | **Accidental transfer of funds to personal account. Replaced on 4/1/21** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 64 of 88

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Zhiwei Xu, Xiahua Yang, Zhen Yang and Xuanming Lu vs. chen Chi Wang, ACEH Capital, LLC, Ace Investment Group, Inc., Bei Qin, 230 East Street and Avenue B, LLC 18CV321297** | **Complaint** | **California Superior Court County of Santa Clara** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Kornfield, Nyberg, Bendes, Kuhner & Litt**<br>**1970 Broadway, Ste 600**<br>**Oakland, CA 94612** | **Attorney Fees** | **11/18/2020** | **$9,997.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

---

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 65 of 88

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | Alejandra Vargas 8959 4th Ave Hesperia, CA 92345 | Vicinity of 220 E and S4 to S8 Black Butte, CA 93591 Net cash to seller $8,452.74 | 11/3/2020 | $28,000.00 |
| | Relationship to debtor none | | | |
| 13.2. | Golden Land, LLC 4505 Amazing View St Las Vegas, NV 89129-3337 | Vacant Land APN 3080-016-011 and 3080-016-012 Palmdale, CA 93591 Proceeds to seller $17,184.03 | 7/19/2020 | $28,600.00 |
| | Relationship to debtor none | | | |
| 13.3. | Bernardo Munoz Sanchez 14787 Nottingham Ct Adelanto, CA 92301-4017 | Vacant Land APN 3081-019-031 Palmdale, CA 93591 Net Proceeds to sellter $3,602.67 | 8/24/2020 | $9,000.00 |
| | Relationship to debtor none | | | |
| 13.4. | Petar Guenkov Petrov | Vacant Land Action , CA Net Proceeds to seller $22,313.64 | 12/9/2020 | $50,000.00 |
| | Relationship to debtor none | | | |
| 13.5. | Joel Torres 3471 5th St, Ste 106 Los Angeles, CA 90020 | 240t St Esat and Ave G Lancaster, CA 93535 Net proceeds to seller $24,346.37 | 9/30/2020 | $29,900.00 |
| | Relationship to debtor none | | | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 66 of 88

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.6. | Christopher Zettner The Chris Zettner Living Trust 18565 Soledad Canyon Rd, #156 Canyon Country, CA 91351-3700 | Vacant Land APN 3334-010-047 Lancaster, CA 93535 Net proceeds to seller $4,719.10 | 3/6/2020 | $8,500.00 |
| | Relationship to debtor none | | | |
| 13.7. | Qianyi Chen 18507 Vicora Dr, Apt A Rowland Heights, CA 91748-3669 | Vacant Land APN 3344-012-003 Lancaster, CA 93535 Net Proceeds to seller $45,479.17 | May 18, 2020 | $55,000.00 |
| | Relationship to debtor none | | | |
| 13.8. | Four Arts, LLC 610 Clematis, #820 West Palm Beach, FL 33401 | 223 E. and Ave M, Lan4caster, CA 93535 Net Proceeds to seller $9,268.70 | 10/2/2020 | $14,000.00 |
| | Relationship to debtor none | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **Security Public Storage**<br>**24873 Huntwood Ave**<br>**Hayward, CA** | **Greg Wang** | **Business records and books including personally identifiable information regarding former clients and misc furniture belonging to ACEH Capital, LLC. Additionally there are contents that are personal belonging to Greg Wang and various members of the Wang family.**<br>**In addition there are records belonging to non-debtor entities.** | ☐ No<br>☑ Yes |
| **Hurricane Electric**<br>**48233 Warm Springs Blvd**<br>**Fremont, CA 94539** | **Victoria Wang** | **Server** | ☐ No<br>☑ Yes |

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy

not list leased or rented property.

■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **John T. Advani**<br>**Altum LLP**<br>**13920 SE Eastgate Way, Ste 140**<br>**Bellevue, WA 98005** | |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Chen C. Wang & Victoria Wang | 490 Las Pulgas Drive Redwood City, CA 94062 | Members | 100% |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Case: 21-30299   Doc# 1   Filed: 04/21/21   Entered: 04/21/21 07:58:19   Page 70 of 88

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
| --- | --- |

---

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **4/21/2021**

**/s/ Victoria Wang**                                          **Victoria Wang**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor      **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No

☐ Yes

Case: 21-30299    Doc# 1    Filed: 04/21/21    Entered: 04/21/21 07:58:19    Page 71 of 88

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.

    **ACEH Capital, LLC**

_____ Debtor(s).            /

**CREDITOR MATRIX COVER SHEET**

      I declare that the attached Creditor Mailing Matrix, consisting of __13__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED:  **4/21/2021**

                                            **/s/ Eric A. Nyberg**
                                            Signature of Debtor's Attorney or Pro Per Debtor

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Eric A. Nyberg
Kornfield, Nyberg, Bendes, Kuhner & Little P.C.
1970 Broadway, Ste 600
Oakland, CA 94612


ACEH Capital, LLC
PO Box 610108
Redwood City, CA 94061-0108


230 East Street and Avenue B, LLC
7120 Blue Hill Dr
San Jose, CA 95129


ACEQ Investment, Inc.
7120 Blue Hill Dr
San Jose, CA 95129


All-Guard Alarm
1306 Stealth Street
Livermore, CA 94551


Amanda Sword
1000 W. Desert Valley Dr
San Tan Valley, AZ 85143


Anthony L. Wade
841 W. Palmer St
Compton, CA 90220


Averydale Mutual Water Co.
PO Box 191
Lancaster, CA 93584

Barclay's Bank
PO Box 23066
Columbus, GA 31902


Bei Qin
7120 Blue Hill Dr
San Jose, CA 95129


Borel Place Associates
1611 Borel Place
San Mateo, CA 94402


Charlene Stoller
P.O. Box 976
Santa Clara, CA 95050


Chase Bank
PO Box 94014
Palatine, IL 60094


Chen C. Wang
490 Las Pulgas Drive
Redwood City, CA 94062


Chen C. Wang & Victoria Wang
490 Las Pulgas Drive
Redwood City, CA 94062


Chrisanne Huynh
663 High Glen Drive
San Jose, CA 95133

Christopher R. Arnold
4818 Hersholt AVe
Long Beach, CA 90808


David Gold
6571 Camden Ave
Los Gatos, CA 95032


Davis Wright Tremaine
1300 SW Fifth Ave, Ste 2400
Portland, OR 97201


Debra A. Longenbaugh
5117 #5 W. Wooley Rd
Oxnard, CA 93035


ECI Four 7901 Stoneridge LLC
PO Box 398404
San Francisco, CA 94139


Equity Trust Company, Custodian
FBO Roselyne Genin IRA
P.O. Box 51591
Palo Alto, CA 94303-0712


Equity Trust Company, Custodian
FBO Cornelia Espejo Yap,IRA
5601 Los Pueblos Way
Sacramento, CA 95835


Goldman, Evans & Trammell, LLC
10323 Cross Creek Blvd, "F"
Tampa, FL 33647

Hiatt


Hurricane Electric
48233 Warm Springs Blvd
Fremont, CA 94539


I.C. Systems
444 Highway 96E
PO Box 64378
Saint Paul, MN 55164-0379


IRA Services, Trust Company
FBO Oscar Alvarez, IRA
3863 Harlequin Terrace
Fremont, CA 94555


IRA Services, Trust Company
FBO Sanjay Saxena IRA
200 Little Foot Drive
Fremont, CA 94539


IRA Services, Trust Company
FBO Jason Datoc, IRA
2466 Brenning Dr,
San Jose, CA 95111


IRA Services, Trust Company
FBO Robert A. Mann, IRA
P.O. Box 216
Carnelian Bay, CA 96140


IRA Services, Trust Company
FBO Thomas Wayne Anderson, IRA
P.O. Box 60096
Sunnyvale, CA 94088-0096

IRA Services, Trust Company
FBO Nancy Ferguson, IRA
1235 W. 76th Street
Los Angeles, CA 90044


IRA Services, Trust Company
FBO Laura S. Rivera IRA
19204 Redford Lane
Huntington Beach, CA 92648


IRA Services, Trust Company
FBO Michelle Hinckley, IRA
1238 W. 11th St
San Pedro, CA 90731


IRA Services, Trust Company
FBO Barbara Ann Harvey IRA
1438 Pinehurst Drive
San Jose, CA 95118


IRA Services, Trust Company
FBO Brian Babcock, IRA
3346 Woodside Lane
San Jose, CA 95121-1246


IRA Services, Trust Company
FBO Rose Camarena, IRA
4199 Georgia Ave, #4
San Mateo, CA 94403


IRA Services, Trust Company
FBO Janet Hessing, IRA
2170 Santa Croce Drive
Livermore, CA 94550


IRA Services, Trust Company
FBO Jeffrey Hocker, IRA
1025 Cortez Ave
Burlingame, CA 94010

IRA Services, Trust Company
FBO John Applegate, IRA
604 Mountain View Ave
Belmont, CA 94002-2533


IRA Services, Trust Company
FBO Lorraine Chacon, IRA
P.O. Box 2268
Mission Viejo, CA 92690


IRA Services, Trust Company
FBO Darlena Wade-Williams, IRA
2006 W. Ave K-4
Lancaster, CA 93536


IRA Services, Trust Company
FBO Stephanie L. Zierhut, IRA
41 Marine View Drive
Camarillo, CA 93010


IRA Services, Trust Company
FBO Abdul Khan, IRA
15 Anton Court
Sacramento, CA 95835


IRA Services, Trust Company
FBO Mingyue Li, , IRA
36961 Newark Blvd, #B
Newark, CA 94560


IRA Services, Trust Company
FBO Frank Chan IRA
962 Broadleaf Lane
San Jose, CA 95128


IRA Services, Trust Company
FBO Rose V. DeSanto, IRA
8145 College Ave
Whittier, CA 90605

IRA Services, Trust Company
FBO Kendra Imbori-Sanchez, IRA
400 Dorrance Rd
Boulder Creek, CA 95006


IRA Services, Trust Company
FBO Terrance Wright, IRA
1805 N. Vallejo Way
Upland, CA 91784


IRA Services, Trust Company
FBO Dolores B. Taylor, IRA
32 Dana Point Ave
Ventura, CA 93004


IRA Services, Trust Company
FBO Barbara Thompson, IRA
P.O. Box 2550
Placerville, CA 95667


IRA Services, Trust Company
FBO William Thomas, IRA
P.O. Box 3464
La Habra, CA 90632


IRA Services, Trust Company
FBO Vilma A. Salazar, IRA
3028 W. 77th St
Inglewood, CA 90305


IRA Services, Trust Company
FBO Ci Zhou, IRA
1669 Cowper St
Palo Alto, CA 94301


IRA Services, Trust Company
FBO Ninette Maass, IRA
16201 Camino Del Sol
Los Gatos, CA 95032

IRA Services, Trust Company
FBO Kathleen Marie Farrell, IRA
2833 Camino Del Rey
San Jose, CA 95132


IRA Services, Trust Company
FBO Ana Maria Duran Hernandez, IRA
1678 Norval Street
Pomona, CA 91766


IRA Services, Trust Company
FBO Alba Garcia, IRA
423 Hillcrest St
El Segundo, CA 90245


IRA Services, Trust Company
FBO Lance Gaylord Goree, IRA
1971 Junction Drive
Concord, CA 94518


IRA Services, Trust Company
FBO Ingrid Olivia, IRA
9613 Rosecrans Ave
Bellflower, CA 90706


IRA Services, Trust Company
FBO Dan Villamil, IRA
32804 N. The Old Rd
Castaic, CA 91384


IRA Services, Trust Company
FBOCorinne Conrad, IRA
6937 Schilling Ave
San Diego, CA 92126


IRA Services, Trust Company
FBO Kai Lai, IRA
801 San Marcos
Fremont, CA 94539

```
IRA Services, Trust Company
FBO Lutricia Carter, IRA
1104 Woodview Dr
Leander, TX 78641


IRA Services, Trust Company
FBO Stephen C. Carpenter, IRA
67 St. Thomas Ct
Pleasant Hill, CA 94523


IRA Services, Trust Company
FBO Winnie Lee, IRA
2987 Mariposa Drive
Burlingame, CA 94010


IRA Services, Trust Company
FBO Selam Berayes, IRA
7864 Dickens Way
Gilroy, CA 95020


IRA Services, Trust Company
FBOJan M. Garin, IRA
3529 Springer Rd
Placerville, CA 95667


IRA Services, Trust Company
FBO John Kenneth Logie, IRA
1600 Lakeshore Ave, Apt 1010
Oakland, CA 94606


IRA Services, Trust Company
FBO Emelyne Sablan, IRA
4862 Sevilla Way
Carlsbad, CA 92008


IRA Services, Trust Company
FBO Jose Mendosa, IRA
2310 S. Greenville St
Santa Ana, CA 92704
```

IRA Services, Trust Company
FBO Wayne Zickefoose, IRA
541 N. Fairhaven St
Anaheim, CA 92801


IRA Services, Trust Company
FBO Franklin Bernhoft,, IRA
2363 Woodlake Circle
Lodi, CA 95242


IRA Services, Trust Company
FBO Lindo Payumo,, IRA
4062 Shaker Rum Circle
Fairfield, CA 94533


James McCarthy
1600 Webster St, Unit 301
San Francisco, CA 94115


Jenny Chiang
9050 E. Whitmore St
Rosemead, CA 91770


John Sword
1000 W. Desert Valley Dr
San Tan Valley, AZ 85143


Kern County Tax Collector
PO Box 541004
Los Angeles, CA 90054-1004


Kuang-Yu Chen
20489 Chalet Lane
Saratoga, CA 95070

Land Investment Co of CA, LLC
PO Box 610108
Redwood City, CA 94061


Law Offices of Kenneth J. Freed
PO Box 5914
Sherman Oaks, CA 91413


Lin Huang Family Trust
7522 Tiptoe Lane
Cupertino, CA 95014


Los Angeles County Treasurer
and Tax Collector
225 N. Hill Street, #1
Los Angeles, CA 90012


Margaret Evonne Wright
155 E. Louis Way
Tempe, AZ 85284


Martin Cheatle
1026 W. Rowland Ave
West Covina, CA 91790-1711


Mary Margaret Loehr
3321 Dehesa Road, #90
El Cajon, CA 92019


McCarthy Burgess & Wolff
The MB&W Building
26000 Cannon Rd
Bedford, OH 44146

Monlian W. Chen
2119 San Rafael Ave
Santa Clara, CA 95051


NACM Business Credit Services
910 SW Spokane St, Bldg A
Seattle, WA 98134


Quadient
234 Tarpley Rd, Ste 134
Carrollton, TX 75006


Richard Leong Jr
24532 Via Tonada
Lake Forest, CA 92630


Salvador Meza, Jr.
5462 Laura Drive
San Jose, CA 95124


Shred-It c/o Stericycle, Inc.
28883 Network Place
Chicago, IL 60673


Sundale Mutual Water Co.
PO Box 6708
Lancaster, CA 93539


Suni Yang Hsieh
16917 Royalview Road
Burlingame, CA 94010

Sunriser Landcore Investments
Hesam Tooloee
1179 Oakmont Dr, #1
Walnut Creek, CA 94595


Wei-Fah Loo or Mei Li
1577 S. Wolfe Rd
Sunnyvale, CA 94087


Whitney Boyle Wright
155 E. Louis Way
Tempe, AZ 85284


Windham Professionsal
382 Main Street
Salem, NH 03079


Yueh-Tze Lan
640 Windmill Court
Fremont, CA 94539


Zhiwei Xu, Xiaohua Yang, Zhen Yang
and Xuanming Lu
c/o Jefrey L. Fazio, DeHeng Law Offices
7901 Stoneridge Drive, Ste 208
Pleasanton, CA 94588

# United States Bankruptcy Court
## Northern District of California

In re   **ACEH Capital, LLC**     Case No. _____

_____
Debtor(s)     Chapter   **7** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   __ACEH Capital, LLC__   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**4/21/2021** _____
Date

**/s/ Eric A. Nyberg** _____
**Eric A. Nyberg 131105**
Signature of Attorney or Litigant
Counsel for   **ACEH Capital, LLC** _____
**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**
**1970 Broadway, Ste 600**
**Oakland, CA 94612**
**510-763-1000 Fax:510-273-8669**

# United States Bankruptcy Court
## Northern District of California

In re   **ACEH Capital, LLC**                                     Case No.

Debtor(s)             Chapter    **7**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

    I, **Victoria Wang**, declare under penalty of perjury that I am the **Managing Member** of **ACEH Capital, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said limited liability corporation at a special meeting duly called and held on the 19th day of <u>April</u>, 20<u>21</u>.

    "Whereas, it is in the best interest of this limited liability corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

    Be It Therefore Resolved, that **Victoria Wang, Managing Member** of this Limited Liability Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the limited liability corporation; and

    Be It Further Resolved, that **Victoria Wang, Managing Member** of this Limited Liability Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability corporation in connection with such bankruptcy case, and

    Be It Further Resolved, that **Victoria Wang, Managing Member** of this Corporation is authorized and directed to employ **Eric A. Nyberg 131105**, attorney and the law firm of **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** to represent the limited liability corporation in such bankruptcy case."

Date   **4/19/2021**                      Signed   **/s/ Victoria Wang**

                                                        **Victoria Wang**

Resolution of Board of Directors
of
**ACEH Capital, LLC**

Whereas, it is in the best interest of this limited liability corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Victoria Wang, Managing Member** of this LimitedLliability Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the limited liability corporation; and

Be It Further Resolved, that **Victoria Wang, Managing Member** of this Limited Liability Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the limited liability corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the limited liability corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Victoria Wang, Managing Member** of this Limited Liability Corporation is authorized and directed to employ **Eric A. Nyberg 131105**, attorney and the law firm of **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** to represent the limited liability corporation in such bankruptcy case.

Date    **4/19/2021**        Signed                                       
**/s/ Victoria Wang**

Date                           Signed