# Notice Recipients

District/Off: 0971–3 　　　　　User: admin 　　　　　Date Created: 4/21/2021
Case: 21–30299 　　　　　Form ID: 309C 　　　　　Total: 184

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
15292467　　Hiatt
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | ACEH Capital, LLC | PO Box 610108 | Redwood City, CA 94061–0108 |
| ust | Office of the U.S. Trustee / SF | Phillip J. Burton Federal Building | 450 Golden Gate Ave. 5th Fl., #05–0153　San Francisco, CA 94102 |
| tr | E. Lynn Schoenmann | 35 Miller Ave. #298 | Mill Valley, CA 94941–1903 |
| intp | Borel Place Associates | 1611 Borel Place | San Mateo, CA 94402 |
| intp | Hurricane Electric | 48233 Warm Springs Blvd | Fremont, CA 94539 |
| intp | Sunriser Landcore Investments | Hesam Tooloee　1179 Oakmont Dr, #1 | Walnut Creek, CA 94595 |
| intp | 230 East Street and Avenue B, LLC | 7120 Blue Hill Dr | San Jose, CA 95129 |
| intp | ACEQ Investment, Inc. | 7120 Blue Hill Dr | San Jose, CA 95129 |
| intp | Amanda Sword | 1000 W. Desert Valley Dr | San Tan Valley, AZ 85143 |
| intp | Anthony L. Wade | 841 W. Palmer St | Compton, CA 90220 |
| intp | Bei Qin | 7120 Blue Hill Dr | San Jose, CA 95129 |
| intp | Charlene Stoller | P.O. Box 976 | Santa Clara, CA 95050 |
| intp | Chen C. Wang | 490 Las Pulgas Drive | Redwood City, CA 94062 |
| intp | Chen C. Wang & Victoria Wang | 490 Las Pulgas Drive | Redwood City, CA 94062 |
| intp | Chrisanne Huynh | 663 High Glen Drive | San Jose, CA 95133 |
| intp | Christopher R. Arnold | 4818 Hersholt AVe | Long Beach, CA 90808 |
| intp | David Gold | 6571 Camden Ave | Los Gatos, CA 95032 |
| intp | Debra A. Longenbaugh | 5117 #5 W. Wooley Rd | Oxnard, CA 93035 |
| intp | Equity Trust Company, Custodian | FBO Roselyne Genin IRA　P.O. Box 51591 | Palo Alto, CA 94303–0712 |
| intp | Equity Trust Company, Custodian | FBO Cornelia Espejo Yap,IRA　5601 Los Pueblos Way | Sacramento, CA 95835 |
| intp | IRA Services, Trust Company | FBO Oscar Alvarez, IRA　3863 Harlequin Terrace | Fremont, CA 94555 |
| intp | IRA Services, Trust Company | FBO Sanjay Saxena IRA　200 Little Foot Drive | Fremont, CA 94539 |
| intp | IRA Services, Trust Company | FBO Jason Datoc, IRA　2466 Brenning Dr, | San Jose, CA 95111 |
| intp | IRA Services, Trust Company | FBO Robert A. Mann, IRA　P.O. Box 216 | Carnelian Bay, CA 96140 |
| intp | IRA Services, Trust Company | FBO Thomas Wayne Anderson, IRA　P.O. Box 60096 | Sunnyvale, CA 94088–0096 |
| intp | IRA Services, Trust Company | FBO Nancy Ferguson, IRA　1235 W. 76th Street | Los Angeles, CA 90044 |
| intp | IRA Services, Trust Company | FBO Laura S. Rivera IRA　19204 Redford Lane | Huntington Beach, CA 92648 |
| intp | IRA Services, Trust Company | FBO Michelle Hinckley, IRA　1238 W. 11th St | San Pedro, CA 90731 |
| intp | IRA Services, Trust Company | FBO Barbara Ann Harvey IRA　1438 Pinehurst Drive | San Jose, CA 95118 |
| intp | IRA Services, Trust Company | FBO Brian Babcock, IRA　3346 Woodside Lane | San Jose, CA 95121–1246 |
| intp | IRA Services, Trust Company | FBO Rose Camarena, IRA　4199 Georgia Ave, #4 | San Mateo, CA 94403 |
| intp | IRA Services, Trust Company | FBO Janet Hessing, IRA　2170 Santa Croce Drive | Livermore, CA 94550 |
| intp | IRA Services, Trust Company | FBO Jeffrey Hocker, IRA　1025 Cortez Ave | Burlingame, CA 94010 |
| intp | IRA Services, Trust Company | FBO John Applegate, IRA　604 Mountain View Ave | Belmont, CA 94002–2533 |
| intp | IRA Services, Trust Company | FBO Lorraine Chacon, IRA　P.O. Box 2268 | Mission Viejo, CA 92690 |
| intp | IRA Services, Trust Company | FBO Darlena Wade–Williams, IRA　2006 W. Ave K–4 | Lancaster, CA 93536 |
| intp | IRA Services, Trust Company | FBO Stephanie L. Zierhut, IRA　41 Marine View Drive | Camarillo, CA 93010 |
| intp | IRA Services, Trust Company | FBO Abdul Khan, IRA　15 Anton Court | Sacramento, CA 95835 |
| intp | IRA Services, Trust Company | FBO Mingyue Li, , IRA　36961 Newark Blvd, #B | Newark, CA 94560 |
| intp | IRA Services, Trust Company | FBO Frank Chan IRA　962 Broadleaf Lane | San Jose, CA 95128 |
| intp | IRA Services, Trust Company | FBO Rose V. DeSanto, IRA　8145 College Ave | Whittier, CA 90605 |
| intp | IRA Services, Trust Company | FBO Kendra Imbori–Sanchez, IRA　400 Dorrance Rd | Boulder Creek, CA 95006 |

| | | | | |
|---|---|---|---|---|
| intp | IRA Services, Trust Company | FBO Terrance Wright, IRA | 1805 N. Vallejo Way | Upland, CA 91784 |
| intp | IRA Services, Trust Company | FBO Dolores B. Taylor, IRA | 32 Dana Point Ave | Ventura, CA 93004 |
| intp | IRA Services, Trust Company | FBO Barbara Thompson, IRA | P.O. Box 2550 | Placerville, CA 95667 |
| intp | IRA Services, Trust Company | FBO William Thomas, IRA | P.O. Box 3464 | La Habra, CA 90632 |
| intp | IRA Services, Trust Company | FBO Vilma A. Salazar, IRA | 3028 W. 77th St | Inglewood, CA 90305 |
| intp | IRA Services, Trust Company | FBO Ci Zhou, IRA | 1669 Cowper St | Palo Alto, CA 94301 |
| intp | IRA Services, Trust Company | FBO Ninette Maass, IRA | 16201 Camino Del Sol | Los Gatos, CA 95032 |
| intp | IRA Services, Trust Company | FBO Kathleen Marie Farrell, IRA | 2833 Camino Del Rey | San Jose, CA 95132 |
| intp | IRA Services, Trust Company | FBO Ana Maria Duran Hernandez, IRA | 1678 Norval Street | Pomona, CA 91766 |
| intp | IRA Services, Trust Company | FBO Alba Garcia, IRA | 423 Hillcrest St | El Segundo, CA 90245 |
| intp | IRA Services, Trust Company | FBO Lance Gaylord Goree, IRA | 1971 Junction Drive | Concord, CA 94518 |
| intp | IRA Services, Trust Company | FBO Ingrid Olivia, IRA | 9613 Rosecrans Ave | Bellflower, CA 90706 |
| intp | IRA Services, Trust Company | FBO Dan Villamil, IRA | 32804 N. The Old Rd | Castaic, CA 91384 |
| intp | IRA Services, Trust Company | FBOCorinne Conrad, IRA | 6937 Schilling Ave | San Diego, CA 92126 |
| intp | IRA Services, Trust Company | FBO Kai Lai, IRA | 801 San Marcos | Fremont, CA 94539 |
| intp | IRA Services, Trust Company | FBO Lutricia Carter, IRA | 1104 Woodview D | Leander, TX 78641 |
| intp | IRA Services, Trust Company | FBO Stephen C. Carpenter, IRA | 67 St. Thomas Ct | Pleasant Hill, CA 94523 |
| intp | IRA Services, Trust Company | FBO Winnie Lee, IRA | 2987 Mariposa Drive | Burlingame, CA 94010 |
| intp | IRA Services, Trust Company | FBO Selam Berayes, IRA | 7864 Dickens Way | Gilroy, CA 95020 |
| intp | IRA Services, Trust Company | FBOJan M. Garin, IRA | 3529 Springer Rd | Placerville, CA 95667 |
| intp | IRA Services, Trust Company | FBO John Kenneth Logie, IRA | 1600 Lakeshore Ave, Apt 1010 | Oakland, CA 94606 |
| intp | IRA Services, Trust Company | FBO Emelyne Sablan, IRA | 4862 Sevilla Way | Carlsbad, CA 92008 |
| intp | IRA Services, Trust Company | FBO Jose Mendosa, IRA | 2310 S. Greenville St | Santa Ana, CA 92704 |
| intp | IRA Services, Trust Company | FBO Wayne Zickefoose, IRA | 541 N. Fairhaven St | Anaheim, CA 92801 |
| intp | IRA Services, Trust Company | FBO Franklin Bernhoft,, IRA | 2363 Woodlake Circle | Lodi, CA 95242 |
| intp | IRA Services, Trust Company | FBO Lindo Payumo,, IRA | 4062 Shaker Rum Circle | Fairfield, CA 94533 |
| intp | James McCarthy | 1600 Webster St, Unit 301 | San Francisco, CA 94115 | |
| intp | Jenny Chiang | 9050 E. Whitmore St | Rosemead, CA 91770 | |
| intp | John Sword | 1000 W. Desert Valley Dr | San Tan Valley, AZ 85143 | |
| intp | Kuang−Yu Chen | 20489 Chalet Lane | Saratoga, CA 95070 | |
| intp | Lin Huang Family Trust | 7522 Tiptoe Lane | Cupertino, CA 95014 | |
| intp | Margaret Evonne Wright | 155 E. Louis Way | Tempe, AZ 85284 | |
| intp | Mary Margaret Loehr | 3321 Dehesa Road, #90 | El Cajon, CA 92019 | |
| intp | Monlian W. Chen | 2119 San Rafael Ave | Santa Clara, CA 95051 | |
| intp | Richard Leong Jr | 24532 Via Tonada | Lake Forest, CA 92630 | |
| intp | Salvador Meza, Jr. | 5462 Laura Drive | San Jose, CA 95124 | |
| intp | Suni Yang Hsieh | 16917 Royalview Road | Burlingame, CA 94010 | |
| intp | Whitney Boyle Wright | 155 E. Louis Way | Tempe, AZ 85284 | |
| aty | Eric A. Nyberg | Kornfield Nyberg Bendes Kuhner & Little | 1970 Broadway #600 | Oakland, CA 94612 |
| smg | Chief Tax Collection Section | Employment Development Section | P.O. Box 826203 | Sacramento, CA 94230 |
| smg | CA Employment Development Dept. | Bankruptcy Group MIC 92E | P.O. Box 826880 | Sacramento, CA 94280−0001 |
| smg | CA Franchise Tax Board | Special Procedures Bankruptcy Unit | P.O. Box 2952 | Sacramento, CA 95812−2952 |
| 15292445 | 230 East Street and Avenue B, LLC | 7120 Blue Hill Dr | San Jose, CA 95129 | |
| 15292446 | ACEQ Investment, Inc. | 7120 Blue Hill Dr | San Jose, CA 95129 | |
| 15292447 | All−Guard Alarm | 1306 Stealth Street | Livermore, CA 94551 | |
| 15292448 | Amanda Sword | 1000 W. Desert Valley Dr | San Tan Valley, AZ 85143 | |
| 15292449 | Anthony L. Wade | 841 W. Palmer St | Compton, CA 90220 | |
| 15292450 | Averydale Mutual Water Co. | PO Box 191 | Lancaster, CA 93584 | |
| 15292451 | Barclay's Bank | PO Box 23066 | Columbus, GA 31902 | |
| 15292452 | Bei Qin | 7120 Blue Hill Dr | San Jose, CA 95129 | |

| | | | |
|---|---|---|---|
| 15292453 | Borel Place Associates | 1611 Borel Place | San Mateo, CA 94402 |
| 15292454 | Charlene Stoller | P.O. Box 976 | Santa Clara, CA 95050 |
| 15292455 | Chase Bank | PO Box 94014 | Palatine, IL 60094 |
| 15292456 | Chen C. Wang | 490 Las Pulgas Drive | Redwood City, CA 94062 |
| 15292457 | Chen C. Wang & Victoria Wang | 490 Las Pulgas Drive | Redwood City, CA 94062 |
| 15292458 | Chrisanne Huynh | 663 High Glen Drive | San Jose, CA 95133 |
| 15292459 | Christopher R. Arnold | 4818 Hersholt AVe | Long Beach, CA 90808 |
| 15292460 | David Gold | 6571 Camden Ave | Los Gatos, CA 95032 |
| 15292461 | Davis Wright Tremaine | 1300 SW Fifth Ave, Ste 2400 | Portland, OR 97201 |
| 15292462 | Debra A. Longenbaugh | 5117 #5 W. Wooley Rd | Oxnard, CA 93035 |
| 15292463 | ECI Four 7901 Stoneridge LLC | PO Box 398404 | San Francisco, CA 94139 |
| 15292465 | Equity Trust Company, Custodian | FBO Cornelia Espejo Yap,IRA | 5601 Los Pueblos Way Sacramento, CA 95835 |
| 15292464 | Equity Trust Company, Custodian | FBO Roselyne Genin IRA | P.O. Box 51591 Palo Alto, CA 94303–0712 |
| 15292466 | Goldman, Evans & Trammell, LLC | 10323 Cross Creek Blvd, 'F' | Tampa, FL 33647 |
| 15292468 | Hurricane Electric | 48233 Warm Springs Blvd | Fremont, CA 94539 |
| 15292469 | I.C. Systems | 444 Highway 96E PO Box 64378 | Saint Paul, MN 55164–0379 |
| 15292487 | IRA Services, Trust Company | FBO Abdul Khan, IRA | 15 Anton Court Sacramento, CA 95835 |
| 15292501 | IRA Services, Trust Company | FBO Alba Garcia, IRA | 423 Hillcrest St El Segundo, CA 90245 |
| 15292500 | IRA Services, Trust Company | FBO Ana Maria Duran Hernandez, IRA | 1678 Norval Street Pomona, CA 91766 |
| 15292478 | IRA Services, Trust Company | FBO Barbara Ann Harvey IRA | 1438 Pinehurst Drive San Jose, CA 95118 |
| 15292494 | IRA Services, Trust Company | FBO Barbara Thompson, IRA | P.O. Box 2550 Placerville, CA 95667 |
| 15292479 | IRA Services, Trust Company | FBO Brian Babcock, IRA | 3346 Woodside Lane San Jose, CA 95121–1246 |
| 15292497 | IRA Services, Trust Company | FBO Ci Zhou, IRA | 1669 Cowper St Palo Alto, CA 94301 |
| 15292504 | IRA Services, Trust Company | FBO Dan Villamil, IRA | 32804 N. The Old Rd Castaic, CA 91384 |
| 15292485 | IRA Services, Trust Company | FBO Darlena Wade–Williams, IRA | 2006 W. Ave K–4 Lancaster, CA 93536 |
| 15292493 | IRA Services, Trust Company | FBO Dolores B. Taylor, IRA | 32 Dana Point Ave Ventura, CA 93004 |
| 15292513 | IRA Services, Trust Company | FBO Emelyne Sablan, IRA | 4862 Sevilla Way Carlsbad, CA 92008 |
| 15292489 | IRA Services, Trust Company | FBO Frank Chan IRA | 962 Broadleaf Lane San Jose, CA 95128 |
| 15292516 | IRA Services, Trust Company | FBO Franklin Bernhoft,, IRA | 2363 Woodlake Circle Lodi, CA 95242 |
| 15292503 | IRA Services, Trust Company | FBO Ingrid Olivia, IRA | 9613 Rosecrans Ave Bellflower, CA 90706 |
| 15292481 | IRA Services, Trust Company | FBO Janet Hessing, IRA | 2170 Santa Croce Drive Livermore, CA 94550 |
| 15292472 | IRA Services, Trust Company | FBO Jason Datoc, IRA | 2466 Brenning Dr, San Jose, CA 95111 |
| 15292482 | IRA Services, Trust Company | FBO Jeffrey Hocker, IRA | 1025 Cortez Ave Burlingame, CA 94010 |
| 15292483 | IRA Services, Trust Company | FBO John Applegate, IRA | 604 Mountain View Ave Belmont, CA 94002–2533 |
| 15292512 | IRA Services, Trust Company | FBO John Kenneth Logie, IRA | 1600 Lakeshore Ave, Apt 1010 Oakland, CA 94606 |
| 15292514 | IRA Services, Trust Company | FBO Jose Mendosa, IRA | 2310 S. Greenville St Santa Ana, CA 92704 |
| 15292506 | IRA Services, Trust Company | FBO Kai Lai, IRA | 801 San Marcos Fremont, CA 94539 |
| 15292499 | IRA Services, Trust Company | FBO Kathleen Marie Farrell, IRA | 2833 Camino Del Rey San Jose, CA 95132 |
| 15292491 | IRA Services, Trust Company | FBO Kendra Imbori–Sanchez, IRA | 400 Dorrance Rd Boulder Creek, CA 95006 |
| 15292502 | IRA Services, Trust Company | FBO Lance Gaylord Goree, IRA | 1971 Junction Drive Concord, CA 94518 |
| 15292476 | IRA Services, Trust Company | FBO Laura S. Rivera IRA | 19204 Redford Lane Huntington Beach, CA 92648 |
| 15292517 | IRA Services, Trust Company | FBO Lindo Payumo,, IRA | 4062 Shaker Rum Circle Fairfield, CA 94533 |
| 15292484 | IRA Services, Trust Company | FBO Lorraine Chacon, IRA | P.O. Box 2268 Mission Viejo, CA 92690 |
| 15292507 | IRA Services, Trust Company | FBO Lutricia Carter, IRA | 1104 Woodview Dr Leander, TX 78641 |
| 15292477 | IRA Services, Trust Company | FBO Michelle Hinckley, IRA | 1238 W. 11th St San Pedro, CA 90731 |
| 15292488 | IRA Services, Trust Company | FBO Mingyue Li, , IRA | 36961 Newark Blvd, #B Newark, CA 94560 |
| 15292475 | IRA Services, Trust Company | FBO Nancy Ferguson, IRA | 1235 W. 76th Street Los Angeles, CA 90044 |

| | | | | | |
|---|---|---|---|---|---|
| 15292498 | IRA Services, Trust Company | FBO Ninette Maass, IRA | 16201 Camino Del Sol | Los Gatos, CA 95032 | |
| 15292470 | IRA Services, Trust Company | FBO Oscar Alvarez, IRA | 3863 Harlequin Terrace | Fremont, CA 94555 | |
| 15292473 | IRA Services, Trust Company | FBO Robert A. Mann, IRA | P.O. Box 216 | Carnelian Bay, CA 96140 | |
| 15292480 | IRA Services, Trust Company | FBO Rose Camarena, IRA | 4199 Georgia Ave, #4 | San Mateo, CA 94403 | |
| 15292490 | IRA Services, Trust Company | FBO Rose V. DeSanto, IRA | 8145 College Ave | Whittier, CA 90605 | |
| 15292471 | IRA Services, Trust Company | FBO Sanjay Saxena IRA | 200 Little Foot Drive | Fremont, CA 94539 | |
| 15292510 | IRA Services, Trust Company | FBO Selam Berayes, IRA | 7864 Dickens Way | Gilroy, CA 95020 | |
| 15292486 | IRA Services, Trust Company | FBO Stephanie L. Zierhut, IRA | 41 Marine View Drive | Camarillo, CA 93010 | |
| 15292508 | IRA Services, Trust Company | FBO Stephen C. Carpenter, IRA | 67 St. Thomas Ct | Pleasant Hill, CA 94523 | |
| 15292492 | IRA Services, Trust Company | FBO Terrance Wright, IRA | 1805 N. Vallejo Way | Upland, CA 91784 | |
| 15292474 | IRA Services, Trust Company | FBO Thomas Wayne Anderson, IRA | P.O. Box 60096 | Sunnyvale, CA 94088–0096 | |
| 15292496 | IRA Services, Trust Company | FBO Vilma A. Salazar, IRA | 3028 W. 77th St | Inglewood, CA 90305 | |
| 15292515 | IRA Services, Trust Company | FBO Wayne Zickefoose, IRA | 541 N. Fairhaven St | Anaheim, CA 92801 | |
| 15292495 | IRA Services, Trust Company | FBO William Thomas, IRA | P.O. Box 3464 | La Habra, CA 90632 | |
| 15292509 | IRA Services, Trust Company | FBO Winnie Lee, IRA | 2987 Mariposa Drive | Burlingame, CA 94010 | |
| 15292505 | IRA Services, Trust Company | FBOCorinne Conrad, IRA | 6937 Schilling Ave | San Diego, CA 92126 | |
| 15292511 | IRA Services, Trust Company | FBOJan M. Garin, IRA | 3529 Springer Rd | Placerville, CA 95667 | |
| 15292518 | James McCarthy | 1600 Webster St, Unit 301 | San Francisco, CA 94115 | | |
| 15292519 | Jenny Chiang | 9050 E. Whitmore St | Rosemead, CA 91770 | | |
| 15292520 | John Sword | 1000 W. Desert Valley Dr | San Tan Valley, AZ 85143 | | |
| 15292521 | Kern County Tax Collector | PO Box 541004 | Los Angeles, CA 90054–1004 | | |
| 15292522 | Kuang–Yu Chen | 20489 Chalet Lane | Saratoga, CA 95070 | | |
| 15292523 | Land Investment Co of CA, LLC | PO Box 610108 | Redwood City, CA 94061 | | |
| 15292524 | Law Offices of Kenneth J. Freed | PO Box 5914 | Sherman Oaks, CA 91413 | | |
| 15292525 | Lin Huang Family Trust | 7522 Tiptoe Lane | Cupertino, CA 95014 | | |
| 15292526 | Los Angeles County Treasurer | and Tax Collector | 225 N. Hill Street, #1 | Los Angeles, CA 90012 | |
| 15292527 | Margaret Evonne Wright | 155 E. Louis Way | Tempe, AZ 85284 | | |
| 15292528 | Martin Cheatle | 1026 W. Rowland Ave | West Covina, CA 91790–1711 | | |
| 15292529 | Mary Margaret Loehr | 3321 Dehesa Road, #90 | El Cajon, CA 92019 | | |
| 15292530 | McCarthy Burgess & Wolff | The MB&W Building | 26000 Cannon Rd | Bedford, OH 44146 | |
| 15292531 | Monlian W. Chen | 2119 San Rafael Ave | Santa Clara, CA 95051 | | |
| 15292532 | NACM Business Credit Services | 910 SW Spokane St, Bldg A | Seattle, WA 98134 | | |
| 15292533 | Quadient | 234 Tarpley Rd, Ste 134 | Carrollton, TX 75006 | | |
| 15292534 | Richard Leong Jr | 24532 Via Tonada | Lake Forest, CA 92630 | | |
| 15292535 | Salvador Meza, Jr. | 5462 Laura Drive | San Jose, CA 95124 | | |
| 15292536 | Shred–It c/o Stericycle, Inc. | 28883 Network Place | Chicago, IL 60673 | | |
| 15292537 | Sundale Mutual Water Co. | PO Box 6708 | Lancaster, CA 93539 | | |
| 15292538 | Suni Yang Hsieh | 16917 Royalview Road | Burlingame, CA 94010 | | |
| 15292539 | Sunriser Landcore Investments | Hesam Tooloee | 1179 Oakmont Dr, #1 | Walnut Creek, CA 94595 | |
| 15292540 | Wei–Fah Loo or Mei Li | 1577 S. Wolfe Rd | Sunnyvale, CA 94087 | | |
| 15292541 | Whitney Boyle Wright | 155 E. Louis Way | Tempe, AZ 85284 | | |
| 15292542 | Windham Professionsal | 382 Main Street | Salem, NH 03079 | | |
| 15292543 | Yueh–Tze Lan | 640 Windmill Court | Fremont, CA 94539 | | |
| 15292544 | Zhiwei Xu, Xiaohua Yang, Zhen Yang | and Xuanming Lu | c/o Jefrey L. Fazio, DeHeng Law Offices | 7901 Stoneridge Drive, Ste 208 | Pleasanton, CA 94588 |

TOTAL: 183