United States Bankruptcy Court

Northern District of California

In re: Case No. 21-30299-DM
ACEH Capital, LLC Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3      User: admin      Page 1 of 5
Date Rcvd: Apr 21, 2021      Form ID: 309C      Total Noticed: 103

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | ACEH Capital, LLC, PO Box 610108, Redwood City, CA 94061-0108 |
| ust | + | Office of the U.S. Trustee / SF, Phillip J. Burton Federal Building, 450 Golden Gate Ave. 5th Fl., #05-0153, San Francisco, CA 94102-3661 |
| intp | + | IRA Services, Trust Company, FBO Lutricia Carter, IRA, 1104 Woodview D, Leander, TX 78641-8648 |
| 15292445 | + | 230 East Street and Avenue B, LLC, 7120 Blue Hill Dr, San Jose, CA 95129-2813 |
| 15292446 | + | ACEQ Investment, Inc., 7120 Blue Hill Dr, San Jose, CA 95129-2813 |
| 15292447 | + | All-Guard Alarm, 1306 Stealth Street, Livermore, CA 94551-9356 |
| 15292448 | + | Amanda Sword, 1000 W. Desert Valley Dr, San Tan Valley, AZ 85143-3455 |
| 15292449 | + | Anthony L. Wade, 841 W. Palmer St, Compton, CA 90220-1833 |
| 15292450 | + | Averydale Mutual Water Co., PO Box 191, Lancaster, CA 93584-0191 |
| 15292451 | + | Barclay's Bank, PO Box 23066, Columbus, GA 31902-3066 |
| 15292452 | + | Bei Qin, 7120 Blue Hill Dr, San Jose, CA 95129-2813 |
| 15292453 | + | Borel Place Associates, 1611 Borel Place, San Mateo, CA 94402-3537 |
| 15292454 | | Charlene Stoller, P.O. Box 976, Santa Clara, CA 95050 |
| 15292456 | + | Chen C. Wang, 490 Las Pulgas Drive, Redwood City, CA 94062-2266 |
| 15292457 | + | Chen C. Wang & Victoria Wang, 490 Las Pulgas Drive, Redwood City, CA 94062-2266 |
| 15292458 | + | Chrisanne Huynh, 663 High Glen Drive, San Jose, CA 95133-2018 |
| 15292459 | + | Christopher R. Arnold, 4818 Hersholt AVe, Long Beach, CA 90808-1129 |
| 15292460 | | David Gold, 6571 Camden Ave, Los Gatos, CA 95032 |
| 15292461 | + | Davis Wright Tremaine, 1300 SW Fifth Ave, Ste 2400, Portland, OR 97201-5682 |
| 15292463 | + | ECI Four 7901 Stoneridge LLC, PO Box 398404, San Francisco, CA 94139-8404 |
| 15292464 | | Equity Trust Company, Custodian, FBO Roselyne Genin IRA, P.O. Box 51591, Palo Alto, CA 94303-0712 |
| 15292465 | + | Equity Trust Company, Custodian, FBO Cornelia Espejo Yap,IRA, 5601 Los Pueblos Way, Sacramento, CA 95835-2427 |
| 15292466 | + | Goldman, Evans & Trammell, LLC, 10323 Cross Creek Blvd, 'F', Tampa, FL 33647-2988 |
| 15292468 | + | Hurricane Electric, 48233 Warm Springs Blvd, Fremont, CA 94539-7654 |
| 15292507 | + | IRA Services, Trust Company, FBO Lutricia Carter, IRA, 1104 Woodview Dr, Leander, TX 78641-8648 |
| 15292499 | + | IRA Services, Trust Company, FBO Kathleen Marie Farrell, IRA, 2833 Camino Del Rey, San Jose, CA 95132-2219 |
| 15292494 | + | IRA Services, Trust Company, FBO Barbara Thompson, IRA, P.O. Box 2550, Placerville, CA 95667-2550 |
| 15292486 | + | IRA Services, Trust Company, FBO Stephanie L. Zierhut, IRA, 41 Marine View Drive, Camarillo, CA 93010-1641 |
| 15292475 | + | IRA Services, Trust Company, FBO Nancy Ferguson, IRA, 1235 W. 76th Street, Los Angeles, CA 90044-2411 |
| 15292472 | + | IRA Services, Trust Company, FBO Jason Datoc, IRA, 2466 Brenning Dr,, San Jose, CA 95111-1901 |
| 15292497 | + | IRA Services, Trust Company, FBO Ci Zhou, IRA, 1669 Cowper St, Palo Alto, CA 94301-3620 |
| 15292484 | + | IRA Services, Trust Company, FBO Lorraine Chacon, IRA, P.O. Box 2268, Mission Viejo, CA 92690-0268 |
| 15292515 | + | IRA Services, Trust Company, FBO Wayne Zickefoose, IRA, 541 N. Fairhaven St, Anaheim, CA 92801-4502 |
| 15292477 | + | IRA Services, Trust Company, FBO Michelle Hinckley, IRA, 1238 W. 11th St, San Pedro, CA 90731-3425 |
| 15292491 | + | IRA Services, Trust Company, FBO Kendra Imbori-Sanchez, IRA, 400 Dorrance Rd, Boulder Creek, CA 95006-8695 |
| 15292480 | + | IRA Services, Trust Company, FBO Rose Camarena, IRA, 4199 Georgia Ave, #4, San Mateo, CA 94403-4756 |
| 15292492 | + | IRA Services, Trust Company, FBO Terrance Wright, IRA, 1805 N. Vallejo Way, Upland, CA 91784-1676 |
| 15292471 | + | IRA Services, Trust Company, FBO Sanjay Saxena IRA, 200 Little Foot Drive, Fremont, CA 94539-6634 |
| 15292501 | + | IRA Services, Trust Company, FBO Alba Garcia, IRA, 423 Hillcrest St, El Segundo, CA 90245-2912 |
| 15292514 | + | IRA Services, Trust Company, FBO Jose Mendosa, IRA, 2310 S. Greenville St, Santa Ana, CA 92704-4914 |
| 15292493 | + | IRA Services, Trust Company, FBO Dolores B. Taylor, IRA, 32 Dana Point Ave, Ventura, CA 93004-1657 |
| 15292495 | + | IRA Services, Trust Company, FBO William Thomas, IRA, P.O. Box 3464, La Habra, CA 90632-3464 |
| 15292489 | + | IRA Services, Trust Company, FBO Frank Chan IRA, 962 Broadleaf Lane, San Jose, CA 95128-1303 |
| 15292511 | + | IRA Services, Trust Company, FBOJan M. Garin, IRA, 3529 Springer Rd, Placerville, CA 95667-7843 |

| Recip ID | | Recipient |
|---|---|---|
| 15292488 | + | IRA Services, Trust Company, FBO Mingyue Li, , IRA, 36961 Newark Blvd, #B, Newark, CA 94560-3183 |
| 15292487 | + | IRA Services, Trust Company, FBO Abdul Khan, IRA, 15 Anton Court, Sacramento, CA 95835-1372 |
| 15292473 | + | IRA Services, Trust Company, FBO Robert A. Mann, IRA, P.O. Box 216, Carnelian Bay, CA 96140-0216 |
| 15292478 | + | IRA Services, Trust Company, FBO Barbara Ann Harvey IRA, 1438 Pinehurst Drive, San Jose, CA 95118-1750 |
| 15292490 | + | IRA Services, Trust Company, FBO Rose V. DeSanto, IRA, 8145 College Ave, Whittier, CA 90605-1004 |
| 15292506 | + | IRA Services, Trust Company, FBO Kai Lai, IRA, 801 San Marcos, Fremont, CA 94539-4772 |
| 15292512 | + | IRA Services, Trust Company, FBO John Kenneth Logie, IRA, 1600 Lakeshore Ave, Apt 1010, Oakland, CA 94606-1602 |
| 15292502 | + | IRA Services, Trust Company, FBO Lance Gaylord Goree, IRA, 1971 Junction Drive, Concord, CA 94518-3362 |
| 15292505 | + | IRA Services, Trust Company, FBOCorinne Conrad, IRA, 6937 Schilling Ave, San Diego, CA 92126-5914 |
| 15292485 | + | IRA Services, Trust Company, FBO Darlena Wade-Williams, IRA, 2006 W. Ave K-4, Lancaster, CA 93536-5224 |
| 15292509 | + | IRA Services, Trust Company, FBO Winnie Lee, IRA, 2987 Mariposa Drive, Burlingame, CA 94010-5736 |
| 15292503 | + | IRA Services, Trust Company, FBO Ingrid Olivia, IRA, 9613 Rosecrans Ave, Bellflower, CA 90706-2355 |
| 15292483 | | IRA Services, Trust Company, FBO John Applegate, IRA, 604 Mountain View Ave, Belmont, CA 94002-2533 |
| 15292474 | | IRA Services, Trust Company, FBO Thomas Wayne Anderson, IRA, P.O. Box 60096, Sunnyvale, CA 94088-0096 |
| 15292496 | + | IRA Services, Trust Company, FBO Vilma A. Salazar, IRA, 3028 W. 77th St, Inglewood, CA 90305-1014 |
| 15292479 | | IRA Services, Trust Company, FBO Brian Babcock, IRA, 3346 Woodside Lane, San Jose, CA 95121-1246 |
| 15292470 | + | IRA Services, Trust Company, FBO Oscar Alvarez, IRA, 3863 Harlequin Terrace, Fremont, CA 94555-1553 |
| 15292510 | + | IRA Services, Trust Company, FBO Selam Berayes, IRA, 7864 Dickens Way, Gilroy, CA 95020-5540 |
| 15292482 | + | IRA Services, Trust Company, FBO Jeffrey Hocker, IRA, 1025 Cortez Ave, Burlingame, CA 94010-4910 |
| 15292516 | + | IRA Services, Trust Company, FBO Franklin Bernhoft,, IRA, 2363 Woodlake Circle, Lodi, CA 95242-9119 |
| 15292476 | + | IRA Services, Trust Company, FBO Laura S. Rivera IRA, 19204 Redford Lane, Huntington Beach, CA 92648-2147 |
| 15292481 | + | IRA Services, Trust Company, FBO Janet Hessing, IRA, 2170 Santa Croce Drive, Livermore, CA 94550-6585 |
| 15292504 | + | IRA Services, Trust Company, FBO Dan Villamil, IRA, 32804 N. The Old Rd, Castaic, CA 91384-3088 |
| 15292498 | + | IRA Services, Trust Company, FBO Ninette Maass, IRA, 16201 Camino Del Sol, Los Gatos, CA 95032-2614 |
| 15292513 | + | IRA Services, Trust Company, FBO Emelyne Sablan, IRA, 4862 Sevilla Way, Carlsbad, CA 92008-3815 |
| 15292500 | + | IRA Services, Trust Company, FBO Ana Maria Duran Hernandez, IRA, 1678 Norval Street, Pomona, CA 91766-5455 |
| 15292508 | + | IRA Services, Trust Company, FBO Stephen C. Carpenter, IRA, 67 St. Thomas Ct, Pleasant Hill, CA 94523-1119 |
| 15292518 | + | James McCarthy, 1600 Webster St, Unit 301, San Francisco, CA 94115-3293 |
| 15292519 | + | Jenny Chiang, 9050 E. Whitmore St, Rosemead, CA 91770-2860 |
| 15292520 | + | John Sword, 1000 W. Desert Valley Dr, San Tan Valley, AZ 85143-3455 |
| 15292521 | | Kern County Tax Collector, PO Box 541004, Los Angeles, CA 90054-1004 |
| 15292522 | + | Kuang-Yu Chen, 20489 Chalet Lane, Saratoga, CA 95070-4928 |
| 15292523 | + | Land Investment Co of CA, LLC, PO Box 610108, Redwood City, CA 94061-0108 |
| 15292524 | + | Law Offices of Kenneth J. Freed, PO Box 5914, Sherman Oaks, CA 91413-5914 |
| 15292525 | + | Lin Huang Family Trust, 7522 Tiptoe Lane, Cupertino, CA 95014-5837 |
| 15292528 | | Martin Cheatle, 1026 W. Rowland Ave, West Covina, CA 91790-1711 |
| 15292529 | + | Mary Margaret Loehr, 3321 Dehesa Road, #90, El Cajon, CA 92019-2880 |
| 15292531 | + | Monlian W. Chen, 2119 San Rafael Ave, Santa Clara, CA 95051-1609 |
| 15292533 | | Quadient, 234 Tarpley Rd, Ste 134, Carrollton, TX 75006 |
| 15292534 | + | Richard Leong Jr, 24532 Via Tonada, Lake Forest, CA 92630-2026 |
| 15292535 | + | Salvador Meza, Jr., 5462 Laura Drive, San Jose, CA 95124-6121 |
| 15292536 | + | Shred-It c/o Stericycle, Inc., 28883 Network Place, Chicago, IL 60673-1288 |
| 15292537 | + | Sundale Mutual Water Co., PO Box 6708, Lancaster, CA 93539-6708 |
| 15292538 | | Suni Yang Hsieh, 16917 Royalview Road, Burlingame, CA 94010 |
| 15292539 | + | Sunriser Landcore Investments, Hesam Tooloee, 1179 Oakmont Dr, #1, Walnut Creek, CA 94595-2429 |
| 15292540 | + | Wei-Fah Loo or Mei Li, 1577 S. Wolfe Rd, Sunnyvale, CA 94087-4855 |
| 15292542 | + | Windham Professionsal, 382 Main Street, Salem, NH 03079-2412 |
| 15292543 | + | Yueh-Tze Lan, 640 Windmill Court, Fremont, CA 94539-7239 |
| 15292544 | + | Zhiwei Xu, Xiaohua Yang, Zhen Yang, and Xuanming Lu, c/o Jefrey L. Fazio, DeHeng Law Offices, 7901 Stoneridge Drive, Ste 208, Pleasanton, CA 94588-4530 |

TOTAL: 93

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: e.nyberg@kornfieldlaw.com | Apr 22 2021 01:54:00 | Eric A. Nyberg, Kornfield Nyberg Bendes Kuhner & Little, 1970 Broadway #600, Oakland, CA 94612 |
| tr | EDI: QELSCHOENMANN.COM | Apr 22 2021 03:33:00 | E. Lynn Schoenmann, 35 Miller Ave. #298, Mill Valley, CA 94941-1903 |
| smg | EDI: EDD.COM | | |

| Recip ID | | | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Apr 22 2021 03:33:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Apr 22 2021 03:33:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | + | EDI: EDD.COM | Apr 22 2021 03:33:00 | Chief Tax Collection Section, Employment Development Section, P.O. Box 826203, Sacramento, CA 94230-0001 |
| 15292469 | + | EDI: IIC9.COM | Apr 22 2021 03:33:00 | I.C. Systems, 444 Highway 96E, PO Box 64378, Saint Paul, MN 55164-0378 |
| 15292455 | | EDI: JPMORGANCHASE | Apr 22 2021 03:33:00 | Chase Bank, PO Box 94014, Palatine, IL 60094 |
| 15292526 | | Email/Text: bankruptcy@ttc.lacounty.gov | Apr 22 2021 01:54:00 | Los Angeles County Treasurer, and Tax Collector, 225 N. Hill Street, #1, Los Angeles, CA 90012 |
| 15292530 | + | Email/Text: bknotices@mbandw.com | Apr 22 2021 01:55:00 | McCarthy Burgess & Wolff, The MB&W Building, 26000 Cannon Rd, Bedford, OH 44146-1807 |
| 15292532 | + | Email/Text: joannet@nacmbcs.org | Apr 22 2021 01:55:00 | NACM Business Credit Services, 910 SW Spokane St, Bldg A, Seattle, WA 98134-1125 |

TOTAL: 10

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15292467 | | Hiatt |
| intp | *+ | 230 East Street and Avenue B, LLC, 7120 Blue Hill Dr, San Jose, CA 95129-2813 |
| intp | *+ | ACEQ Investment, Inc., 7120 Blue Hill Dr, San Jose, CA 95129-2813 |
| intp | *+ | Amanda Sword, 1000 W. Desert Valley Dr, San Tan Valley, AZ 85143-3455 |
| intp | *+ | Anthony L. Wade, 841 W. Palmer St, Compton, CA 90220-1833 |
| intp | *+ | Bei Qin, 7120 Blue Hill Dr, San Jose, CA 95129-2813 |
| intp | *+ | Borel Place Associates, 1611 Borel Place, San Mateo, CA 94402-3537 |
| intp | * | Charlene Stoller, P.O. Box 976, Santa Clara, CA 95050 |
| intp | *+ | Chen C. Wang, 490 Las Pulgas Drive, Redwood City, CA 94062-2266 |
| intp | *+ | Chen C. Wang & Victoria Wang, 490 Las Pulgas Drive, Redwood City, CA 94062-2266 |
| intp | *+ | Chrisanne Huynh, 663 High Glen Drive, San Jose, CA 95133-2018 |
| intp | *+ | Christopher R. Arnold, 4818 Hersholt AVe, Long Beach, CA 90808-1129 |
| intp | * | David Gold, 6571 Camden Ave, Los Gatos, CA 95032 |
| intp | *+ | Debra A. Longenbaugh, 5117 #5 W. Wooley Rd, Oxnard, CA 93035-1859 |
| intp | * | Equity Trust Company, Custodian, FBO Roselyne Genin IRA, P.O. Box 51591, Palo Alto, CA 94303-0712 |
| intp | *+ | Equity Trust Company, Custodian, FBO Cornelia Espejo Yap,IRA, 5601 Los Pueblos Way, Sacramento, CA 95835-2427 |
| intp | *+ | Hurricane Electric, 48233 Warm Springs Blvd, Fremont, CA 94539-7654 |
| intp | *+ | IRA Services, Trust Company, FBO Kathleen Marie Farrell, IRA, 2833 Camino Del Rey, San Jose, CA 95132-2219 |
| intp | *+ | IRA Services, Trust Company, FBO Barbara Thompson, IRA, P.O. Box 2550, Placerville, CA 95667-2550 |
| intp | *+ | IRA Services, Trust Company, FBO Stephanie L. Zierhut, IRA, 41 Marine View Drive, Camarillo, CA 93010-1641 |
| intp | *+ | IRA Services, Trust Company, FBO Nancy Ferguson, IRA, 1235 W. 76th Street, Los Angeles, CA 90044-2411 |
| intp | *+ | IRA Services, Trust Company, FBO Jason Datoc, IRA, 2466 Brenning Dr,, San Jose, CA 95111-1901 |
| intp | *+ | IRA Services, Trust Company, FBO Ci Zhou, IRA, 1669 Cowper St, Palo Alto, CA 94301-3620 |
| intp | *+ | IRA Services, Trust Company, FBO Lorraine Chacon, IRA, P.O. Box 2268, Mission Viejo, CA 92690-0268 |
| intp | *+ | IRA Services, Trust Company, FBO Wayne Zickefoose, IRA, 541 N. Fairhaven St, Anaheim, CA 92801-4502 |
| intp | *+ | IRA Services, Trust Company, FBO Lindo Payumo,, IRA, 4062 Shaker Rum Circle, Fairfield, CA 94533-7762 |
| intp | *+ | IRA Services, Trust Company, FBO Michelle Hinckley, IRA, 1238 W. 11th St, San Pedro, CA 90731-3425 |
| intp | *+ | IRA Services, Trust Company, FBO Kendra Imbori-Sanchez, IRA, 400 Dorrance Rd, Boulder Creek, CA 95006-8695 |
| intp | *+ | IRA Services, Trust Company, FBO Rose Camarena, IRA, 4199 Georgia Ave, #4, San Mateo, CA 94403-4756 |
| intp | *+ | IRA Services, Trust Company, FBO Terrance Wright, IRA, 1805 N. Vallejo Way, Upland, CA 91784-1676 |
| intp | *+ | IRA Services, Trust Company, FBO Sanjay Saxena IRA, 200 Little Foot Drive, Fremont, CA 94539-6634 |
| intp | *+ | IRA Services, Trust Company, FBO Alba Garcia, IRA, 423 Hillcrest St, El Segundo, CA 90245-2912 |
| intp | *+ | IRA Services, Trust Company, FBO Jose Mendosa, IRA, 2310 S. Greenville St, Santa Ana, CA 92704-4914 |

| | | |
|---|---|---|
| intp | *+ | IRA Services, Trust Company, FBO Dolores B. Taylor, IRA, 32 Dana Point Ave, Ventura, CA 93004-1657 |
| intp | *+ | IRA Services, Trust Company, FBO William Thomas, IRA, P.O. Box 3464, La Habra, CA 90632-3464 |
| intp | *+ | IRA Services, Trust Company, FBO Frank Chan IRA, 962 Broadleaf Lane, San Jose, CA 95128-1303 |
| intp | *+ | IRA Services, Trust Company, FBOJan M. Garin, IRA, 3529 Springer Rd, Placerville, CA 95667-7843 |
| intp | *+ | IRA Services, Trust Company, FBO Mingyue Li, , IRA, 36961 Newark Blvd, #B, Newark, CA 94560-3183 |
| intp | *+ | IRA Services, Trust Company, FBO Abdul Khan, IRA, 15 Anton Court, Sacramento, CA 95835-1372 |
| intp | *+ | IRA Services, Trust Company, FBO Robert A. Mann, IRA, P.O. Box 216, Carnelian Bay, CA 96140-0216 |
| intp | *+ | IRA Services, Trust Company, FBO Barbara Ann Harvey IRA, 1438 Pinehurst Drive, San Jose, CA 95118-1750 |
| intp | *+ | IRA Services, Trust Company, FBO Rose V. DeSanto, IRA, 8145 College Ave, Whittier, CA 90605-1004 |
| intp | *+ | IRA Services, Trust Company, FBO Kai Lai, IRA, 801 San Marcos, Fremont, CA 94539-4772 |
| intp | *+ | IRA Services, Trust Company, FBO John Kenneth Logie, IRA, 1600 Lakeshore Ave, Apt 1010, Oakland, CA 94606-1602 |
| intp | *+ | IRA Services, Trust Company, FBO Lance Gaylord Goree, IRA, 1971 Junction Drive, Concord, CA 94518-3362 |
| intp | *+ | IRA Services, Trust Company, FBOCorinne Conrad, IRA, 6937 Schilling Ave, San Diego, CA 92126-5914 |
| intp | *+ | IRA Services, Trust Company, FBO Darlena Wade-Williams, IRA, 2006 W. Ave K-4, Lancaster, CA 93536-5224 |
| intp | *+ | IRA Services, Trust Company, FBO Winnie Lee, IRA, 2987 Mariposa Drive, Burlingame, CA 94010-5736 |
| intp | *+ | IRA Services, Trust Company, FBO Ingrid Olivia, IRA, 9613 Rosecrans Ave, Bellflower, CA 90706-2355 |
| intp | * | IRA Services, Trust Company, FBO John Applegate, IRA, 604 Mountain View Ave, Belmont, CA 94002-2533 |
| intp | * | IRA Services, Trust Company, FBO Thomas Wayne Anderson, IRA, P.O. Box 60096, Sunnyvale, CA 94088-0096 |
| intp | *+ | IRA Services, Trust Company, FBO Vilma A. Salazar, IRA, 3028 W. 77th St, Inglewood, CA 90305-1014 |
| intp | * | IRA Services, Trust Company, FBO Brian Babcock, IRA, 3346 Woodside Lane, San Jose, CA 95121-1246 |
| intp | *+ | IRA Services, Trust Company, FBO Oscar Alvarez, IRA, 3863 Harlequin Terrace, Fremont, CA 94555-1553 |
| intp | *+ | IRA Services, Trust Company, FBO Selam Berayes, IRA, 7864 Dickens Way, Gilroy, CA 95020-5540 |
| intp | *+ | IRA Services, Trust Company, FBO Jeffrey Hocker, IRA, 1025 Cortez Ave, Burlingame, CA 94010-4910 |
| intp | *+ | IRA Services, Trust Company, FBO Franklin Bernhoft,, IRA, 2363 Woodlake Circle, Lodi, CA 95242-9119 |
| intp | *+ | IRA Services, Trust Company, FBO Laura S. Rivera IRA, 19204 Redford Lane, Huntington Beach, CA 92648-2147 |
| intp | *+ | IRA Services, Trust Company, FBO Janet Hessing, IRA, 2170 Santa Croce Drive, Livermore, CA 94550-6585 |
| intp | *+ | IRA Services, Trust Company, FBO Dan Villamil, IRA, 32804 N. The Old Rd, Castaic, CA 91384-3088 |
| intp | *+ | IRA Services, Trust Company, FBO Ninette Maass, IRA, 16201 Camino Del Sol, Los Gatos, CA 95032-2614 |
| intp | *+ | IRA Services, Trust Company, FBO Emelyne Sablan, IRA, 4862 Sevilla Way, Carlsbad, CA 92008-3815 |
| intp | *+ | IRA Services, Trust Company, FBO Ana Maria Duran Hernandez, IRA, 1678 Norval Street, Pomona, CA 91766-5455 |
| intp | *+ | IRA Services, Trust Company, FBO Stephen C. Carpenter, IRA, 67 St. Thomas Ct, Pleasant Hill, CA 94523-1119 |
| intp | *+ | James McCarthy, 1600 Webster St, Unit 301, San Francisco, CA 94115-3293 |
| intp | *+ | Jenny Chiang, 9050 E. Whitmore St, Rosemead, CA 91770-2860 |
| intp | *+ | John Sword, 1000 W. Desert Valley Dr, San Tan Valley, AZ 85143-3455 |
| intp | *+ | Kuang-Yu Chen, 20489 Chalet Lane, Saratoga, CA 95070-4928 |
| intp | *+ | Lin Huang Family Trust, 7522 Tiptoe Lane, Cupertino, CA 95014-5837 |
| intp | *+ | Margaret Evonne Wright, 155 E. Louis Way, Tempe, AZ 85284-1475 |
| intp | *+ | Mary Margaret Loehr, 3321 Dehesa Road, #90, El Cajon, CA 92019-2880 |
| intp | *+ | Monlian W. Chen, 2119 San Rafael Ave, Santa Clara, CA 95051-1609 |
| intp | *+ | Richard Leong Jr, 24532 Via Tonada, Lake Forest, CA 92630-2026 |
| intp | *+ | Salvador Meza, Jr., 5462 Laura Drive, San Jose, CA 95124-6121 |
| intp | * | Suni Yang Hsieh, 16917 Royalview Road, Burlingame, CA 94010 |
| intp | *+ | Sunriser Landcore Investments, Hesam Tooloee, 1179 Oakmont Dr, #1, Walnut Creek, CA 94595-2429 |
| intp | *+ | Whitney Boyle Wright, 155 E. Louis Way, Tempe, AZ 85284-1475 |
| 15292462 | ##+ | Debra A. Longenbaugh, 5117 #5 W. Wooley Rd, Oxnard, CA 93035-1859 |
| 15292517 | ##+ | IRA Services, Trust Company, FBO Lindo Payumo,, IRA, 4062 Shaker Rum Circle, Fairfield, CA 94533-7762 |
| 15292527 | ##+ | Margaret Evonne Wright, 155 E. Louis Way, Tempe, AZ 85284-1475 |
| 15292541 | ##+ | Whitney Boyle Wright, 155 E. Louis Way, Tempe, AZ 85284-1475 |

TOTAL: 1 Undeliverable, 76 Duplicate, 4 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 23, 2021          Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 21, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| E. Lynn Schoenmann | tteeschoenmann@earthlink.net  lschoenmann@ecf.axosfs.com |
| Eric A. Nyberg | on behalf of Debtor ACEH Capital  LLC e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com |
| Office of the U.S. Trustee / SF | USTPRegion17.SF.ECF@usdoj.gov |

TOTAL: 3

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | ACEH Capital, LLC | EIN: | 94–3328929 |
| | Name | | |
| United States Bankruptcy Court | California Northern Bankruptcy Court | Date case filed for chapter: | 7    4/21/21 |
| Case number: | 21–30299 | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | ACEH Capital, LLC | |
| 2. | **All other names used in the last 8 years** | aka ACE Capital, LLC | |
| 3. | **Address** | PO Box 610108<br>Redwood City, CA 94061–0108 | |
| 4. | **Debtor's attorney**<br>Name and address | Eric A. Nyberg<br>Kornfield Nyberg Bendes Kuhner & Little<br>1970 Broadway #600<br>Oakland, CA 94612 | Contact phone (510)763–1000 |
| 5. | **Bankruptcy trustee**<br>Name and address | E. Lynn Schoenmann<br>35 Miller Ave. #298<br>Mill Valley, CA 94941–1903 | Contact phone (415) 569–4390<br>Email: _____ |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case online at<br>https://pacer.uscourts.gov. | **Mailing Address:**<br>U.S. Bankruptcy Court<br>450 Golden Gate Avenue, 18th Fl.<br>Mail Box 36099<br>San Francisco, CA 94102 | Hours open: Monday – Friday 9:00 am to 4:30 pm<br><br>Contact phone (888) 821–7606<br><br>Date: 4/21/21 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **May 18, 2021 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Via Tele/Videoconference**<br><br>Trustee: E. Lynn Schoenmann<br>Call in number/URL:<br>1–877–953–8049<br>Passcode: 7135752 |
| | **Important Notice to Individual Debtors:** The United States Trustee requires all debtors who are individuals to provide government–issued photo identification and proof of social security number to the trustee at the meeting of creditors. If a debtor fails to appear, your case may be dismissed without further notice. | | |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**    page 1