Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Chapter 7 Trustee
E. LYNN SCHOENMANN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ACEH CAPITAL, LLC,<br><br>Debtor. | Case No. 21-30299 DM<br><br>Chapter 7<br><br>**DECLARATION OF ARON M. OLINER IN SUPPORT OF APPLICATION FOR ORDER APPOINTING COUNSEL FOR TRUSTEE**<br><br>[NO HEARING REQUIRED] |

I, Aron M. Oliner, declare:

1. I am an attorney duly admitted to practice before this Court and am a partner with the law firm of Duane Morris LLP. If called upon to testify to the matters set forth herein, I would competently testify thereto as the matters set forth herein are personally known to me to be true.

2. The law firm of Duane Morris has extensive experience in bankruptcy, insolvency and debtor/creditor law. The firm is well-qualified to represent E. Lynn Schoenmann ("Trustee") generally herein, and is willing to accept employment on the basis set forth in the Trustee's Application.

3. To the best of my knowledge, except as disclosed below, after reasonable inquiry, the law firm of Duane Morris is disinterested and is not connected to the Debtor, his attorneys, accountants, creditors, or the attorneys or accountants of any other party-in-interest in this case. Furthermore, to the best of my knowledge, the firm does not hold any interest adverse to the Debtors' estate and the firm is a disinterested person as defined in 11 U.S.C. §101(14).

4. In addition, my firm's disclosures of connections in this case will be ongoing. As actions are taken that affect or otherwise involve specific creditors and parties-in-interest in this case, or specific creditors and parties-in-interest participate or otherwise have reason to be distinguished from the mass of creditors in this case, I will supplement this declaration to disclose any connections to such persons, to the extent any connections exist. Under no circumstances will I or my firm represent any creditor or party-in-interest in connection with this case.

5. To the best of my knowledge, after reasonable inquiry, I believe that the firm will be able to provide representation to the Trustee in this case without conflict. However, in the unlikely event a conflict arises, the Trustee and said conflicting party will be advised immediately.

6. This declaration is made pursuant to Bankruptcy Rule 2014(a).

7. The law firm of Duane Morris, and its members and associates, have no connection with the Office of the United States Trustee or any person employed in the Office of the United States Trustee.

8. I have reviewed the Application for Order Appointing Counsel for the Trustee and I agree to perform the legal services specified in paragraph 3 therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 27, 2021, at San Francisco, California.

                                                    /s/ Aron M. Oliner (152373)
                                                    ARON M. OLINER