Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Chapter 7 Trustee
E. LYNN SCHOENMANN

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 21-30299 DM |
| ACEH Capital, LLC, | Chapter 7 |
| Debtor. | **CERTIFICATE OF SERVICE** |
| | [NO HEARING REQUIRED] |

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of Duane Morris LLP and my business address is One Market Plaza, Spear Street Tower, Suite 2200, San Francisco, California 94105-1127. I am readily familiar with the business practice for collection and processing of correspondence for mailing and for transmitting documents by U.S. Mail, FedEx, fax, email, courier and other modes. On April 26, 2021, I served the following documents:

- **APPLICATION FOR ORDER APPOINTING COUNSEL FOR TRUSTEE;**

- **DECLARATION OF ARON M. OLINER IN SUPPORT OF APPLICATION FOR ORDER APPOINTING COUNSEL FOR TRUSTEE; and**

- **[PROPOSED] ORDER APPOINTING COUNSEL FOR TRUSTEE**

**X**  BY MAIL: by placing (☐ the original) (☒ a true copy) thereof enclosed in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing following my firm's ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course

Case: 21-30299   Doc# 6-2   Filed: 05/04/21   Entered: 05/04/21 12:29:32   Page 1 of 2

1  of business with the United States Postal Service in San Francisco, California, with
2  postage fully prepaid.

3 ___ PERSONAL DELIVERY: by causing a courier to hand deliver (☐ the original) (☐ a
   true copy) thereof to the person at the address set forth below on this day during normal
4  business hours.

5 ___ BY OVERNIGHT DELIVERY: by placing (☐ the original) (☐ a true copy) thereof
   enclosed in a sealed FedEx envelope addressed as set forth below, and placing the
6  envelope for collection and transmittal by FedEx following my firm's ordinary business
   practices, which are that on the same day correspondence is placed for collection, it is
7  deposited in the ordinary course of business with FedEx for overnight next business day
   delivery.
8

9
   **United States Trustee**                    **Attorneys for Debtor, ACEH Capital, LLC**
10 Office of The U.S. Trustee / SF              Eric A. Nyberg
   Phillip J. Burton Federal Building          Kornfield Nyberg Bendes Kuhner & Little
11 450 Golden Gate Avenue                       1970 Broadway, 600
   Fifth Floor, #05-0153                        Oakland, CA  94612
12 San Francisco, CA 94102

13
         I declare under penalty of perjury under the laws of the United States of America that the
14
   foregoing is true and correct and that this declaration was executed on April 26, 2021, in San
15
   Francisco, California.
16

17
                                   _____/s/ Deanna Micros (xxx-xx-5693)_____
18                                          DEANNA MICROS

19

20

21

22

23

24

25

26

27

28

DUANE MORRIS LLP
SAN FRANCISCO

DM3\7573207                              2

Case: 21-30299   Doc# 6-2   Filed: 05/04/21   Entered: 05/04/21 12:29:32   Page 2 of 2