Aron M. Oliner (SBN: 152373)
Duane Morris LLP
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415)957-3001
Email: roliner@duanemorris.com

Counsel to E. Lynn Schoenmann
Trustee in bankruptcy

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

|  |  |
|---|---|
| In re | Case No. 21-30299 |
|  | Chapter 7 |
| ACEH CAPITAL, LLC<br>*aka* ACE Capital, LLC, |  |
| Debtor. |  |

APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

PURSUANT TO SECTION 11 U.S.C. SECTION 327(a)

TO: THE HONORABLE DENNIS MONTALI,
UNITED STATES BANKRUPTCY JUDGE

1. E. LYNN SCHOENMANN ("Applicant") is the duly appointed, qualified and acting Chapter 7 trustee herein.

2. The Applicant deems it to be in the best interest of this estate to employ Bachecki, Crom & Co., LLP, Certified Public Accountants ("Accountant") as the Trustee accountant to prepare and file tax returns; to prepare tax projections and perform tax analysis; to perform investigation of investor real property transactions; to analyze tax claims filed in this case, if necessary; to analyze the tax impact of potential transactions, if necessary; to analyze as to avoidance issues, if necessary; to prepare a solvency analysis, if necessary; to testify as to

avoidance issues, if necessary; to prepare wage claim withholding computations and payroll tax returns, if necessary; to serve as Trustee's general accountant and to consult with the Trustee and the Trustee's counsel as to those matters.

3. The accountant has indicated a willingness to perform the services required by the Applicant. The Applicant desires an order authorizing the Trustee to pay the Accountant for services rendered and costs and expenses advanced or incurred in the rendering of such services after a hearing duly noticed to creditors or other parties in interest, the United States Trustee and subject to review for reasonableness by this Court. The normal billing rates for the Accountant are as follows:

| | |
|---|---|
| Partners | $425 - $545 / hour |
| Senior Accountant | $250 - $410 / hour |
| Junior Accountant | $150 - $250 / hour |

4. The Applicant has investigated the qualifications of the Accountant. The Applicant is informed and believes, and based thereon allege, that except for the Accountant's employment by the Applicant in unrelated cases and as disclosed herein, neither the Accountant nor its employees have any connections with the debtor, creditors, or any party in interest, their respective attorneys or accountants, or the United States Trustee or any other person employed by the office of the United States Trustee and that the employment of the Accountant on the conditions set forth herein is in the best interest of creditors. **The Accountant discloses the following information in the event that it is considered a connection: The Accountant serves as the personal tax accountant for the Trustee.**

5. To the Applicant's best information and belief, the Accountant does not hold an interest adverse to the estate, and they are disinterested persons as required by 11 USC Section 327(a).

6. The Applicant is informed and believes, and based thereupon alleges, that this is proper case for the entry of an order without notice to creditors in that the matters to be ruled upon are purely administrative in nature and any fees paid or to be paid will be subject to Court review after notice and hearing.

WHEREFORE, the Applicant prays that this court make and enter its order:

1. Authorizing the Applicant to employ Bachecki, Crom & Co., LLP, Certified Public Accountants, as the accountant in this case;

2. Authorizing the Applicant to pay the Accountant services rendered and for the costs and expenses advanced or incurred in the rendering of such services after a hearing duly noticed to the Office of the United States Trustee, creditors and other parties in interest and subject to review for reasonableness by this court, and;

3. For such other relief as may be proper.

DATED: 4/23/21

E. LYNN SCHOENMANN, Trustee for the Estate of ACEH CAPITAL, LLC

DATED: April 26, 2021

/s/ Aron M. Oliner (152373)

ARON M. OLINER
Counsel for E. Lynn Schoenmann, Trustee