Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Chapter 7 Trustee
E. LYNN SCHOENMANN

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ACEH Capital, LLC,<br><br>Debtor. | Case No. 21-30299 DM<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE**<br><br>[NO HEARING REQUIRED] |

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of Duane Morris LLP and my business address is One Market Plaza, Spear Street Tower, Suite 2200, San Francisco, California 94105-1127. I am readily familiar with the business practice for collection and processing of correspondence for mailing and for transmitting documents by U.S. Mail, FedEx, fax, email, courier and other modes. On April 26, 2021, I served the following documents:

- **APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT PURSUANT TO SECTION 11 U.S.C. SECTION 324(a);**

- **DECLARATION IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT; and**

- **[PROPOSED] ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT**

**X**   BY MAIL: by placing (☐ the original) (☒ a true copy) thereof enclosed in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing following my firm's ordinary business practices, which are that on the same day

DM3\7573251                                          1
DUANE MORRIS LLP
SAN FRANCISCO
**COS / APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT**
CASE NO. 21-30299 DM

Case: 21-30299   Doc# 7-2   Filed: 05/04/21   Entered: 05/04/21 12:39:17   Page 1 of 2

correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, with postage fully prepaid.

_____ PERSONAL DELIVERY: by causing a courier to hand deliver (☐ the original) (☐ a true copy) thereof to the person at the address set forth below on this day during normal business hours.

_____ BY OVERNIGHT DELIVERY: by placing (☐ the original) (☐ a true copy) thereof enclosed in a sealed FedEx envelope addressed as set forth below, and placing the envelope for collection and transmittal by FedEx following my firm's ordinary business practices, which are that on the same day correspondence is placed for collection, it is deposited in the ordinary course of business with FedEx for overnight next business day delivery.

| | |
|---|---|
| **United States Trustee** <br> Office of The U.S. Trustee / SF <br> Phillip J. Burton Federal Building <br> 450 Golden Gate Avenue <br> Fifth Floor, #05-0153 <br> San Francisco, CA 94102 | **Attorneys for Debtor, ACEH Capital, LLC** <br> Eric A. Nyberg <br> Kornfield Nyberg Bendes Kuhner & Little <br> 1970 Broadway, 600 <br> Oakland, CA 94612 |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on April 26, 2021, in San Francisco, California.

/s/ Deanna Micros (xxx-xx-5693)
DEANNA MICROS