Entered on Docket
May 06, 2021
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: May 6, 2021

_____
DENNIS MONTALI
U.S. Bankruptcy Judge

Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Chapter 7 Trustee
E. LYNN SCHOENMANN

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

In re

ACEH CAPITAL, LLC,

Debtor.

Case No. 21-30299 DM

Chapter 7

**ORDER APPOINTING COUNSEL FOR TRUSTEE**

[NO HEARING REQUIRED]

E. Lynn Schoenmann, Chapter 7 Trustee, has filed an Application for Order Appointing Counsel for Trustee. No adverse interest being represented or shown, and the Court being satisfied that the firm of Duane Morris LLP is disinterested and does not hold or represent an interest adverse to the estate, and that its appointment will be in the best interests of the estate, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Application of E. Lynn Schoenmann, Chapter 7 Trustee, for the appointment of Duane Morris LLP as her counsel, is hereby approved on the terms set forth in the Application,

**IT IS FURTHER ORDERED** that compensation shall be paid as an administrative expense in such amounts as the Court may hereafter determine and allow. The Court's Guidelines for Compensation and Reimbursement will apply. They are available at www.canb.uscourts.gov.

***END OF ORDER***

DUANE MORRIS LLP
SAN FRANCISCO

DM3\7479986

1

Case: 21-30299  Doc# 8  Filed: 05/06/21  Entered: 05/06/21 12:54:41  Page 1 of 2
ORDER APPOINTING COUNSEL FOR TRUSTEE; CASE NO. 21-30299 DM

# COURT SERVICE LIST

[All parties entitled to service are ECF registered in this case.]