Aron M. Oliner (SBN: 152373)
Duane Morris LLP
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415)957-3001
Email: roliner@duanemorris.com

Counsel to E. Lynn Schoenmann
Trustee in bankruptcy

Signed and Filed: May 6, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ACEH CAPITAL, LLC<br>*aka* ACE Capital, LLC,<br><br>Debtor. | Case No. 21-30299<br>Chapter 7 |

<u>ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT</u>

E. LYNN SCHOENMANN ("Applicant"), the trustee herein, having filed the Application for Order Authorizing Employment of Accountant and it appearing to the Court that entry of such order is in the best interest of Applicant and this estate, and that the proposed accountant, Bachecki, Crom & Co., LLP, Certified Public Accountants, is disinterested and neither holds nor represents an interest adverse to Applicant, the Chapter 7 debtor or this estate with respect to the specific matters for which employment is sought, and for good cause appearing therefore, IT IS HEREBY ORDERED that Applicant is authorized to employ Bachecki, Crom & Co., LLP, Certified Public Accountants, as the Trustee accountant to prepare and file tax returns; to prepare tax projections and perform tax analysis; to perform investigation of investor real property transactions; to analyze tax claims filed in this case, if necessary; to analyze the tax impact of potential transactions, if necessary; to analyze as to avoidance issues, if

necessary; to prepare a solvency analysis, if necessary; to testify as to avoidance issues, if necessary; to prepare wage claim withholding computations and payroll tax returns, if necessary; to serve as Trustee's general accountant and to consult with the Trustee and the Trustee's counsel as to those matters for this estate at a fee subject to court approval. The court's Guidelines for Compensation and Reimbursement will apply. They are available at www.uscourts.gov.

IT IS FURTHER ORDERED that Bachecki, Crom & Co., LLP, CPA's be empowered to act, through its officers and employees, for and on behalf of the trustee and or the estate, to represent them before any taxing authority including the Internal Revenue Service and the California Franchise Tax Board, to receive confidential information, to make written or oral presentations of fact or argument, and to perform any and all acts on behalf of the trustee and the estate which the trustee is by law permitted, regarding any tax matter which may arise during the administration of the estate. No compensation shall be allowed or paid except pursuant to further Court order.

**END OF ORDER**

COURT SERVICE LIST

Jay D. Crom
jcrom@bachcrom.com
Bachecki, Crom & Co. LLP
400 Oyster Point Boulevard, Suite 106
South San Francisco, CA 94080