# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0971–3 | User: admin | Date Created: 5/6/2021 |
| Case: 21–30299 | Form ID: pdfeoc | Total: 1 |

**Recipients of Notice of Electronic Filing:**
tract      Bachecki, Crom & Co., LLP      JCrom@bachcrom.com

TOTAL: 1