May 3rd, 2021

To: U.S. Bankruptcy Court
450 Golden Gate Avenue, 18th Floor
Mailbox 36099
San Francisco, CA 94102

**FILED**

MAY -7 2021

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

From: Abdul Khan
15 Anton Court,
Sacramento, CA 95835

Reg: Case Number: 21-30299 (ACEH Capital, LLC)

I am writing this letter to let you know that I have nothing to do with the case number mentioned above as I had no dealings with the ACEH Capital, LLC. I had previously received mails from this company and after several notifications to redirect the mails to the right party – the mailings stopped. To my recollection I have not received any mails in the past few years. Please take me off this list. Thank you

Sincerely,

Abdul Haroon Khan



This email originated from outside the organization. Do not click links or open any attachments unless you recognize the source of the email.



Abdul Khan
15 Anton Ct.
Sacramento, CA 95835

SACRAMENTO CA 957
3 MAY 2021 PM 6 L

US Bankruptcy Court
450 Golden Gate Avenue, 19th Floor
Mailbox 36099
San Francisco CA 94102

RECEIVED
MAY -7 2021
UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

94102-341024