Authentisign ID: 03255A0C-1BB0-4195-A03B-BCEF38B74668

Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Chapter 7 Trustee
E. LYNN SCHOENMANN

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ACEH CAPITAL, LLC,<br><br>Debtor. | Case No. 21-30299 DM<br><br>Chapter 7<br><br>**DECLARATION OF HESAM TOOLOEE IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF A REAL ESTATE BROKER [SUNRISER LANDCORE INVESTMENTS]**<br><br>[NO HEARING REQUIRED] |

I, Hesam Tooloee, declare:

1. I am a real estate agent and broker licensed by the State of California, experienced in rendering real estate brokerage services, and am a realtor with Sunriser Landcore Investments ("Sunriser"). I make this declaration of my own personal knowledge and could and would testify competently thereto if called upon to do so. As to any matters stated on information and belief, I believe my information to be true and correct.

2. I provide this declaration in support of the Application for Order Authorizing Employment of Real Estate Broker ["Sunriser Landcore Investments"] ("Application") filed herewith.

3. I am a licensed real estate agent, and have been employed in this field since 1987. I received by broker's license in 1990. Since 2000 I have specialized in selling vacant land in and around the Antelope Valley.

4. Sunriser has extensive experience and expertise in performing real estate brokerage services, including the listing and selling of residential real property.

5. Based upon my investigation, I believe that, except as described below, Sunriser has no connections with the Debtor, creditors, parties-in-interest, their respective attorneys and accountants, the United States Trustee or any person employed in the Office of the United States Trustee, and is a disinterested person within the meaning of 11 U.S.C. § 101(14).

6. Pre-petition, I was engaged by ACEH Capital, LLC to sell vacant land. I am not owed any money by ACEH Capital, LLC, and neither do I owe any money to ACEH Capital, LLC.

7. I further believe that Sunriser does not hold or represent any interest adverse to this estate.

8. Sunriser has not received a retainer from the Trustee for its anticipated services.

9. Sunriser has no agreement to share any compensation to be awarded in this case with any person.

10. Sunriser agrees to accept a sales commission from the purchase price of the real property described in the agreement attached as Exhibit A to the Application, subject to subsequent review by the Court if improvident in light of developments not anticipated at this time. Under the terms of the agreement, Sunriser, shall receive a commission of 10% of the sale price.

11. I have reviewed the Application, and agree to perform the services set forth in the Application on the terms and conditions stated therein.

12. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in Walnut Creek, California on May ___, 2021.

*Hesam Tooloee*
HESAM TOOLOEE
CALDRE#01012351

DUANE MORRIS LLP
SAN FRANCISCO
DM3\7666081
2
DECLARATION OF H. TOOLOEE ISO APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE BROKER - CASE NO. 21-30299-DM

Case: 21-30299    Doc# 11-1    Filed: 05/24/21    Entered: 05/24/21 13:45:04    Page 2 of 2