Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Chapter 7 Trustee
E. LYNN SCHOENMANN

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ACEH Capital, LLC,<br><br>Debtor. | Case No. 21-30299 DM<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE**<br><br>[NO HEARING REQUIRED] |

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of Duane Morris LLP and my business address is One Market Plaza, Spear Street Tower, Suite 2200, San Francisco, California 94105-1127. I am readily familiar with the business practice for collection and processing of correspondence for mailing and for transmitting documents by U.S. Mail, FedEx, fax, email, courier and other modes. On May 18, 2021, I served the following documents:

- **APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE BROKER [SUNRISER LANDCORE INVESTMENTS];**

- **DECLARATION OF HESAM TOOLOEE IN SUPPORT OF APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE BROKER [SUNRISER LANDCORE INVESTMENTS; and**

- **[PROPOSED] ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE BROKER [SUNRISER LANDCORE INVESTMENTS]**

| | |
|---|---|
| 1 | __X__ BY MAIL: by placing (☐ the original) (☒ a true copy) thereof enclosed in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing following my firm's ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, with postage fully prepaid. |
| 5 | ___ PERSONAL DELIVERY: by causing a courier to hand deliver (☐ the original) (☐ a true copy) thereof to the person at the address set forth below on this day during normal business hours. |
| 7 | ___ BY OVERNIGHT DELIVERY: by placing (☐ the original) (☐ a true copy) thereof enclosed in a sealed FedEx envelope addressed as set forth below, and placing the envelope for collection and transmittal by FedEx following my firm's ordinary business practices, which are that on the same day correspondence is placed for collection, it is deposited in the ordinary course of business with FedEx for overnight next business day delivery. |

**United States Trustee**
Office of The U.S. Trustee / SF
Phillip J. Burton Federal Building
450 Golden Gate Avenue
Fifth Floor, #05-0153
San Francisco, CA 94102

**Attorneys for Debtor, ACEH Capital, LLC**
Eric A. Nyberg
Kornfield Nyberg Bendes Kuhner & Little
1970 Broadway, 600
Oakland, CA 94612

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 18, 2021, in San Francisco, California.

                                                      /s/ Deanna Micros (xxx-xx-5693)
                                                      DEANNA MICROS

DUANE MORRIS LLP
SAN FRANCISCO

DM3\7669824

2

**COS / APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE BROKER**
CASE NO. 21-30299-DM

Case: 21-30299    Doc# 11-2    Filed: 05/24/21    Entered: 05/24/21 13:45:04    Page 2 of 2