Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, California 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Counsel for Chapter 7 Trustee
E. LYNN SCHOENMANN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ACEH CAPITAL, LLC,<br><br>        Debtor. | Case No. 21-30299 DM<br><br>Chapter 7<br><br>**NOTICE OF MOTION AND MOTION OF TRUSTEE TO REJECT LEASE OF NON-RESIDENTIAL REAL PROPERTY LOCATED AT 1650 BOREL PLACE, STE. 105, SAN MATEO, CALIFORNIA ON 24 HOURS' NOTICE PURSUANT TO B.L.R. 6006-1(b)**<br><br>[No Hearing Set] |

TO: LESSOR BOREL PLACE ASSOCIATES, THE DEBTOR AND THE OFFICE OF THE UNITED STATES TRUSTEE:

**NOTICE**

**NOTICE IS HEREBY GIVEN** that E. Lynn Schoenmann ("Trustee"), trustee of the above-captioned estate, hereby moves the Court for authority to reject a certain unexpired non-residential real property lease, as described in further detail below. Pursuant to Bankruptcy Local Rule of the United States Bankruptcy Court for the Northern District of California ("B.L.R.") 6006-1(b):

DM3\7690952.1

1

NOTICE AND MOTION TO REJECT LEASE OF NON-RESIDENTIAL REAL PROPERTY
(1650 BOREL PLACE, STE. 105, SAN MATEO, CA) / CASE NO. 21-30299 DM

Case: 21-30299    Doc# 12    Filed: 05/25/21    Entered: 05/25/21 10:09:33    Page 1 of 3

> **"[A] Chapter 7 trustee may move to reject an unexpired lease of nonresidential real property where the debtor is the tenant on <u>24 hours notice</u> given only to the other party to the lease, and such motions will normally be <u>considered by the Court without a hearing</u>."** (emphasis added).

See also B.L.R. 9014-1(d)(2). For further information regarding the foregoing, please contact counsel for the Trustee at the address shown above.

## RELIEF SOUGHT

Pursuant to 11 U.S.C. § 365, the Trustee seeks authority to reject on 24 hours' notice to the captioned debtor's lessor, Borel Place Associates ("Lessor"), the real property lease described below.

## BACKGROUND AND ARGUMENT

ACEH Capital, LLC ("Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on April 21, 2021. The Trustee is the duly appointed, qualified and acting chapter 7 trustee of the Debtor's bankruptcy estate. Among the property of the estate is a non-residential real property lease pertaining to certain non-residential real property commonly known as 1650 Borel Place, Ste. 105, San Mateo, California. The Debtor's representative stated that the Debtor does not have a copy of the subject lease. What the Trustee knows of the lease comes from the Debtor's Schedule G [Doc# 1], which states that the "[l]ease was believed to be renewed for 5 years in 2018[.]" The Trustee has no further information about the lease, save for the name and address of the landlord, as listed in Schedule G.

The Trustee has determined, in the exercise of her reasonable business judgment, that the Lease is burdensome to the administration of this Chapter 7 bankruptcy estate. Accordingly, the Trustee believes that it is in the best interests of the estate to reject the Lease effective immediately.

/ / /

/ / /

/ / /

DM3\7690952.1

2

**NOTICE AND MOTION TO REJECT LEASE OF NON-RESIDENTIAL REAL PROPERTY (1650 BOREL PLACE, STE. 105, SAN MATEO, CA) / CASE NO. 21-30299 DM**

Case: 21-30299    Doc# 12    Filed: 05/25/21    Entered: 05/25/21 10:09:33    Page 2 of 3

**WHEREFORE,** for all the foregoing and proper purposes, the Trustee respectfully requests that this Court make and enter its order granting this motion.

Dated: May 25, 2021              **DUANE MORRIS LLP**

By: /s/ Geoffrey A. Heaton (206990)
   Geoffrey A. Heaton
   Counsel for Chapter 7 Trustee
   E. LYNN SCHOENMANN

DM3\7690952.1

3

**NOTICE AND MOTION TO REJECT LEASE OF NON-RESIDENTIAL REAL PROPERTY (1650 BOREL PLACE, STE. 105, SAN MATEO, CA) / CASE NO. 21-30299 DM**