Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Chapter 7 Trustee
E. LYNN SCHOENMANN

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ACEH Capital, LLC,<br><br>Debtor. | Case No. 21-30299 DM<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE**<br><br>[NO HEARING REQUIRED] |

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of Duane Morris LLP and my business address is One Market Plaza, Spear Street Tower, Suite 2200, San Francisco, California 94105-1127. I am readily familiar with the business practice for collection and processing of correspondence for mailing and for transmitting documents by U.S. Mail, FedEx, fax, email, courier and other modes. On May 25, 2021, I served the following document:

- **NOTICE OF MOTION AND MOTION OF TRUSTEE TO REJECT LEASE OF NON-RESIDENTIAL REAL PROPERTY LOCATED AT 1650 BOREL PLACE, STE. 105, SAN MATEO, CALIFORNIA ON 24 HOURS' NOTICE PURSUANT TO B.L.R. 6006-1(b)**

__X__  **ELECTRONICALLY:** I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list.

DM3\7695058

1

**COS / NOTICE AND MOTION TO REJECT LEASE OF NON-RESIDENTIAL REAL PROPERTY (1650 BOREL PLACE, STE. 150, SAN MATEO, CA) – CASE NO. 21-30299 DM**

Case: 21-30299    Doc# 12-1    Filed: 05/25/21    Entered: 05/25/21 10:03:53    Page 1 of 2

DUANE MORRIS LLP
SAN FRANCISCO

| | |
|---|---|
| 1 | |
| 2 | __X__ **BY OVERNIGHT DELIVERY:** by placing (☐ the original) (☒ a true copy) thereof enclosed in a sealed FedEx envelope addressed as set forth below, and placing the envelope for collection and transmittal by FedEx following my firm's ordinary business practices, which are that on the same day correspondence is placed for collection, it is deposited in the ordinary course of business with FedEx for overnight next business day delivery. |
| 5 | __X__ **BY ELECTRONIC SERVICE**: Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the person(s) at the e-mail addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

Borel Place Associates
1611 Borel Place
San Mateo, CA 94402

Borel Place Associates
Attn: Robert L. Spence, Partner
1611 Borel Place
San Mateo, CA 94402

Alex Spence
Borel Place Associates
Email: borelplace@yahoo.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 25, 2021, in San Francisco, California.

                                                           /s/ Deanna Micros (xxx-xx-5693)
                                                                 DEANNA MICROS

DUANE MORRIS LLP
SAN FRANCISCO

DM3\7695058

2

**COS / NOTICE AND MOTION TO REJECT LEASE OF NON-RESIDENTIAL REAL PROPERTY (1650) BOREL PLACE, STE 150, SAN MATEO, CA) - CASE NO. 21-30299 DM**

Case: 21-30299　　Doc# 12-1　　Filed: 05/25/21　　Entered: 05/25/21 10:03:53　　Page 2 of 2