**Entered on Docket**
**May 26, 2021**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**




Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Chapter 7 Trustee
E. LYNN SCHOENMANN

CHANGES MADE BY COURT

**Signed and Filed: May 25, 2021**

**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| In re<br><br>ACEH CAPITAL, LLC,<br><br>Debtor. | Case No. 21-30299 DM<br><br>Chapter 7<br><br>**ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE BROKER [SUNRISER LANDCORE INVESTMENTS]**<br><br>[NO HEARING REQUIRED] |

E. Lynn Schoenmann, Chapter 7 Trustee, has filed an Application for Order Authorizing Employment of Real Estate Broker [Sunriser Landcore Investments] (“Application”). The Court being satisfied that Sunriser (“Broker”) is a disinterested person within the meaning of 11 U.S.C. § 104(14) and does not hold or represent an interest adverse to the estate, and that the employment of Broker is necessary and in the best interest of this estate.

**IT IS HEREBY ORDERED** that the Application is granted on the terms and conditions stated therein.

**IT IS FURTHER ORDERED** that the Trustee be, and hereby is, authorized and empowered to employ Broker pursuant to sections 327 and 328(a) as real estate broker for the Trustee and the estate, for the purposes and on the terms set forth in the Application.

**IT IS FURTHER ORDERED** that Broker may not represent any buyer in connection with the listing authorized by this Order notwithstanding any provisions to the contrary contained in the documents appended as Exhibit A to the Application.

*** END OF ORDER ***

## COURT SERVICE LIST

[All parties entitled to service are ECF registered in this case.]



Case: 21-30299 Doc# 13 Filed: 05/25/21 Entered: 05/26/21 14:39:47 Page 2 of 2