Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, California 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Counsel for Chapter 7 Trustee
E. LYNN SCHOENMANN

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ACEH CAPITAL, LLC.,<br><br>Debtor. | Case No. 21-30299 DM<br><br>Chapter 7<br><br>**APPLICATION FOR ENTRY OF ORDER BY DEFAULT RE NOTICE OF MOTION AND MOTION OF TRUSTEE TO REJECT LEASE OF NON-RESIDENTIAL REAL PROPERTY LOCATED AT 1650 BOREL PLACE, STE. 105, SAN MATEO, CALIFORNIA ON 24 HOURS' NOTICE PURSUANT TO B.L.R. 6006-1(b)**<br><br>[No Hearing Set] |

E. Lynn Schoenmann, chapter 7 trustee ("Trustee"), trustee of the above-captioned estate, respectfully applies for an order authorizing the Trustee to reject on 24 hours' notice to the captioned debtor's lessor, Borel Place Associates ("Lessor"), the non-residential real property lease pertaining to 1650 Borel Place, Ste. 105, San Mateo, California.

1. ACEH Capital, LLC ("Debtor") filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code on April 21, 2021. The Trustee is the duly appointed, qualified and acting chapter 7 trustee of the Debtor's bankruptcy estate.

DM3\7703517.1

1

**APP. FOR ORDER BY DEFAULT RE NOT & MOT TO REJECT LEASE OF NON-RESIDENTIAL REAL PROPERTY (1650 BOREL PLACE, STE. 105, SAN MATEO, CALIFORNIA); CASE NO. 21-30299 DM**

Case: 21-30299    Doc# 14    Filed: 05/27/21    Entered: 05/27/21 13:55:55    Page 1 of 2

2. On May 25, 2021, this office served on the Lessor via Federal Express overnight delivery and email the Trustee's Notice of Motion and Motion of Trustee to Reject Lease of Non-Residential Real Property Located at 1650 Borel Place, Ste. 105, San Mateo, California, on 24 Hours' Notice Pursuant to B.L.R. 6006-1(b) (the "Motion"). A true and correct copy of the Motion, together with certificate of service and confirmation of electronic filing, is attached to the Declaration of Geoffrey A. Heaton, filed concurrently herewith. Pursuant to the terms of the Notice, the Court may act upon 24 hours' notice to the other party to the lease.

3. No notice of any objection to the rejection has been received by counsel for the Trustee, Duane Morris LLP, and more than 24 hours has elapsed since the Notice was served.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an order authorizing the Trustee to reject, effective immediately, the lease between the Lessor and the Debtor pertaining to the non-residential real property located at 1650 Borel Place, Ste. 105, San Mateo, California.

Dated: May 27, 2021

**DUANE MORRIS LLP**

By: /s/ Geoffrey A. Heaton (206990)
Geoffrey A. Heaton
Counsel for Chapter 7 Trustee
E. LYNN SCHOENMANN

DM3\7703517.1

2

**APP. FOR ORDER BY DEFAULT RE NOT & MOT TO REJECT LEASE OF NON-RESIDENTIAL REAL PROPERTY (1650 BOREL PLACE, STE. 105, SAN MATEO, CALIFORNIA) - CASE NO. 21-30299 DM**

Case: 21-30299  Doc# 14  Filed: 05/27/21  Entered: 05/27/21 13:55:55  Page 2 of 2