Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, California 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Counsel for Chapter 7 Trustee
E. LYNN SCHOENMANN

Signed and Filed: May 28, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ACEH CAPITAL, LLC,<br><br>Debtor. | Case No. 21-30299 DM<br><br>Chapter 7<br><br>**ORDER AUTHORIZING TRUSTEE TO REJECT LEASE OF NON-RESIDENTIAL REAL PROPERTY LOCATED AT 1650 BOREL PLACE, STE. 105, SAN MATEO, CALIFORNIA, CALIFORNIA ON 24 HOURS' NOTICE PURSUANT TO B.L.R. 6006-1(b)**<br><br>[No Hearing Set] |

Upon review of the Chapter 7 Trustee's Notice of Motion and Motion of Trustee to Reject Lease of Non-Residential Real Property located at 1650 Borel Place, Ste. 105, San Mateo, California on 24 Hours' Notice Pursuant to B.L.R. 6006-1(b) ("Motion"), and good cause appearing, it is hereby

**ORDERED** that pursuant to 11 U.S.C. § 365 and B.L.R. 6006-1(b), the Lease entered into between Debtor ACEH Capital, LLC, as Lessee, and Borel Place Associates, as Lessor, pertaining to the non-residential real property located at 1650 Borel Place, Ste. 105, San Mateo, California, as described in the Motion, is hereby rejected as of the date of this Order.

***END OF ORDER***

DM3\7703525.1 R1014/00028

1

ORDER AUTHORIZING TRUSTEE TO REJECT LEASE OF NON-RESIDENTIAL REAL PROPERTY
(1650 BOREL PLACE, STE. 105, SAN MATEO, CALIFORNIA) - CASE NO. 21-30299 DM

Case: 21-30299    Doc# 15    Filed: 05/28/21    Entered: 05/28/21 16:08:26    Page 1 of 2

# COURT SERVICE LIST

Borel Place Associates
1611 Borel Place
San Mateo, CA 94402

Borel Place Associates
Attn: Robert L. Spence, Partner
1611 Borel Place
San Mateo, CA 94402

[All other parties entitled to notice are ECF registered in this case.]