# Notice Recipients

District/Off: 0971–3          User: admin                    Date Created: 5/28/2021

Case: 21–30299              Form ID: pdfeoc                 Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

intp        Borel Place Associates      1611 Borel Place          San Mateo, CA 94402
            Borel Place Associates      Attn: Robert L. Spence, Partner        1611 Borel Place          San Mateo, CA 94402

                                                                                            TOTAL: 2