In re:                                                                    Case No. 21-30299-DM

ACEH Capital, LLC                                                          Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-3                        User: admin                          Page 1 of 2
Date Rcvd: May 28, 2021                     Form ID: pdfeoc                   Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
               regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2021:**

**Recip ID**            **Recipient Name and Address**
intp                 +   Borel Place Associates, 1611 Borel Place, San Mateo, CA 94402-3537
                     +   Borel Place Associates, Attn: Robert L. Spence, Partner, 1611 Borel Place, San Mateo, CA 94402-3537

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2021                     Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2021 at the address(es) listed below:**

**Name**                         **Email Address**

Aron M. Oliner
                                 on behalf of Trustee E. Lynn Schoenmann roliner@duanemorris.com  dmicros@duanemorris.com

Bachecki, Crom & Co., LLP
                                 JCrom@bachcrom.com

E. Lynn Schoenmann
                                 tteeschoenmann@earthlink.net  lschoenmann@ecf.axosfs.com

Eric A. Nyberg
                                 on behalf of Debtor ACEH Capital  LLC e.nyberg@kornfieldlaw.com, g.michael@kornfieldlaw.com

Geoffrey A. Heaton
                                 on behalf of Trustee E. Lynn Schoenmann gheaton@duanemorris.com  dmicros@duanemorris.com

Office of the U.S. Trustee / SF
                                 USTPRegion17.SF.ECF@usdoj.gov

**Entered on Docket**
**May 28, 2021**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1    Aron M. Oliner (SBN: 152373)
    Geoffrey A. Heaton (SBN: 206990)
2    **DUANE MORRIS LLP**
    One Market Plaza
3    Spear Street Tower, Suite 2200
    San Francisco, California 94105-1127
4    Telephone: (415) 957-3000
    Facsimile: (415) 957-3001
5    Email: gheaton@duanemorris.com

6    Counsel for Chapter 7 Trustee
    E. LYNN SCHOENMANN

7

**Signed and Filed: May 28, 2021**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

8          **UNITED STATES BANKRUPTCY COURT**

9          **NORTHERN DISTRICT OF CALIFORNIA**

10          **SAN FRANCISCO DIVISION**

11   In re

12   ACEH CAPITAL, LLC,

13          Debtor.

14

15

16

17

18

Case No. 21-30299 DM

Chapter 7

**ORDER AUTHORIZING TRUSTEE TO REJECT LEASE OF NON-RESIDENTIAL REAL PROPERTY LOCATED AT 1650 BOREL PLACE, STE. 105, SAN MATEO, CALIFORNIA, CALIFORNIA ON 24 HOURS' NOTICE PURSUANT TO B.L.R. 6006-1(b)**

[No Hearing Set]

19       Upon review of the Chapter 7 Trustee's Notice of Motion and Motion of Trustee to

20 Reject Lease of Non-Residential Real Property located at 1650 Borel Place, Ste. 105, San Mateo,

21 California on 24 Hours' Notice Pursuant to B.L.R. 6006-1(b) ("Motion"), and good cause

22 appearing, it is hereby

23       **ORDERED** that pursuant to 11 U.S.C. § 365 and B.L.R. 6006-1(b), the Lease entered

24 into between Debtor ACEH Capital, LLC, as Lessee, and Borel Place Associates, as Lessor,

25 pertaining to the non-residential real property located at 1650 Borel Place, Ste. 105, San Mateo,

26 California, as described in the Motion, is hereby rejected as of the date of this Order.

27                    **\*\*\*END OF ORDER\*\*\***

28   DM3\7703525.1 R1014/00028

DUANE MORRIS LLP
SAN FRANCISCO

1

**ORDER AUTHORIZING TRUSTEE TO REJECT LEASE OF NON-RESIDENTIAL REAL PROPERTY**
**(1650 BOREL PLACE, STE. 105, SAN MATEO, CALIFORNIA) - CASE NO. 21-30299 DM**

1

## COURT SERVICE LIST

2

Borel Place Associates

3

1611 Borel Place
San Mateo, CA 94402

4

Borel Place Associates

5

Attn:  Robert L. Spence, Partner
1611 Borel Place

6

San Mateo, CA 94402

7

[All other parties entitled to notice are ECF registered in this case.]

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DUANE MORRIS LLP
SAN FRANCISCO

DM3\7703525.1 R1014/00028

2

**ORDER AUTHORIZING TRUSTEE TO REJECT LEASE OF NON-RESIDENTIAL REAL PROPERTY**
**(1650 BOREL PLACE, STE. 105, SAN MATEO, CALIFORNIA) - CASE NO. 21-30299 DM**