**Entered on Docket**
**August 10, 2021**
**EDWARD J. EMMONS, CLERK**
**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**



1 Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)

2 **DUANE MORRIS LLP**
One Market Plaza

3 Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127

4 Telephone: (415) 957-3000
Facsimile: (415) 957-3001

5 Email: gheaton@duanemorris.com

6 Attorneys for Chapter 7 Trustee
E. LYNN SCHOENMANN

7

**Signed and Filed: August 10, 2021**

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

8                    **UNITED STATES BANKRUPTCY COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                         **SAN FRANCISCO DIVISION**

11 In re

12 ACEH CAPITAL, LLC,

13                    Debtor.

14

15

Case No. 21-30299 DM

Chapter 7

**ORDER AUTHORIZING TRUSTEE TO SELL REAL PROPERTY OF THE ESTATE (70 STREET W AND AVENUE G-14, ANTELOPE VALLEY ACRES, CALIFORNIA)**

16

17        On the basis of the Application for Entry of Order Authorizing Trustee to Sell Real

18 Property of the Estate (70 Street W and Avenue G-14, Antelope Valley Acres, California) (the

19 "Application") submitted by E. Lynn Schoenmann, Chapter 7 Trustee ("Trustee"), due and

20 proper notice having been given, and good cause appearing therefor,

21        **IT IS HEREBY ORDERED** as follows:

22        1.        The Application is approved.

23        1.        The Trustee is authorized to sell real property of the estate commonly known as

24 70 Street W and Avenue G-14, Antelope Valley Acres, California, APN# 3268-020-019

25 ("Property") to Oscar Ramos ("Buyer") on the terms set forth in the Application.

26        2.        The Trustee, and any escrow agent upon the Trustee's written instruction, is

27 authorized to satisfy outstanding real property taxes prorated through close of escrow, together

28

with the usual and customary escrow and closing costs, fees, commissions and related expenses, by payment from the proceeds of sale.

3.  The proceeds of sale of the Property, net of real property taxes, closing costs and related fees, commissions and expenses that the Trustee directs to be paid from escrow shall be paid to the Trustee at the close of escrow.

4.  The Court retains jurisdiction to enforce and implement the terms and provisions of this Order.

5.  The Trustee and Buyer are hereby authorized and directed to take any and all steps necessary and/or proper to effectuate the terms of the sale of the estate's interest in the Property and this Order.

***END OF ORDER***

DUANE MORRIS LLP
SAN FRANCISCO

DM3\7943010.1 R1014/00028

2

## COURT SERVICE LIST

[All parties entitled to notice are ECF registered in this case.]

DUANE MORRIS LLP
SAN FRANCISCO

DM3\7943010.1 R1014/00028

3