

Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Chapter 7 Trustee
E. LYNN SCHOENMANN

Signed and Filed: September 29, 2021

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ACEH CAPITAL, LLC,<br><br>Debtor. | Case No. 21-30299 DM<br><br>Chapter 7<br><br>**ORDER AUTHORIZING TRUSTEE TO SELL REAL PROPERTY OF THE ESTATE (UNDEVELOPED LAND, APN#-3081-021-020/053, LOS ANGELES COUNTY, CALIFORNIA)** |

On the basis of the Application for Entry of Order Authorizing Trustee to Sell Real Property of the Estate (Undeveloped Land, APN# 3081-021-020/053, Los Angeles County, California), (the "Application") submitted by E. Lynn Schoenmann, Chapter 7 Trustee ("Trustee"), due and proper notice having been given, and good cause appearing therefor,

**IT IS HEREBY ORDERED** as follows:

1. The Application is approved.

1. The Trustee is authorized to sell both the estate's interest and the interest of co-owner John Kenneth Logie ("Co-Owner") in the real property described as undeveloped land located in Los Angeles County, California, APN# 3081-021-020/053 (the "Property") to Walter James Brown Jr, and Ryan Kirk Brown (collectively, "Buyer") on the terms set forth in the Application. The sale of the Property shall be free and clear of any interest of the Co-Owner.

2. The Trustee, and any escrow agent upon the Trustee's written instruction, is authorized to satisfy outstanding real property taxes prorated through close of escrow, together with the usual and customary escrow and closing costs, fees, commissions and related expenses, by payment from the proceeds of sale.

3. The Trustee, and any escrow agent upon the Trustee's written instruction, is authorized to pay to the Co-Owner his pro-rata portion of the proceeds of sale.

4. The proceeds of sale of the Property, net of real property taxes, closing costs and related fees, commissions and expenses that the Trustee directs to be paid from escrow shall be paid to the Trustee at the close of escrow.

5. The Court retains jurisdiction to enforce and implement the terms and provisions of this Order.

6. The Trustee and Buyer are hereby authorized and directed to take any and all steps necessary and/or proper to effectuate the terms of the sale of the Property and this Order.

**\*\*\*END OF ORDER\*\*\***

## COURT SERVICE LIST

[All parties entitled to notice are ECF registered in this case.]