Aron M. Oliner (SBN: 152373)
Geoffrey A. Heaton (SBN: 206990)
**DUANE MORRIS LLP**
One Market Plaza
Spear Street Tower, Suite 2200
San Francisco, CA 94105-1127
Telephone: (415) 957-3000
Facsimile: (415) 957-3001
Email: gheaton@duanemorris.com

Attorneys for Chapter 7 Trustee
E. LYNN SCHOENMANN

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ACEH Capital, LLC,<br><br>Debtor. | Case No. 21-30299 DM<br><br>Chapter 7<br><br>**CERTIFICATE OF SERVICE**<br><br>[NO HEARING REQUIRED] |

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in the within entitled cause. I am an employee of Duane Morris LLP and my business address is One Market Plaza, Spear Street Tower, Suite 2200, San Francisco, California 94105-1127. I am readily familiar with the business practice for collection and processing of correspondence for mailing and for transmitting documents by U.S. Mail, FedEx, fax, email, courier and other modes. On September 30, 2021, I served the following document:

- **NOTICE OF TRUSTEE'S INTENTION TO SELL REAL PROPERTY OF THE ESTATE (UNDEVELOPED LAND, APN# 3062-002-052/053, LOS ANGELES COUNTY, CALIFORNIA) PURSUANT TO 11 U.S.C. § 363(b); PROCEDURE FOR OVERBID AND OBJECTION**

<u>  X  </u>   **ELECTRONICALLY:** I hereby certify that on the below date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic mail notice list.

DM3\8111860

1

| | |
|---|---|
| 1 | **X**   **BY U.S. MAIL**: by placing (☐ the original) (☒ a true copy) thereof enclosed in a sealed envelope, addressed as set forth below, and placing the envelope for collection and mailing following my firm's ordinary business practices, which are that on the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in San Francisco, California, with postage fully prepaid.. |

**COURT MAILING MATRIX**
(Attached)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on September 30, 2021, in San Francisco, California.

                                                  /s/ Deanna Micros (xxx-xx-5693)
                                                DEANNA MICROS

Label Matrix for local noticing
0971-3
Case 21-30299
California Northern Bankruptcy Court
San Francisco
Thu Sep 30 11:36:15 PDT 2021

230 East Street and Avenue B, LLC
7120 Blue Hill Dr
San Jose, CA 95129-2813

ACEH Capital, LLC
PO Box 610108
Redwood City, CA 94061-0108

ACEQ Investment, Inc.
7120 Blue Hill Dr
San Jose, CA 95129-2813

All-Guard Alarm
1306 Stealth Street
Livermore, CA 94551-9356

Amanda Sword
1000 W. Desert Valley Dr
San Tan Valley, AZ 85143-3455

Anthony L. Wade
841 W. Palmer St
Compton, CA 90220-1833

Averydale Mutual Water Co.
PO Box 191
Lancaster, CA 93584-0191

Bachecki, Crom & Co., LLP
400 Oyster Point Boulevard, Suite 106
South San Francisco, CA 94080-1917

Barclay's Bank
PO Box 23066
Columbus, GA 31902-3066

Bei Qin
7120 Blue Hill Dr
San Jose, CA 95129-2813

Borel Place Associates
1611 Borel Place
San Mateo, CA 94402-3537

Borel Place Associates, LP
c/o Belvedere Legal, PC
1777 Borel Place, Suite 314
San Mateo, CA 94402-3532

CA Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

CA Franchise Tax Board
Special Procedures Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952

Charlene Stoller
P.O. Box 976
Santa Clara, CA 95050

(p)JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

Chen C. Wang
490 Las Pulgas Drive
Redwood City, CA 94062-2266

Chen C. Wang & Victoria Wang
490 Las Pulgas Drive
Redwood City, CA 94062-2266

Chief Tax Collection Section
Employment Development Section
P.O. Box 826203
Sacramento, CA 94230-0001

Chrisanne Huynh
663 High Glen Drive
San Jose, CA 95133-2018

Christopher R. Arnold
4818 Hersholt AVe
Long Beach, CA 90808-1129

Creditors Adjustment Bureau
assignee of Quadient Leasing USA fka Mal
CAB assignee of Quadient Leasing USA
14226 Ventura Blvd.
Sherman Oaks, CA 91423-2715

David Gold
6571 Camden Ave
Los Gatos, CA 95032

Davis Wright Tremaine
1300 SW Fifth Ave, Ste 2400
Portland, OR 97201-5682

Davis Wright Tremaine LLP
c/o Nara Neves
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610

Debra A. Longenbaugh
5117 #5 W. Wooley Rd
Oxnard, CA 93035-1859

ECI Four 7901 Stoneridge LLC
PO Box 398404
San Francisco, CA 94139-8404

Equity Trust Company, Custodian
FBO Cornelia Espejo Yap, IRA
5601 Los Pueblos Way
Sacramento, CA 95835-2427

Equity Trust Company, Custodian
FBO Roselyne Genin IRA
P.O. Box 51591
Palo Alto, CA 94303-0712

| | | |
|---|---|---|
| Goldman, Evans & Trammell, LLC<br>10323 Cross Creek Blvd, 'F'<br>Tampa, FL 33647-2988 | Geoffrey A. Heaton<br>Duane Morris LLP<br>1 Market, Spear Tower #2200<br>San Francisco, CA 94105-1127 | Hurricane Electric<br>48233 Warm Springs Blvd<br>Fremont, CA 94539-7654 |
| I.C. Systems<br>444 Highway 96E<br>PO Box 64378<br>Saint Paul, MN 55164-0378 | IRA Services, Trust Company<br>FBO Abdul Khan, IRA<br>15 Anton Court<br>Sacramento, CA 95835-1372 | IRA Services, Trust Company<br>FBO Alba Garcia, IRA<br>423 Hillcrest St<br>El Segundo, CA 90245-2912 |
| IRA Services, Trust Company<br>FBO Ana Maria Duran Hernandez, IRA<br>1678 Norval Street<br>Pomona, CA 91766-5455 | IRA Services, Trust Company<br>FBO Barbara Ann Harvey IRA<br>1438 Pinehurst Drive<br>San Jose, CA 95118-1750 | IRA Services, Trust Company<br>FBO Barbara Thompson, IRA<br>P.O. Box 2550<br>Placerville, CA 95667-2550 |
| IRA Services, Trust Company<br>FBO Brian Babcock, IRA<br>3346 Woodside Lane<br>San Jose, CA 95121-1246 | IRA Services, Trust Company<br>FBO Ci Zhou, IRA<br>1669 Cowper St<br>Palo Alto, CA 94301-3620 | IRA Services, Trust Company<br>FBO Dan Villamil, IRA<br>32804 N. The Old Rd<br>Castaic, CA 91384-3088 |
| IRA Services, Trust Company<br>FBO Darlena Wade-Williams, IRA<br>2006 W. Ave K-4<br>Lancaster, CA 93536-5224 | IRA Services, Trust Company<br>FBO Dolores B. Taylor, IRA<br>32 Dana Point Ave<br>Ventura, CA 93004-1657 | IRA Services, Trust Company<br>FBO Emelyne Sablan, IRA<br>4862 Sevilla Way<br>Carlsbad, CA 92008-3815 |
| IRA Services, Trust Company<br>FBO Frank Chan IRA<br>962 Broadleaf Lane<br>San Jose, CA 95128-1303 | IRA Services, Trust Company<br>FBO Franklin Bernhoft,, IRA<br>2363 Woodlake Circle<br>Lodi, CA 95242-9119 | IRA Services, Trust Company<br>FBO Ingrid Olivia, IRA<br>9613 Rosecrans Ave<br>Bellflower, CA 90706-2355 |
| IRA Services, Trust Company<br>FBO Janet Hessing, IRA<br>2170 Santa Croce Drive<br>Livermore, CA 94550-6585 | IRA Services, Trust Company<br>FBO Jason Datoc, IRA<br>2466 Brenning Dr,<br>San Jose, CA 95111-1901 | IRA Services, Trust Company<br>FBO Jeffrey Hocker, IRA<br>1025 Cortez Ave<br>Burlingame, CA 94010-4910 |
| IRA Services, Trust Company<br>FBO John Applegate, IRA<br>604 Mountain View Ave<br>Belmont, CA 94002-2533 | IRA Services, Trust Company<br>FBO John Kenneth Logie, IRA<br>1600 Lakeshore Ave, Apt 1010<br>Oakland, CA 94606-1602 | IRA Services, Trust Company<br>FBO Jose Mendosa, IRA<br>2310 S. Greenville St<br>Santa Ana, CA 92704-4914 |
| IRA Services, Trust Company<br>FBO Kai Lai, IRA<br>801 San Marcos<br>Fremont, CA 94539-4772 | IRA Services, Trust Company<br>FBO Kathleen Marie Farrell, IRA<br>2833 Camino Del Rey<br>San Jose, CA 95132-2219 | IRA Services, Trust Company<br>FBO Kendra Imbori-Sanchez, IRA<br>400 Dorrance Rd<br>Boulder Creek, CA 95006-8695 |
| IRA Services, Trust Company<br>FBO Lance Gaylord Goree, IRA<br>1971 Junction Drive<br>Concord, CA 94518-3362 | IRA Services, Trust Company<br>FBO Laura S. Rivera IRA<br>19204 Redford Lane<br>Huntington Beach, CA 92648-2147 | IRA Services, Trust Company<br>FBO Lindo Payumo,, IRA<br>4062 Shaker Rum Circle<br>Fairfield, CA 94533-7762 |

IRA Services, Trust Company
FBO Lorraine Chacon, IRA
P.O. Box 2268
Mission Viejo, CA 92690-0268

IRA Services, Trust Company
FBO Lutricia Carter, IRA
1104 Woodview D
Leander, TX 78641-8648

IRA Services, Trust Company
FBO Michelle Hinckley, IRA
1238 W. 11th St
San Pedro, CA 90731-3425

IRA Services, Trust Company
FBO Mingyue Li, , IRA
36961 Newark Blvd, #B
Newark, CA 94560-3183

IRA Services, Trust Company
FBO Nancy Ferguson, IRA
1235 W. 76th Street
Los Angeles, CA 90044-2411

IRA Services, Trust Company
FBO Ninette Maass, IRA
16201 Camino Del Sol
Los Gatos, CA 95032-2614

IRA Services, Trust Company
FBO Oscar Alvarez, IRA
3863 Harlequin Terrace
Fremont, CA 94555-1553

IRA Services, Trust Company
FBO Robert A. Mann, IRA
P.O. Box 216
Carnelian Bay, CA 96140-0216

IRA Services, Trust Company
FBO Rose Camarena, IRA
4199 Georgia Ave, #4
San Mateo, CA 94403-4756

IRA Services, Trust Company
FBO Rose V. DeSanto, IRA
8145 College Ave
Whittier, CA 90605-1004

IRA Services, Trust Company
FBO Sanjay Saxena IRA
200 Little Foot Drive
Fremont, CA 94539-6634

IRA Services, Trust Company
FBO Selam Berayes, IRA
7864 Dickens Way
Gilroy, CA 95020-5540

IRA Services, Trust Company
FBO Stephanie L. Zierhut, IRA
41 Marine View Drive
Camarillo, CA 93010-1641

IRA Services, Trust Company
FBO Stephen C. Carpenter, IRA
67 St. Thomas Ct
Pleasant Hill, CA 94523-1119

IRA Services, Trust Company
FBO Terrance Wright, IRA
1805 N. Vallejo Way
Upland, CA 91784-1676

IRA Services, Trust Company
FBO Thomas Wayne Anderson, IRA
P.O. Box 60096
Sunnyvale, CA 94088-0096

IRA Services, Trust Company
FBO Vilma A. Salazar, IRA
3028 W. 77th St
Inglewood, CA 90305-1014

IRA Services, Trust Company
FBO Wayne Zickefoose, IRA
541 N. Fairhaven St
Anaheim, CA 92801-4502

IRA Services, Trust Company
FBO William Thomas, IRA
P.O. Box 3464
La Habra, CA 90632-3464

IRA Services, Trust Company
FBO Winnie Lee, IRA
2987 Mariposa Drive
Burlingame, CA 94010-5736

IRA Services, Trust Company
FBOCorinne Conrad, IRA
6937 Schilling Ave
San Diego, CA 92126-5914

IRA Services, Trust Company
FBOJan M. Garin, IRA
3529 Springer Rd
Placerville, CA 95667-7843

IRA Services, Trust Company
FBO Lutricia Carter, IRA
1104 Woodview Dr
Leander, TX 78641-8648

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

James McCarthy
1600 Webster St, Unit 301
San Francisco, CA 94115-3293

Jenny Chiang
9050 E. Whitmore St
Rosemead, CA 91770-2860

John Applegate
604 Mountain View Avenue
Belmont, CA 94002-2533

John K. Logie
1600 Lakeshore Ave
Apt 1010
Apt 1010
Oakland, CA 94606-1602

John Kenneth Logie
1600 Lakeshore Ave. Apt #1010
Oakland, CA 94606-1602

John Sword
1000 W. Desert Valley Dr
San Tan Valley, AZ 85143-3455

| | | |
|---|---|---|
| Kern County Tax Collector<br>PO Box 541004<br>Los Angeles, CA 90054-1004 | Abdul Khan<br>15 Anton Court<br>Sacramento, CA 95835-1372 | Kuang-Yu Chen<br>20489 Chalet Lane<br>Saratoga, CA 95070-4928 |
| Land Investment Co of CA, LLC<br>PO Box 610108<br>Redwood City, CA 94061-0108 | Law Offices of Kenneth J. Freed<br>PO Box 5914<br>Sherman Oaks, CA 91413-5914 | Lin Huang Family Trust<br>7522 Tiptoe Lane<br>Cupertino, CA 95014-5837 |
| (p)LOS ANGELES COUNTY TREASURER AND TAX COLLE<br>ATTN BANKRUPTCY UNIT<br>PO BOX 54110<br>LOS ANGELES CA 90054-0110 | Margaret Evonne Wright<br>155 E. Louis Way<br>Tempe, AZ 85284-1475 | Martin Cheatle<br>1026 W. Rowland Ave<br>West Covina, CA 91790-1711 |
| Mary Margaret Loehr<br>3321 Dehesa Road, #90<br>El Cajon, CA 92019-2880 | McCarthy Burgess & Wolff<br>The MB&W Building<br>26000 Cannon Rd<br>Bedford, OH 44146-1807 | Matthew D. Metzger<br>Belvedere Legal, PC<br>1777 Borel Pl. #314<br>San Mateo, CA 94402-3532 |
| Monlian W. Chen<br>2119 San Rafael Ave<br>Santa Clara, CA 95051-1609 | NACM Business Credit Services<br>910 SW Spokane St, Bldg A<br>Seattle, WA 98134-1125 | Eric A. Nyberg<br>Kornfield Nyberg Bendes Kuhner & Little<br>1970 Broadway #600<br>Oakland, CA 94612-2218 |
| Office of the U.S. Trustee / SF<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102-3661 | Aron M. Oliner<br>Law Offices of Duane Morris<br>1 Market Spear Tower #2200<br>San Francisco, CA 94105-3104 | Quadient<br>234 Tarpley Rd, Ste 134<br>Carrollton, TX 75006 |
| Richard Leong Jr<br>24532 Via Tonada<br>Lake Forest, CA 92630-2026 | Salvador Meza, Jr.<br>5462 Laura Drive<br>San Jose, CA 95124-6121 | E. Lynn Schoenmann<br>35 Miller Ave. #298<br>Mill Valley, CA 94941-1903 |
| Shred-It c/o Stericycle, Inc.<br>28883 Network Place<br>Chicago, IL 60673-1288 | Sundale Mutual Water Co.<br>PO Box 6708<br>Lancaster, CA 93539-6708 | Suni Hsieh<br>1430 Pebble Vale St<br>Monterey Park, CA 91754-4431 |
| Suni Yang Hsieh<br>16917 Royalview Road<br>Burlingame, CA 94010 | Sunriser Landcore Investments<br>Hesam Tooloee<br>1179 Oakmont Dr, #1<br>Walnut Creek, CA 94595-2429 | U.S. Attorney<br>Civil Division<br>450 Golden Gate Ave.<br>San Francisco, CA 94102-3661 |
| Wei-Fah Loo or Mei Li<br>1577 S. Wolfe Rd<br>Sunnyvale, CA 94087-4855 | Whitney Boyle Wright<br>155 E. Louis Way<br>Tempe, AZ 85284-1475 | Windham Professionsal<br>382 Main Street<br>Salem, NH 03079-2412 |

| | | |
|---|---|---|
| Yueh-Tze Lan<br>640 Windmill Court<br>Fremont, CA 94539-7239 | Zhiwei Xu, Xiaohua Yang, Zhen Yang<br>and Xuanming Lu<br>c/o Jefrey L. Fazio, DeHeng Law Offices<br>7901 Stoneridge Drive, Ste 208<br>Pleasanton, CA 94588-4530 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Bank<br>PO Box 94014<br>Palatine, IL 60094 | Los Angeles County Treasurer<br>and Tax Collector<br>225 N. Hill Street, #1<br>Los Angeles, CA 90012 | (d)Los Angeles County Treasurer & Tax Collect<br>PO Box 54110<br>Los Angeles CA 90054 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)230 East Street and Avenue B, LLC<br>7120 Blue Hill Dr<br>San Jose, CA 95129-2813 | (d)ACEQ Investment, Inc.<br>7120 Blue Hill Dr<br>San Jose, CA 95129-2813 | (d)Amanda Sword<br>1000 W. Desert Valley Dr<br>San Tan Valley, AZ 85143-3455 |
| (d)Anthony L. Wade<br>841 W. Palmer St<br>Compton, CA 90220-1833 | (d)Bei Qin<br>7120 Blue Hill Dr<br>San Jose, CA 95129-2813 | (d)Borel Place Associates<br>1611 Borel Place<br>San Mateo, CA 94402-3537 |
| (d)Charlene Stoller<br>P.O. Box 976<br>Santa Clara, CA 95050 | (d)Chen C. Wang<br>490 Las Pulgas Drive<br>Redwood City, CA 94062-2266 | (d)Chen C. Wang & Victoria Wang<br>490 Las Pulgas Drive<br>Redwood City, CA 94062-2266 |
| (d)Chrisanne Huynh<br>663 High Glen Drive<br>San Jose, CA 95133-2018 | (d)Christopher R. Arnold<br>4818 Hersholt AVe<br>Long Beach, CA 90808-1129 | (d)David Gold<br>6571 Camden Ave<br>Los Gatos, CA 95032 |
| (d)Equity Trust Company, Custodian<br>FBO Cornelia Espejo Yap,IRA<br>5601 Los Pueblos Way<br>Sacramento, CA 95835-2427 | (d)Equity Trust Company, Custodian<br>FBO Roselyne Genin IRA<br>P.O. Box 51591<br>Palo Alto, CA 94303-0712 | (u)Hiatt |
| (d)Hurricane Electric<br>48233 Warm Springs Blvd<br>Fremont, CA 94539-7654 | (d)IRA Services, Trust Company<br>FBO Abdul Khan, IRA<br>15 Anton Court<br>Sacramento, CA 95835-1372 | (d)IRA Services, Trust Company<br>FBO Alba Garcia, IRA<br>423 Hillcrest St<br>El Segundo, CA 90245-2912 |

(d)IRA Services, Trust Company
FBO Ana Maria Duran Hernandez, IRA
1678 Norval Street
Pomona, CA 91766-5455

(d)IRA Services, Trust Company
FBO Barbara Ann Harvey IRA
1438 Pinehurst Drive
San Jose, CA 95118-1750

(d)IRA Services, Trust Company
FBO Barbara Thompson, IRA
P.O. Box 2550
Placerville, CA 95667-2550

(d)IRA Services, Trust Company
FBO Brian Babcock, IRA
3346 Woodside Lane
San Jose, CA 95121-1246

(d)IRA Services, Trust Company
FBO Ci Zhou, IRA
1669 Cowper St
Palo Alto, CA 94301-3620

(d)IRA Services, Trust Company
FBO Dan Villamil, IRA
32804 N. The Old Rd
Castaic, CA 91384-3088

(d)IRA Services, Trust Company
FBO Darlena Wade-Williams, IRA
2006 W. Ave K-4
Lancaster, CA 93536-5224

(d)IRA Services, Trust Company
FBO Dolores B. Taylor, IRA
32 Dana Point Ave
Ventura, CA 93004-1657

(d)IRA Services, Trust Company
FBO Emelyne Sablan, IRA
4862 Sevilla Way
Carlsbad, CA 92008-3815

(d)IRA Services, Trust Company
FBO Frank Chan IRA
962 Broadleaf Lane
San Jose, CA 95128-1303

(d)IRA Services, Trust Company
FBO Franklin Bernhoft,, IRA
2363 Woodlake Circle
Lodi, CA 95242-9119

(d)IRA Services, Trust Company
FBO Ingrid Olivia, IRA
9613 Rosecrans Ave
Bellflower, CA 90706-2355

(d)IRA Services, Trust Company
FBO Janet Hessing, IRA
2170 Santa Croce Drive
Livermore, CA 94550-6585

(d)IRA Services, Trust Company
FBO Jason Datoc, IRA
2466 Brenning Dr,
San Jose, CA 95111-1901

(d)IRA Services, Trust Company
FBO Jeffrey Hocker, IRA
1025 Cortez Ave
Burlingame, CA 94010-4910

(d)IRA Services, Trust Company
FBO John Applegate, IRA
604 Mountain View Ave
Belmont, CA 94002-2533

(d)IRA Services, Trust Company
FBO John Kenneth Logie, IRA
1600 Lakeshore Ave, Apt 1010
Oakland, CA 94606-1602

(d)IRA Services, Trust Company
FBO Jose Mendosa, IRA
2310 S. Greenville St
Santa Ana, CA 92704-4914

(d)IRA Services, Trust Company
FBO Kai Lai, IRA
801 San Marcos
Fremont, CA 94539-4772

(d)IRA Services, Trust Company
FBO Kathleen Marie Farrell, IRA
2833 Camino Del Rey
San Jose, CA 95132-2219

(d)IRA Services, Trust Company
FBO Kendra Imbori-Sanchez, IRA
400 Dorrance Rd
Boulder Creek, CA 95006-8695

(d)IRA Services, Trust Company
FBO Lance Gaylord Goree, IRA
1971 Junction Drive
Concord, CA 94518-3362

(d)IRA Services, Trust Company
FBO Laura S. Rivera IRA
19204 Redford Lane
Huntington Beach, CA 92648-2147

(d)IRA Services, Trust Company
FBO Lindo Payumo,, IRA
4062 Shaker Rum Circle
Fairfield, CA 94533-7762

(d)IRA Services, Trust Company
FBO Lorraine Chacon, IRA
P.O. Box 2268
Mission Viejo, CA 92690-0268

(d)IRA Services, Trust Company
FBO Michelle Hinckley, IRA
1238 W. 11th St
San Pedro, CA 90731-3425

(d)IRA Services, Trust Company
FBO Mingyue Li, , IRA
36961 Newark Blvd, #B
Newark, CA 94560-3183

(d)IRA Services, Trust Company
FBO Nancy Ferguson, IRA
1235 W. 76th Street
Los Angeles, CA 90044-2411

(d)IRA Services, Trust Company
FBO Ninette Maass, IRA
16201 Camino Del Sol
Los Gatos, CA 95032-2614

(d)IRA Services, Trust Company
FBO Oscar Alvarez, IRA
3863 Harlequin Terrace
Fremont, CA 94555-1553

| | | |
|---|---|---|
| (d)IRA Services, Trust Company<br>FBO Robert A. Mann, IRA<br>P.O. Box 216<br>Carnelian Bay, CA 96140-0216 | (d)IRA Services, Trust Company<br>FBO Rose Camarena, IRA<br>4199 Georgia Ave, #4<br>San Mateo, CA 94403-4756 | (d)IRA Services, Trust Company<br>FBO Rose V. DeSanto, IRA<br>8145 College Ave<br>Whittier, CA 90605-1004 |
| (d)IRA Services, Trust Company<br>FBO Sanjay Saxena IRA<br>200 Little Foot Drive<br>Fremont, CA 94539-6634 | (d)IRA Services, Trust Company<br>FBO Selam Berayes, IRA<br>7864 Dickens Way<br>Gilroy, CA 95020-5540 | (d)IRA Services, Trust Company<br>FBO Stephanie L. Zierhut, IRA<br>41 Marine View Drive<br>Camarillo, CA 93010-1641 |
| (d)IRA Services, Trust Company<br>FBO Stephen C. Carpenter, IRA<br>67 St. Thomas Ct<br>Pleasant Hill, CA 94523-1119 | (d)IRA Services, Trust Company<br>FBO Terrance Wright, IRA<br>1805 N. Vallejo Way<br>Upland, CA 91784-1676 | (d)IRA Services, Trust Company<br>FBO Thomas Wayne Anderson, IRA<br>P.O. Box 60096<br>Sunnyvale, CA 94088-0096 |
| (d)IRA Services, Trust Company<br>FBO Vilma A. Salazar, IRA<br>3028 W. 77th St<br>Inglewood, CA 90305-1014 | (d)IRA Services, Trust Company<br>FBO Wayne Zickefoose, IRA<br>541 N. Fairhaven St<br>Anaheim, CA 92801-4502 | (d)IRA Services, Trust Company<br>FBO William Thomas, IRA<br>P.O. Box 3464<br>La Habra, CA 90632-3464 |
| (d)IRA Services, Trust Company<br>FBO Winnie Lee, IRA<br>2987 Mariposa Drive<br>Burlingame, CA 94010-5736 | (d)IRA Services, Trust Company<br>FBOCorinne Conrad, IRA<br>6937 Schilling Ave<br>San Diego, CA 92126-5914 | (d)IRA Services, Trust Company<br>FBOJan M. Garin, IRA<br>3529 Springer Rd<br>Placerville, CA 95667-7843 |
| (d)James McCarthy<br>1600 Webster St, Unit 301<br>San Francisco, CA 94115-3293 | (d)Jenny Chiang<br>9050 E. Whitmore St<br>Rosemead, CA 91770-2860 | (d)John Sword<br>1000 W. Desert Valley Dr<br>San Tan Valley, AZ 85143-3455 |
| (d)Kuang-Yu Chen<br>20489 Chalet Lane<br>Saratoga, CA 95070-4928 | (d)Lin Huang Family Trust<br>7522 Tiptoe Lane<br>Cupertino, CA 95014-5837 | (d)Debra A. Longenbaugh<br>5117 #5 W. Wooley Rd<br>Oxnard, CA 93035-1859 |
| (d)Margaret Evonne Wright<br>155 E. Louis Way<br>Tempe, AZ 85284-1475 | (d)Mary Margaret Loehr<br>3321 Dehesa Road, #90<br>El Cajon, CA 92019-2880 | (d)Monlian W. Chen<br>2119 San Rafael Ave<br>Santa Clara, CA 95051-1609 |
| (d)Richard Leong Jr<br>24532 Via Tonada<br>Lake Forest, CA 92630-2026 | (d)Salvador Meza, Jr.<br>5462 Laura Drive<br>San Jose, CA 95124-6121 | (d)Suni Yang Hsieh<br>16917 Royalview Road<br>Burlingame, CA 94010 |
| (d)Sunriser Landcore Investments<br>Hesam Tooloee<br>1179 Oakmont Dr, #1<br>Walnut Creek, CA 94595-2429 | (d)Whitney Boyle Wright<br>155 E. Louis Way<br>Tempe, AZ 85284-1475 | End of Label Matrix<br>Mailable recipients   121<br>Bypassed recipients    77<br>Total                  198 |