KELLY LITIGATION GROUP, INC.
RICHARD KELLY, ESQ. (SBN 154504)
MICHAEL MENGARELLI, ESQ. (215000)
306 Lorton Avenue
Burlingame, CA 94010
Tel: (650) 591-2282
Fax: (650) 591-2292

Attorneys for Petitioners,
WILLIAM MICHAEL WAGNER & JAN SONNEMAN, AND
RICHARD ELLISON

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ACEH CAPITAL, LLC,<br>             Debtor. | Case No.: 21-30299 DM<br><br>Chapter 7<br><br>**DECLARATION OF WILLAIM MICHAEL WAGNER IN SUPPORT OF MOTION & APPLICATION FOR TURNOVER RELIEF EFFECTING INTEREST IN REAL PROPERTY**<br><br>**If No Opposition, No Hearing Necessary**<br><br>**Judge: DENNIS MONTALI**<br>**U.S. Bankruptcy Judge** |

TO: THE COURT and ACEH CAPITAL, LLC by and through U.S. Bankruptcy Trustee, E. Lynn Schoenmann and counsel Aron M. Oliner, Esq., and Geoffrey A. Heaton, Esq.; and Jay D. Crom, Esq., and Eric A. Nyberg, Esq. for ACEH CAPITAL, LLC:

I, WILLIAM MICHAEL WAGNER, declare as follows:

1. I am a resident of Redwood City, CA and am an adult person over the age of 18 and competent to testify about the facts stated herein if so called to do so.

2. I am a married man and my wife is Jan Sonneman.

3. In 2000, I became a 45% owner, through my IRA plan, and then a 30% joint tenant owner with my wife, Jan Sonneman, in the following Property located at 36th STW VIC Ave. F6 in Lancaster, County of Los Angeles with APN 3107-003-004 with the following legal description:

ALL THAT CERTAIN REAL PROPERTY SITUATED IN THE CITY OF LANCASTER, COUNTY OF LOS
ANGELES, STATE OF CALIFORNIA, DESCRIBED AS FOLLOWS:

PARCEL 8, IN THE CITY OF LANCASTER, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS
SHOWN ON RECORD OF SURVEY MAP FILED IN BOOK 66, PAGES 27 AND 28 OF RECORD OF SURVEYS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY.
EXCEPT THEREFROM ONE-FOURTH INTEREST IN AND TO ALL MINERALS, OIL, GAS, AND OTHER
HYDROCARBON SUBSTANCES IN AND UNDER SAID LAND, WITHOUT RIGHT OF ENTRY, AS RESERVED BY WARREN O. WAGNER AND ROSE MARIE WAGNER, HUSBAND AND WIFE, BY DEED RECORDED FEBRUARY 1, 1955 AS INSTRUMENT NO. 208, OFFICIAL RECORDS.
**APN: 3107-003-004**.

4. That as co-owner with Richard V. Ellison, I am aware that ACEH Capital LLC through its related business ACE Capital Group, wrote to Mr. Ellison admitting an 'error' and 'mistake' with regard to Mr. Ellison's 25% in the Los Angeles County Records.

5. In November 2002, ACEH Capital wrote to me with copy to Mr. Ellison denoting "As you know ACEH Capital is no longer a co-owner on the referenced parcel of land of which you are the majority interest holder." Attached hereto is a true and correct copy of the 2002 letter I received.

6. That I have retained Mr. Kelly to try to resolve this matter amicably but that an agreement could not be reached for the Trustee on behalf of ACEH Capital, LLC to correct the title issues back in the name of Richard V. Ellison; requiring this motion. As the co-owner of this property with 75%, I consent to the court's issuing of an order correcting the error and putting listed title back into Richard Ellison's name.

DECLARATION OF WILLIAM MICHAEL WAGNER - 2

I declare under penalty of perjury under the laws of the State of California that the foregoing facts and attached documents are true and correct.

Dated: October 1, 2021

By: */s/ William Michael Wagner*
WILLIAM MICHAEL WAGNER

1 | I declare under penalty of perjury under the laws of the State of California that the
2 | foregoing facts and attached documents are true and correct.
3 | Dated: September 7, 2021

By: /s/ William Michael Wagner
WILLIAM MICHAEL WAGNER

# ACEH Capital, LLC

2075 WOODSIDE ROAD
REDWOOD CITY, CA 94061
TEL: (650) 364-3330
FAX: (650) 364-0720

November 27, 2002

Mr. William M. Wagner
1595 Cordilleras Road
Redwood City, CA 94062

Re: APN 3107-003-004
Handling of Property Taxes

Dear Mr. Wagner:

As you know ACEH Capital is no longer a co-owner on the referenced parcel of land of which you are the major interest holder. As such, you would like to ensure that the property taxes are handled properly.

Enclosed please find the Annual Property Tax Bill for this parcel. Copies of this tax bill have been sent to your co-owners at the addresses listed in the attached Ownership Report. Please contact your co-investors immediately and have them acknowledge receipt of the copy of the tax bill. They in turn should produce checks, made payable to Los Angeles County Tax Collector, for the amount corresponding to their percentage interest in the property and mail them to your address. **If your land purchase was made through an IRA or any other retirement plan, please follow the instructions on the attached sheet.** Upon receipt of all their payments include your own check and mail them all, along with the tax bill slip corresponding to the 1st Installment. Make sure that the complete payment for the 1st Installment is postdated before December 10, 2002. This process should be repeated for the 2nd Installment, which should be completed before April 10th, 2003.

For your convenience a change of address form has also been enclosed for you to fill up and mail to the Tax Collector, which will instruct them to mail all future bills and correspondence directly to your address.

Should you have any questions on this matter, please feel free to contact us at the number above. Thank you.

Sincerely,

Accounting Department
ACEH Capital. LLC

CC: MR. RICHARD ELLISON