KELLY LITIGATION GROUP, INC.
RICHARD KELLY, ESQ. (SBN 154504)
MICHAEL MENGARELLI, ESQ. (215000)
306 Lorton Avenue
Burlingame, CA 94010
Tel: (650) 591-2282
Fax: (650) 591-2292

Attorneys for Petitioners,
WILLIAM MICHAEL WAGNER & JAN SONNEMAN, AND
RICHARD ELLISON

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>ACEH CAPITAL, LLC,<br><br>Debtor. | Case No.: 21-30299 DM<br><br>Chapter 7<br><br>**NOTICE AND OPPORTUNITY FOR HEARING ON APPLICATION** |

NOTICE IS HEREBY GIVEN that WILLIAM MICHAEL WAGNER & JAN

SONNEMAN, AND RICHARD ELLISON have filed an Application for Turnover

Relief Effecting Interest in Real Property ("Application") pursuant to Bankruptcy Rule

2002 and Bankruptcy Local Rule 9014-1.

Any objection to the requested relief, or a request for hearing on the matter, must

be filed and served upon the initiating party within 21 days of mailing the notice;

Any objection or request for a hearing must be accompanied by any declarations

or memoranda of law any requesting party wishes to present in support of its position;

NOTICE AND OPPORTUNITY FOR HEARING ON APPLICATION

If there is no timely objection to the requested relief or a request for hearing, the court may enter an order granting the relief by default.

In the event of a timely objection or request for hearing, the initiating party will give at least seven days written notice of the hearing to the objecting or requesting party, and to any trustee or committee appointed in the case.

.

Dated: October 1, 2021

Kelly Litigation Group, Inc.

By:  /s/ *Richard M. Kelly*

_____

RICHARD KELLY, Esq.
Attorney for Petitioners

NOTICE AND OPPORTUNITY FOR HEARING ON APPLICATION

2

Case: 21-30299    Doc# 48    Filed: 10/01/21    Entered: 10/01/21 14:38:35    Page 2 of 2