KELLY LITIGATION GROUP, INC.
RICHARD KELLY, ESQ. (SBN 154504)
MICHAEL MENGARELLI, ESQ. (215000)
306 Lorton Avenue
Burlingame, CA 94010
Tel: (650) 591-2282
Fax: (650) 591-2292

Attorneys for Petitioners,
WILLIAM MICHAEL WAGNER & JAN SONNEMAN, AND
RICHARD ELLIS

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No.: 21-30299 DM |
| ACEH CAPITAL, LLC, | Chapter 7 |
| Debtor. | **CERTIFICATION OF SERVICE** |
| | **Uncontested** |
| | **Judge: DENNIS MONTALI**<br>**U.S. Bankruptcy Judge** |

CERTIFICATE OF SERVICE

## CERTIFICATION OF SERVICE

I am a citizen of the United States. My business address is 306 Lorton Avenue Burlingame CA 94010.  I am employed in the County of San Mateo where this service occurs. I am over the age of eighteen years and not a party to the within cause.

I served the following documents:

**-NOTICE AND OPPORTUNITY FOR HEARING ON APPLICATION**
**-POINTS & AUTHORITIES IN SUPPORT OF MOTION & APPLICATION FOR TURNOVER  RELIEF EFFECTING INTEREST IN REAL PROPERTY**
**-DECLARATION OF RICHARD ELLISON IN SUPPORT OF MOTION & APPLICATION FOR TURNOVER  RELIEF EFFECTING INTEREST IN REAL PROPERTY**
**-DECLARATION OF WILLAIM MICHAEL WAGNER IN SUPPORT OF MOTION & APPLICATION FOR TURNOVER  RELIEF EFFECTING INTEREST IN REAL PROPERTY**
**-DECLARATION OF JAN SONNEMAN IN SUPPORT OF MOTION & APPLICATION FOR TURNOVER  RELIEF EFFECTING INTEREST IN REAL PROPERTY**
**-DECLARATION OF RICHARD KELLY IN SUPPORT OF MOTION & APPLICATION FOR TURNOVER  RELIEF EFFECTING INTEREST IN REAL PROPERTY**

on the INTERESTED parties in said action, by E-MAIL or U.S. Mail envelopes addressed as shown below for service as designated below:

E. Lynn Schoenmann
Office of the U.S. Trustee / SF, Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153, San Francisco, CA 94102-3661
c/o
Aron M. Oliner, Esq.
Geoffrey Heaton, Esq.
Duane Morris LLP
1 Market Spear Tower Ste 2200
San Francisco, CA 94105-1127
E: ROliner@duanemorris.com
E: gheaton@duanemorris.com

Eric A. Nyberg, Esq.
Kornfield Nyberg Bendes Kuhner Little PC
1970 Broadway Ste 600
Oakland, CA 94612-2218
E: e.nyberg@kornfieldlaw.com

☐  By First Class Mail  - I caused each such envelope with first-class postage thereon fully prepaid, to be deposited in the United States mail at Burlingame, California to said address(es) without known e-mails.

☐  By Hand Delivery - I caused such envelope, to be hand delivered to said addressee(s).

CERTIFICATE OF SERVICE

1

☐ By Federal Express - I caused each such envelope to be delivered by Federal
2 Express Corporation at Burlingame, California, with whom we have a direct billing account,
to be delivered to the office of the addressee(s) on the next business day.

3 ☐ By Facsimile - I personally served the document named herein by facsimile to the
fax numbers identified with the persons served listed above.

4 ☒ By Email - I personally served the document named herein by email through ~~One~~
5 ~~Legal Services or File-Serv~~Express ~~to~~ the email addresses identified with the persons served
listed above with e-mail addresses.

6

7 ## SERVICE CERTIFICATION

I, Richard M. Kelly, declare under the penalty of perjury that I have sent the attached
8 documents to the above listed party counsel in the manner shown, and prepared the certificate
of Notice and that it is true and correct to the best of my information and belief.

9

10 Dated October 1, 2021, at Burlingame, California.

By:
11
*/s/ Richard M. Kelly*
12
Richard M. Kelly, Esq.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE